UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

     Plaintiff,

v.                                                                    No. 1:24-cv-393

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Albuquerque Public Schools Board of Education ("APS"), and Melanie Blea (hereinafter collectively "Defendants"), by and through counsel, Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Mia K. Lardy and Laura M. Unklesbay), hereby remove the above-captioned case from the Second Judicial District Court for the State of New Mexico, Bernalillo County, to the United States District Court for the District of New Mexico. The District Court has original jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1367 (supplemental jurisdiction). In support thereof, Defendants state as follows:

### GROUNDS FOR REMOVAL – FEDERAL QUESTION

1.     On August 7, 2023, Plaintiff commenced this action against Defendants by filing a Complaint in the Second Judicial District Court, County of Bernalillo, New Mexico, Case Number D-202-CV-2023-06297 (the "State Action"). Plaintiff filed an Amended Complaint on February 9, 2024, and Defendants were served on March 27, 2024. True and correct copies of all pleadings and papers filed and served upon Defendants in the State Action are attached hereto as **Exhibit A.**

1

2.      Under 28 U.S.C. § 1441, a defendant in state court may remove the case to federal court when a federal court would have had jurisdiction if the case had been filed there originally. *Topeka Hous. Auth. v. Johnson*, 404 F.3d 1245, 1247 (10th Cir. 2005).

3.      One category of cases over which federal district courts have original jurisdiction is "federal question" cases, meaning those cases "arising under the Constitution, laws, or treaties of the United States." *Metro. Life Ins. Co. v. Taylor*, 482 U.S. 58, 63 (1987) (quoting 28 U.S.C. § 1331).

4.      Federal question jurisdiction exists when "a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 27-28 (1983).

5.      Plaintiff asserts claims against APS for alleged unlawful discriminatory practices under the New Mexico Human Rights Act ("NMHRA"), NMSA 1978, §§ 28-1-1 to -15, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132, and the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2611. *See* Exhibit A, Amended Complaint.

6.      Because Plaintiff asserts claims arising under federal law, such as her claims for violation of FMLA and the ADA, this Court has original jurisdiction under 28 U.S.C. § 1331. Defendants may remove this action pursuant to 28 U.S.C. § 1441(a) because it arises under federal law, presents a federal question, and is controlled by federal law.

7.      Once federal question jurisdiction exists, the district court may exercise supplemental jurisdiction over "state law claims that derive from a common nucleus of fact." *United Intl. Holdings, Inc. v. Wharf (Holdings) Ltd.*, 210 F.3d 1207, 1220 (10th Cir. 2000). Plaintiff also asserts state law claims in this case under the NMHRA. *See* Exhibit A, Amended

Complaint at 1. These state law claims are based on the same set of operative facts, and form part of the same case or controversy, as Plaintiff's federal claims. *See id.* Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a), and they are properly removable under 28 U.S.C. § 1441(c).

8.      No responsive pleadings to the Complaint have been filed in the State Action.[1]

9.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because it is the District Court and division embracing the place where this action is pending.

**TIMELINESS OF REMOVAL**

10.     The Amended Complaint was served on Defendant APS on March 27, 2024 and on Defendant Melanie Blea on April 4, 2024.

11.     This Notice is filed with the Court within thirty (30) days after the date of service of Plaintiff's Amended Complaint on Defendant APS. Accordingly, removal of this action is timely pursuant to 28 U.S.C. § 1446(b) and *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

**NOTICES**

12.     A copy of this Notice is being filed with the Clerk of the Second Judicial District Court, County of Bernalillo, New Mexico, and has been served on Plaintiff in accordance with 28 U.S.C. § 1446(d). A copy of the Notice provided to the state court (without exhibits) is attached to this Notice as **Exhibit B.**

13.     Pursuant to D.N.M.LR-Civ. 81.1, to the extent not already provided via this Notice, Defendants will file with the Clerk of the United States District Court for the District of New

---

[1] Defendants filed a Motion to Dismiss for Improper Service on March 21, 2023. The motion was withdrawn following proper service on the Defendants.

Mexico legible copies of all records and proceedings from the State Action within twenty-eight (28) days after filing this Notice of Removal.

14.     Defendants have satisfied all requirements for removal and reserve the right to amend this Notice of Removal. If any questions of the propriety of this removal should arise, Defendants request the opportunity to present a brief and argument in support of this removal.

WHEREFORE, for the above-stated reasons, Defendants respectfully remove this action from the Second Judicial District Court, County of Bernalillo, New Mexico to the United States District Court for the District of New Mexico.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: /s/ *Laura M. Unklesbay*
      Mia K. Lardy
      Laura M. Unklesbay
      *Attorneys for Defendant APS*
      P.O. Box 2168
      Albuquerque, NM 87103-2168
      505.848.1800/ Fax: 505.848.9710
      mia.lardy@modrall.com
      laura.unklesbay@modrall.com

4

I HEREBY CERTIFY that on this 25th day of April, 2024, I filed the foregoing electronically through the CM/ECF system,

AND I FURTHER CERTIFY that on such date I served the following counsel via electronic mail:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:   */s/ Laura M. Unklesbay*
      Laura M. Unklesbay