STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

ELIZABETH LINDSEY,

     Plaintiff,

v.                                                                      No. D-202-CV-2023-06297

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants Albuquerque Public Schools Board of Education ("APS") and Melanie Blea (hereinafter collectively "Defendants") hereby give notice that on April 25, 2024, a Notice of Removal of this action was filed in the United States District Court for the District of New Mexico. A true and correct copy of the Notice of Removal is attached hereto and incorporated herein by reference as **Exhibit A.**

Respectfully submitted:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:   */s/ Laura M. Unklesbay*
      Mia K. Lardy
      Laura M. Unklesbay
      *Attorneys for Defendant APS*
      P.O. Box 2168
      Albuquerque, NM 87103-2168
      505.848.1800/ Fax: 505.848.9710
      mia.lardy@modrall.com
      laura.unklesbay@modrall.com

1

**EXHIBIT**

**B**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was submitted for e-filing and service through "Odyssey File & Serve" and also served by e-mail to the following counsel of record this 25th day of April, 20124:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com


By:  _/s/ Laura M. Unklesbay_
　　　Laura M. Unklesbay