UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

     Plaintiff,

v.                                                                              No. 1:24-cv-393

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

### NOTICE OF WITHDRAWAL AND SUBSTITUION OF COUNSEL

COMES NOW Defendants Albuquerque Public Schools Board of Education and Melanie Blea (hereinafter collectively "Defendants") and hereby gives notice that Tessa Chrisman of Modrall, Sperling, Roehl, Harris & Sisk, P.A. is substituting for Laura M. Unklesbay of the same firm as attorney of record for and hereby enters her appearance on behalf of Defendants in this matter on this 23rd day of May, 2024.

Mia K. Lardy of Modrall, Sperling, Roehl, Harris & Sisk, P.A. will continue to be counsel of record for Defendants.

Laura M. Unklesbay hereby withdraws as counsel for Defendants and should be removed from all service contacts.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: /s/ *Tessa Chrisman*
     Mia K. Lardy
     Laura M. Unklesbay
     Tessa Chrisman
     *Attorneys for Defendants*
     P.O. Box 2168
     Albuquerque, NM 87103-2168
     505.848.1800/ Fax: 505.848.9710
     mia.lardy@modrall.com
     laura.unklesbay@modrall.com
     tchrisman@modrall.com

I HEREBY CERTIFY that on this 23rd day of May, 2024, I filed the foregoing electronically through the CM/ECF system,

AND I FURTHER CERTIFY that on such date I served the following counsel via electronic mail:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Tessa Chrisman*
     Tessa Chrisman