**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                                      No. 1:24-cv-393

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on this 6th day of June 2024, Defendants Board of Education

for the Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants") served

their Initial Disclosures to Plaintiff through the following counsel of record:

      Heather Burke
      1000 Cordova Place #24
      Santa Fe, NM 87505
      (505) 428-9424
      heather@hburkelaw.com

            Respectfully Submitted,

            MODRALL, SPERLING, ROEHL,
              HARRIS & SISK, P.A.

            By: */s/ Tessa L. Chrisman*
            Mia K. Lardy (mia.lardy@modrall.com)
            Tessa Chrisman (tessa.chrisman@modrall.com)
            *Attorneys for Defendants*
            P.O. Box 2168
            Albuquerque, NM 87103-2168
            505.848.1800/ Fax: 505.848.9710