**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar
United States Magistrate Judge**

**Clerk's Minutes**

24cv393 GBW/JFR
*Lindsey v. Albuquerque Public Schools Board of Education et al.*
Thursday, June 13, 2024, at 9:30 a.m.

**Plaintiff's Attorney Present:**                    Heather C. Burke

**Defendants' Attorney Present:**                 Mia Kern Lardy

**TYPE OF PROCEEDING:**    Scheduling Conference
Total Time – Twelve Minutes

**COURT'S NOTES/RULINGS:**

- The parties have made their initial disclosures.

- The Court and counsel discussed the appropriate discovery track for this case. After hearing from the parties, the Court will place this matter on a 210-day discovery track.

- The Court and counsel discussed discovery limitations and the Court will adopt the discovery limitations the parties proposed in their JSR.

- The Court informed counsel that it is willing to help resolve discovery disputes informally and *requires* that they contact chambers before engaging in motions practice. The parties can find information on Judge Robbenhaar's procedure for doing so on his webpage.

- The Court advised counsel that if they anticipate the need for a protective order that they review the Court's Guidelines for Protective Orders found on Judge Robbenhaar's webpage.

- The Court and counsel discussed scheduling a settlement conference. The Court will schedule a settlement conference by separate order for **Wednesday, October 23, 2024, beginning at 9:00 a.m.**

- There being nothing further, the Court concluded the conference.