# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

## Clerk's Minutes

## 24-cv-393 GBW/JFR

### *Lindsey v. Albuquerque Public Schools Board of Education et al*

**Date of Hearing:    7/3/2024**
*(not recorded)*

**Attorney for Plaintiff:**             Heather Burke

**Attorneys for Defendant:**            Mia Kern Lardy

**Proceedings**:                        Trial Scheduling Conference

    *Start Time*:                       3:30 p.m.
    *Stop Time*:                        3:37 p.m.
    **Total Time:**                     **7 minutes**

**Clerk**:                              DKK

**Notes**:

- The Court made introductions.
- After discussion with the parties about the date, location, and number of days of the trial, the Court set a jury trial for **July 8-11, 2025, in a courtroom to be determined at the Pete V. Domenici United States Courthouse in Albuquerque, New Mexico.**
- The Court set the Pretrial Conference for **June 17, 2025**, in the **Organ Courtroom at the United States Courthouse in Las Cruces, New Mexico**.
- The Court informed the parties that it would set the Pretrial Conference in

person for now, but that the Court would be willing to change the format to remote if the parties did not have a large number of disputes at the conference.

- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.