**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                                                                              No. 1:24-cv-393

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 18th day of July 2024, Defendant Board of Education

for Albuquerque Public Schools ("APS") served its First Set of Interrogatories and Requests for

Production to Plaintiff through the following counsel of record:

> Heather Burke
> 1000 Cordova Place #24
> Santa Fe, NM 87505
> (505) 428-9424
> heather@hburkelaw.com

               Respectfully Submitted,

               MODRALL, SPERLING, ROEHL,
                 HARRIS & SISK, P.A.

               By: */s/ Tessa L. Chrisman*
               Mia K. Lardy (mia.lardy@modrall.com)
               Tessa Chrisman (tessa.chrisman@modrall.com)
               *Attorneys for Defendants*
               P.O. Box 2168
               Albuquerque, NM 87103-2168
               505.848.1800/ Fax: 505.848.9710