IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

     Plaintiff,

v.                                          24-cv-00393-GBW-JFR

ALBUQUERQUE PUBLIC SCHOOLS

BOARD OF EDUCATION,

MELANIE BLEA, in her individual capacity,


Defendants


**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO**

**AMEND HER COMPLAINT OUT OF TIME AND/OR NUNC PRO TUNC**


COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record, Heather Burke, with her Unopposed Motion for Leave to Amend her Complaint Out of Time and/or *Nunc Pro Tunc*.


**Argument**


Rule 6 of the Federal Rules of Civil Procedure provides that "the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).  The Tenth Circuit has explained that good cause requires a showing of "good faith on the part of the party seeking the enlargement and some reasonable basis for noncompliance within the time specified." *In re Kirkland*, 86 F.3d 172, 175 (10th Cir. 1996) (quoting *Putnam v. Morris*, 833 F.2d 903, 905 (10th Cir. 1987)). "Notably, the

1

Supreme Court has stated that 'Congress plainly contemplated that courts would be permitted, where appropriate, to accept late filings caused by inadvertence, mistake or carelessness, as well as by intervening circumstances beyond the party's control.'" *Martinez v. City of Rio Rancho*, No. 1:14-cv-0841 RB/KBM, 2016 U.S. Dist. LEXIS 204923, at *6 (D.N.M. May 10, 2016) (citing *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 388, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993))

Here, Parties' Joint Status Report sets Plaintiff's deadline to Amend the Pleadings as August 18, 2024.  However, it appears that undersigned counsel unintentionally mis-calendared this deadline as being today, August 28, 2024 instead.  It is likely that undersigned counsel accidentally typed "2" instead of the "1" key on this date when entering it and did not realize this mistake, and then relied on the date her calendar showed.   Undersigned counsel discovered her calendaring mistake while reviewing the JSR earlier today because of an unrelated conversation with opposing counsel, and immediately informed opposing counsel of her mistake, and sought their position on this motion. Plaintiff has previously communicated to Defendants her intent to amend her complaint to include allegations which have occurred since her lawsuit was filed, and in fact it states so in the JSR itself. ("Plaintiff intends to file: Plaintiff intends to amend her complaint to include more recent violations of law.")  Since August 18, 2024 is a Sunday, this mistake results in Plaintiff's Amended Complaint being filed only Nine (9) days late and which will not cause any disruption to other case management deadlines.  Such a clerical mistake is within the good cause and excusable neglect designations recognized for this Court to extend time.  Defendants do not oppose Plaintiff's Motion.

### Conclusion

For the reasons herein, Plaintiff respectfully requests that this Court grant her Unopposed Motion for Leave to Amend Complaint Out of Time and/or *Nunc Pro Tunc*.

2

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 28th day of August, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

3