**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                                        Civ. No. 24-393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
and MELANIE BLEA,

     Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND HER COMPLAINT

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Leave to Amend her Complaint Out of Time and/or Nunc Pro Tunc. *Doc. 20.* Having reviewed the Motion, noting Defendants' lack of opposition, *see id*. at 2, and being otherwise fully advised, the Court finds that the Motion is well taken and GRANTS it.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file her Second Amended Complaint for Violations of the New Mexico Human Rights Act, and the Family and Medical Leave Act (*doc. 20-1*) and shall do so **within seven (7) days of the issuance of this Order.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**