# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LINDSEY,**

   **Plaintiff,**

**v.**                                                          **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


## <u>Certificate of Service</u>

   I hereby certify that Plaintiff's First Set of Interrogatories and First Request for

Production of Documents and First Requests for Admission was served via email to Ms. Mia

Lardy at her email address of <u>mlk@modrall.com</u> on this 20th day of September, 2024.

I further certify that this Certificate of Service was filed through the Court's E-file and Serve

system on this 20th day of September, 2024, which caused a copy to be served by electronic

means upon all counsel of record.


                                                            Respectfully Submitted.

                                                            Heather Burke
                                                            Attorney at Law
                                                            1000 Cordova Place #24

1

Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com