**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                     Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**DEFENDANT BOARD OF EDUCATION OF ALBUQUERQUE PUBLIC SCHOOLS'
UNOPPOSED MOTION TO EXTEND THE DEADLINE
FOR FILING A MOTION TO COMPEL**

Defendant Board of Education of Albuquerque Public Schools (hereinafter referred to as "APS'), by and through its undersigned counsel, Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Mia K. Lardy and Tessa L. Chrisman), hereby requests that the Court enter an order extending the 21-day period set forth in D.N.M.LR-26.6 within which to file a Motion to Compel. In support of this Motion, Defendants state as follows:

1.     Pursuant to D.N.M.LR-Civ. 26.6, a party has 21 days to proceed under D.N.M.LR-Civ. 37.1 (providing the procedure for motions to compel) once served with objections to written discovery.

2.     The Court may change the 21-day period on motion by a party for good cause. *See* D.N.M.LR-Civ. 26.6.

3.     APS served its First Set of Interrogatories and Requests for Production to Plaintiff on July 18, 2024. *See* Certificate of Service, [Doc. 19].

4.      APS received Plaintiff's answers and responses to its first set of discovery on September 9, 2024. *See* Certificate of Service, [Doc. 24].

5.      Pursuant to D.N.M.LR-Civ. 37.1, APS has until September 30, 2024 to file a motion to compel relating to its First Set of Interrogatories and Requests for Production to Plaintiff.

6.      The Parties are currently engaging in good-faith discussions to resolve deficiencies APS has identified within Plaintiff's answers and responses to discovery and believe that additional time may help avoid or limit motions practice on Plaintiff's responses.

7.      Accordingly, APS requests that the Court enter an Order extending the deadline for it to file a motion to compel from September 30, 2024 through October 21, 2024.

8.      Plaintiff does not oppose this Motion.

WHEREFORE, Defendant APS respectfully requests that it have until Friday, October 21, 2024 to file a Motion to Compel on Plaintiff's responses to APS's First Set of Interrogatories and Requests for Production.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: /s/ *Tessa L. Chrisman*
          Mia K. Lardy
          Tessa L. Chrisman
          *Attorneys for Defendant APS*
          P.O. Box 2168
          Albuquerque, NM 87103-2168
          505.848.1800/ Fax: 505.848.9710
          mia.lardy@modrall.com
          tessa.chrisman@modrall.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 27th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and by regular U.S. Mail:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

By:  _/s/ Tessa L. Chrisman_
        Tessa L. Chrisman