**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                          Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**ORDER GRANTING BOARD OF EDUCATION OF ALBUQUERQUE PUBLIC SCHOOLS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING A MOTION TO COMPEL**

THIS MATTER came before the Court on Defendant Board of Education of Albuquerque Public Schools' ("APS") Unopposed Motion to Extend the Deadline for Filing a Motion to Compel Under D.N.M.LR-Civ. 26.6 [Doc. 27], filed September 27, 2024.

The Court, having reviewed the Motion and there being no opposition to the Motion, finds the Motion is well-taken and is hereby granted.

IT IS HEREBY ORDERED that Defendant APS will be allowed until October 21, 2024 to file a motion to compel relating to APS's First Set of Interrogatories and Requests for Production to Plaintiff.

_____
JOHN F. ROBBENHAAR
UNITED STATES MAGISTRATE JUDGE

2

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: /s/ *Tessa L. Chrisman*
        Mia K. Lardy
        Tessa L. Chrisman
        *Attorneys for Defendant APS*
        P.O. Box 2168
        Albuquerque, NM 87103-2168
        505.848.1800/ Fax: 505.848.9710
        mia.lardy@modrall.com
        tessa.chrisman@modrall.com

Approved by:

HEATHER BURKE LAW

By: *Approved via email 9/27/24*
        Heather Burke
        1000 Cordova Place #24
        Santa Fe, NM 87505
        (505) 428-9424
        heather@hburkelaw.com