**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                                          Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**DEFENDANT BOARD OF EDUCATION OF ALBUQUERQUE PUBLIC SCHOOLS'
UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE**

Defendant Board of Education of Albuquerque Public Schools (hereinafter referred to as "APS'), by and through its undersigned counsel, Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Mia K. Lardy and Tessa L. Chrisman), hereby moves the Court to vacate the Settlement Conference currently set for October 23, 2024 and the attendant deadlines. *See* Order Setting Settlement Conference [Doc. 16]. Plaintiff's counsel was contacted regarding this Motion and does not oppose. In support thereof, APS states as follows:

1.      This Motion is timely filed pursuant to the Court's Order [Doc. 16] which requires motions to vacate and reschedule the settlement conference be filed on or before Wednesday, October 9, 2024.

2.      Both parties have served initial sets of discovery on the other. *See* Certificates of Service [Docs. 19, 25].

3.      As set forth in Defendant APS's Unopposed Motion to Extend the Deadline for filing a Motion to Compel [Doc. 27], which was granted by the Court [Doc. 28], the Parties are currently engaging in good-faith discussions to resolve deficiencies APS has identified within

Plaintiff's answers and responses to discovery. APS's deadline to file a motion to compel, if needed is only two days prior to settlement conference as presently scheduled. *See* [Doc. 28].

4.      APS's responses to Plaintiff's First Set of Discovery, served September 20, 2024 [Doc. 25], are not due until October 21, 2024, two days prior to the settlement conference as presently scheduled.

5.      Accordingly, the Parties require additional time to conduct initial discovery necessary to their respective preparations for the settlement conference and do not believe a settlement conference will be productive until further progression in this case.

6.      This Motion is not made for the purpose of delay, but so that the parties may conduct necessary discovery to evaluate their claims and defenses ahead of settlement negotiations. Neither Plaintiff nor APS would be prejudiced by the rescheduling of this settlement conference.

7.      APS has conferred with Plaintiff's counsel, and this Motion is unopposed.

WHEREFORE, Defendant APS respectfully requests that the Court vacate the October 23, 2024 settlement conference, to be rescheduled at a later date.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: /s/ *Mia K. Lardy*
        Mia K. Lardy
        Tessa L. Chrisman
        *Attorneys for Defendant APS*
        P.O. Box 2168
        Albuquerque, NM 87103-2168
        505.848.1800/ Fax: 505.848.9710
        mia.lardy@modrall.com
        tessa.chrisman@modrall.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 9th day of October, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and by regular U.S. Mail:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

By:  _/s/ Mia K. Lardy_
      Mia K. Lardy