# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                                                                  **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


## CERTIFICATE OF SERVICE


Plaintiff Elizabeth Lindsey hereby certifies that, on October 21, 2024, she served "Plaintiff Elizabeth Lindsey's First Amended Responses To Defendant Board Of Education For Albuquerque Public Schools' First Set Of Interrogatories And Requests For Production" by email to Tessa Chrisman (tchrisman@modrall.com), as counsel for the above captioned Defendants and that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 21st day of October, 2024.


                                           Respectfully Submitted.



                                           Heather Burke
                                           Attorney at Law

1

1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com