**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                   Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

      WE HEREBY CERTIFY that on this 21st day of October 2024, Defendants Board of

Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants")

served their Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for

Production, and Requests for Admission through the following counsel of record:

      Heather Burke
      1000 Cordova Place #24
      Santa Fe, NM 87505
      (505) 428-9424
      heather@hburkelaw.com

      Respectfully Submitted,

      MODRALL, SPERLING, ROEHL,
        HARRIS & SISK, P.A.

      By: */s/ Tessa L. Chrisman*
      Mia K. Lardy (mia.lardy@modrall.com)
      Tessa Chrisman (tessa.chrisman@modrall.com)
      *Attorneys for Defendants*
      P.O. Box 2168
      Albuquerque, NM 87103-2168
      505.848.1800/ Fax: 505.848.9710