| | |
|---|---|
| **From:** | Tessa Chrisman |
| **Sent:** | Friday, September 27, 2024 3:49 PM |
| **To:** | Heather@hburkelaw.com |
| **Cc:** | Mia K. Lardy; Diane Garcia; Cindee Hernandez |
| **Subject:** | RE: Lindsey v. Albuquerque Public Schools Board of Education et. al. - Good Faith Letter |
| **Attachments:** | 1.24-CV-00393 GBW_JFR, Proposed Order Granting Unopposed Motion to Extend APS's Deadline to File Motion to Compel (W5183391x7A92D).docx; Unopposed Motion to Extend APS's Deadline to File Motion to Compel (W5183387x7A92D).docx |

Heather,

Thanks for your response. I'm attaching a copy of a draft motion and proposed order for your review, as discussed below. Given that you'd like two weeks to supplement (deadline of October 11), we're proposing pushing our deadline to file a motion, if needed, out three weeks from the 30th (October 21).

Please let us know if we can note your approval. We'd like to get these filed today.

Thanks,
Tessa

 MODRALL SPERLING

Tessa L. Chrisman
Associate Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1869 | O: 505.848.1800  |Cell: 505.494.4072

**From:** Heather@hburkelaw.com <Heather@hburkelaw.com>
**Sent:** Friday, September 27, 2024 3:37 PM
**To:** Tessa Chrisman <tchrisman@modrall.com>
**Cc:** Mia K. Lardy <mlk@modrall.com>; Diane Garcia <dianeg@modrall.com>; Cindee Hernandez <cindeeh@modrall.com>
**Subject:** RE: Lindsey v. Albuquerque Public Schools Board of Education et. al. - Good Faith Letter

Hi Tessa,

It's been a crazy week with so much in motion! We are definitely going to need an extension since 3 days is not enough time to respond to so many issues.  My client is diligently working to respond, and we anticipate that between her and my schedules, we'll need about 2 weeks to get it all together.

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24

**EXHIBIT**

**B**

Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com

---

**From:** Tessa Chrisman <tchrisman@modrall.com>
**Sent:** Friday, September 27, 2024 12:41 PM
**To:** heather@hburkelaw.com
**Cc:** Mia K. Lardy <mlk@modrall.com>; Diane Garcia <dianeg@modrall.com>; Cindee Hernandez <cindeeh@modrall.com>
**Subject:** RE: Lindsey v. Albuquerque Public Schools Board of Education et. al. - Good Faith Letter

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Heather,

I just left you a voicemail on this, but wanted to reach out via email as well. I'm reaching out to touch base on Plaintiff's discovery responses. We sent you a good faith letter on September 24 flagging some deficiencies we've identified in the responses and asked for a response by today at noon. As yet, we have not seen a response from you. Please let us know if we've missed any correspondence.

Otherwise, can you please let us know if Plaintiff intends to supplement her responses? To the extent she's willing to supplement some or all of the responses we flagged, but needs additional time to do so, please let us know (1) if you will agree not to oppose our motion seeking to extend our deadline to file a motion to compel pursuant to D.N.M.LR-Civ. 26.6 **and** (2) when you expect to supplement, so that we can seek a sufficient extension. If this is the case, we will prepare and circulate copies of a motion and proposed order for your review.

If we don't hear from you, our only alternative will be to file a motion to compel by the current deadline – Monday, September 30. It would be our preference, however, to avoid or limit motions practice to the extent possible through compromise.

If you'd like to discuss over the phone, please feel free to contact me through my direct office line (505.848.1869) or on my cell (505.494.4072).

Thanks,
Tessa



Tessa L. Chrisman
Associate Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1869 | O: 505.848.1800  |Cell: 505.494.4072

2

**From:** Cindee Hernandez <cindeeh@modrall.com>
**Sent:** Tuesday, September 24, 2024 3:21 PM
**To:** heather@hburkelaw.com
**Cc:** Mia K. Lardy <mlk@modrall.com>; Tessa Chrisman <tchrisman@modrall.com>; Diane Garcia <dianeg@modrall.com>; Cindee Hernandez <cindeeh@modrall.com>
**Subject:** Lindsey v. Albuquerque Public Schools Board of Education et. al. - Good Faith Letter

Good afternoon Ms. Burke,

Please see the attached letter from Mia Lardy and Tessa Chrisman.

Sincerely,



Cindee Hernandez
Paralegal to Sonya Burke & Mia Kern Lardy
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.8489751 | O: 505.848.1800 | F: 505.944.8034