**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                                    No. 1:24-cv-393

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.


<mark>**PLAINTIFF ELIZABETH LINDSEY'S FIRST AMENDED RESPONSES TO DEFENDANT BOARD OF EDUCATION FOR ALBUQUERQUE PUBLIC SCHOOLS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**</mark>


**INTERROGATORIES**

**INTERROGATORY NO. 1:** Please describe your biographical background by stating your name, date of birth, social security number, current address, place of birth, all other names you have used, addresses and dates of residence for your residences during the past ten (10) years, the name, current address and dates of any children you have, the date and place of each of your marriages and divorces, and the name and address of each person to whom you have been married.

**ANSWER:**

Elizabeth DeLong Lindsey (preferred name Beth)
DOB 9/25/1970 - San Leandro, CA
SSN 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

Since 2008:
4717 Brenda Street NE
Albuquerque, NM 87109

No live births

11-15-1995 - married Steven John Morris in Albuquerque, NM
name change to Elizabeth DeLong Morris

**EXHIBIT**

**C**

3/8/2005 - divorced in Norfolk County, MA
name change to Elizabeth DeLong

Mr. Morris is deceased - DOD 3-3-2009

07-15-2006 - married to Bruce Kendrick Lindsey in Wellesley, MA
name change to Elizabeth DeLong Lindsey

Mr. Lindsey resides at the same current address

**INTERROGATORY NO. 2:** For each place of employment or job you have held, including, but not limited to, money making projects, part-time jobs, self-employment and all other jobs of any nature, both before and after the employment referred to in the Complaint, please state the name and address of each employer, the name of your immediate boss, foreman or other supervisor, a brief description of your job duties, the compensation received, the date you began working and the date you stopped working and the precise reason for termination. With regard to your time with Albuquerque Public Schools, please list in chronological order from the first date of your employment each school in which you have worked, each supervisor and principal under who you have worked, and each position you have held (if a teaching position, please specify grade-level).

**ANSWER:**

Albuquerque Public Schools, Albuquerque, NM                    7/2007 - present
Special Education Teacher                                        (except 1/2016-11/2016)
6400 Uptown Blvd NE
Albuquerque, NM 87110

2023 - present George I Sanchez CCS - Release Head Special Education Teacher - Natalie Martinez

2021-2023 District Preschool Special Education Support Teacher (PreK) - Melanie Blea (2022-2023), Mary Ellen Farrelly (2021-2022)

2016 - 2019 Kit Carson ES Intensive Global Support 1 (K-2) - Cindy Rael

7/2012 - 12/2015 District IEP Specialist - Mona Sherrell

2/2012 - 6/2012 Emerson ES Cross-Cat/Head Teacher (K-2) - Mary Ellen Farrelly

2010-2/2012 Hoover MS Autism Specific (6th) - Kathy Alexander

2009-10 Volcano Vista HS Community Referenced Learning (9-12) - Yvonne Garcia

2007-09 Homebound (K-12) - Loretta Garcia

High School Assistant Principal (2 years)

7/2019 - 4/2021 Del Norte High School - Edward Bortot

5/2021 - 8/2021 Cibola High School - Pamela Meyers

Preschool Impressions LLC, Albuquerque, NM                    1/2022 – 4/2022
Director
Owner, Ronnie Archibeque

Rio Rancho Public Schools, Rio Rancho, NM                    8/2016 – 11/2016

Special Education Instructional Leader

- Oversaw all aspects of the special education department, except for teacher evaluation, to include collaboration with teachers, ancillary service providers, and diagnosticians.

State Of New Mexico, Corrections Department, Albuquerque, NM      1/2016 – 7/2016
Special Education, Cognitive and Vocational Coordinator

Lindsey Educational Consulting, Albuquerque, NM      2/2013 – 9/2013
Sole Proprietor

Holbrook Junior-Senior High School, Holbrook, MA          8/2006 – 6/2007

Resource Inclusion Teacher, District Training Specialist for MCAS-Alt

Massachusetts Department of Education, Malden, MA                    MCAS-Alt
Summer Scoring Institute                    7/2006

Brockton High School, Brockton, MA                    8/2005 – 6/2006

3

Lifeskills Teacher

May Center for Education and Neurorehabilitation, Brockton, MA                1/2003
– 1/2007

Assistant Teacher (2003), Teacher (2003-04), Senior Teacher (2004-05), Relief staff (2005-07)

<mark>**Amended Response:**</mark>

**11/2016 – present  Albuquerque Public Schools, Albuquerque, NM**
09/2023 - present   George I Sanchez Collaborative Community School, Natalie Martinez
          Release Head Special Education Teacher
          From the 2023-2025 APS/ATF Negotiated Agreement (p. 60)
          Head Special Education Teacher
          a. Special Education Head Teachers at the High School, Middle School, and
          Elementary levels responsibilities include to:
          1.) Assist in the development and management of a Master Calendar for IEPs and
          METs at school sites. If possible,  a.) Use Microsoft® Outlook® calendar. b.)
          Combine annual IEPs and METs to reduce number of meetings.
          2.) Ensure that Sponsor Teachers understand it is their responsibility to create
          FBAs and BIPs if needed.
          3.) Arrange for IEP coverage for teachers in conjunction with the Administration.
          4.) Collaborate with the diagnostician on the scheduling of METs.
          5.) In collaboration with sponsor teacher, facilitate, write, and/or act as Local
          Educational Agency (LEA) representative/principal-designee at IEPs.
          6.) Coordinate with sponsor teachers and facilitate the submission of REEDs.
          7.) Schedule, plan, and chair school-based Special Education Department
          meetings.
          8.) Disseminate information to the school's special education staff.
          9.) Provide assistance regarding special education laws, policies, and procedures.
          10.) Coordinate resources/curriculum adoption and material ordering for the
          department.
          11.) Assist members of the department, by coordinating with school
          administration, technology support personnel and IEP specialist for technology,
          support regarding all special education computer software needs. (Synergy,
          Microsoft® Outlook®, etc.).
          12.) Communicate with feeder schools regarding current classes/services to
          determine appropriate programming needs for progression to the next school level.
          13.) Assist in the development of the special education portion of the school's
          master schedule.

4

14.) Create a system for the scheduling of individual special education students according to their IEPs.

15.) Ensure that all relevant and required IEP documents are delivered to Special Education Records or uploaded into Synergy.

16.) Coordinate with sponsor teachers and facilitate the submission of ESY paperwork.

17.) Complete and submit transportation forms for any student who may not yet have a sponsor teacher.

18.) Update, coordinate, and distribute class lists to Special Education staff.

19.) Communicate with related service providers prior to the first day of school regarding their student class lists.

20.) Assist the diagnostician with the compilation of out-of-district/state student transfer information.

21.) Communicate with sped.data@aps.edu to ensure accuracy of class lists.

22.) As new students enter throughout the school year, inform relevant related service providers of the services listed in the IEP.

23.) Contact the District Special Education Department when considering placement of a student in an Intensive Global Support 1 (IGS1), Intensive Global Support 2 (IGS2), Social Communication Support (SCS2 or SCS3), Social Emotional Support 1 (SES1), and Social Emotional Support 2 (SES2) classroom.

24.) Attend District Special Education Department sponsored meetings and trainings.

08/2021-09/2023 District Resource Preschool Inclusion Teacher, Mary Ellen Farrelly (08/2021-07/2022), Melanie Blea (8/2022-9/2023)
- Standard special education instructional and case management responsibilities
- Provide inclusion support for preschool students in New Mexico PreK classrooms on school campuses, as well as in community preschools

06/2021-08/2021 Cibola High School, Pamela Meyer
High School Assistant Principal (2 years) same duties as below

7/2019-5/2021 Del Norte High School, Edward Bortot
High School Assistant Principal (2 years)
- Acquired a 120% increase in graduation rates.
- Recruiting, supervise, coach, and evaluate 55+ teachers, assistants, custodial and clerical staff, and retained teachers and staff in high turnover positions.
- Helped manage $5M budget
- Program management for special education students with low incidence needs.
- Streamlined course catalog and built master schedule.
- Operations management including facilities management, developing emergency management system, coordinating with law enforcement and fire marshal
- Monitored student behavior and enforced discipline policies, including Due Process Hearings.

11/2016 - 7/2019 Kit Carson Elementary School, Cindy Rael
- Intensive Global Support Level 1 teacher (K-2)

5

- Standard special education instructional and case management responsibilities
- NMPED Teacher Leader liaison (2017-2018, 2018-2019)
- Head Special Ed Teacher 2018-2019

1/2022 – 4/2022 **Preschool Impressions LLC, Albuquerque, NM, Owner - Ronnie Archibeque**

Director
- Served as the Site Administrator and liaised with state agencies to improve partnerships.
- Interviewed, hired, and trained classroom personnel and provided professional development.
- Operated under state licensing guidelines to protect the health, safety, and well-being of children.

**8/2016 – 10/2016    Rio Rancho Public Schools, Rio Rancho, NM**

Vista Grande Elementary School, Special Education Instructional Leader (admin license required)
- Oversees all aspects of the special education department, except for teacher evaluation, to include:
- collaboration with the diagnostician for all initial/re-evaluations
- scheduling of all special education meetings (MDT, EDT, IEP, DNQ), serve as district representative for these meetings
- collaborate with teachers and ancillary service providers to ensure LRE and FAPE
- provide instructional supports to teachers
- oversee budget for IDEA-B funds
- collaborate with school and district administration to ensure compliance and communication

**1/2016 – 6/2016     New Mexico Corrections Department, Albuquerque, NM**
**Recidivism Reduction Division, Education Bureau -  Lisa Salazar**

Special Education, Cognitive and Vocational Programs Coordinator
- Ensure compliance to established policies, procedures and regulations
- Ensure compliance with state and federal law regulating provision of special education services
- Provide private and public agencies with information, assistance, support and training in cognitive programs to emphasize the substitution of desirable patterns of thinking.
- Establish guidelines for vocational education programs, which are appropriate to the needs of the inmate population, and provide the knowledge and skills necessary for a released offender to obtain viable employment in career fields that are in demand.

**8/2007 – 12/2015   Albuquerque Public Schools, Albuquerque, NM**

8/2012 – 12/2015  IEP Specialist, *Team 1 - supporting eight schools*
IEP Specialists facilitate IEPs and manifestation determination meetings; assist with all parts of the IEP development; assist school personnel in complying with required timelines for reevaluations and annual IEP reviews; train school staff on IEP requirements; assure that IEPs are in compliance with federal and state laws/regulations and APS policies; collaborate in the scheduling of IEPs.

8/2011 – 12/2015  Mentor, *The Mentor Program: An APS/ATF/UNM Partnership*, "on hold" during internships

Spring 2015  Administrative Intern, under Kimberly Woodley, Principal, Hodgin Elementary School

Summer 2015  Administrative Intern, under Patricia Rajala, Instructional Manager, Special Education Department

2/2012 – 5/2012  Emerson Elementary School, Mary Ellen Farrelly
Primary (K-2) Resource Teacher and Head Special Education Teacher
- Standard special education instructional and case management responsibilities
- Head teacher responsibilities list was shorter than current George I Sanchez responsibilities, but essentially the same on top of teaching classes

8/2010 – 2/2012  Hoover Middle School, Kathy Alexander
Autism Specific Teacher and ED Teacher (4th quarter of 2010-2011) (6-8)
- Standard special education instructional and case management responsibilities

8/2009 – 5/2010  Volcano Vista High School, Yvonne Garcia
Community Referenced Learning Teacher (9-12)
- Standard special education instructional and case management responsibilities
- PLC facilitator

8/2007 – 5/2009  Homebound, Aztec Complex, Loretta Garcia
Teacher (for students at home and in Residential Treatment Centers)
- Standard special education instructional and case management responsibilities

**9/2006 –6/2007    Holbrook Junior-Senior High School, Holbrook, MA** – Edward Dunn
Resource/Inclusion Teacher, District Training Specialist for MCAS-Alt (alt. assessment)
- Standard special education case management responsibilities  including completing MCAS Alternate Assessment portfolios
- District responsibilities included conducting initial staff training on MCAS-Alt portfolios, holding in-district portfolio workshops, and completing a final review before portfolios are submitted to DOE.
- Subjects taught include Mathematics (Resource, and co-taught Algebra), Reading and English (academic and functional).  Includes development of age-appropriate and need-specific curriculum.  Academic abilities from primer to 6th grade (ages 14-18).
- Tutored one student who was temporarily not attending school.

**7/2006                Massachusetts Department of Education, Malden, MA –** MCAS-Alt
Summer Scoring Institute

- Trained and tested on procedures for scoring MCAS-Alt portfolios.  Completed required tasks for scoring both standard portfolios and Competency Determination portfolios.

**8/2005 –6/2006      Brockton High School, Brockton, MA** – Lifeskills Teacher
- Special Education case management – standard processes including preparing MCAS-Alt portfolios
- Supervised 4 paraprofessionals
- Subjects taught: pre-vocational and vocational skills, Science, Reading and Mathematics – substantially separate setting, ages 16-22

**1/2003 –1/2007      May Center for Education and Neurorehabilitation, Brockton, MA** – Assistant Teacher (2003), Teacher (2003-04), Senior Teacher (2004-05), Relief staff (2005-07)
- Providing residential, community, and school-based services to students with traumatic brain injury
- Standard special education case management responsibilities , including instruction in academics and functional, vocational, community, daily living and social skills.
- Participating in peer review, clinical and IEP development meetings for student education and behavior plans.
- Collaborate with Allied Health (physical, occupational, and speech therapies) to identify and support targeted skills within the classroom and in generalized settings.
- Collaborate with the Transitional Education department to identify student vocational skills and job placement.  Support vocational goals in the classroom, and supervise students in job placements.
- Using Curriculum-Based Measurement (CBM) for academic assessment and IEP goal development
- Supervising classroom staff to ensure that IEP and behavioral plans are implemented correctly.  Managing classroom accounting, supplies/equipment, and paperwork deadlines.  On-call rotation for managing staffing for the morning residential and classroom shifts (one week, bimonthly).

**INTERROGATORY NO. 3:** Please describe your educational background (whether vocational or otherwise), including the name and address of each and every school you have attended, the dates of attendance, the degrees or certificates received, if any, the last grade completed, the courses of study or instruction, the type of training you received, and the type of work for which you were trained.

**ANSWER:**

5/24/2023 - Google Data Analytics certificate, Coursera.com

Portales, NM 88130
Psychology, Business - no degree

**INTERROGATORY NO. 4:** For every dispute or legal proceedings of any nature whatsoever, including claims or grievance made with union participation, employment claims, and Workers' Compensation and personal injury claims you have made, whether or not the claims resulted in a dispute, lawsuit, or the receipt of any benefits to which you have been a party or have been in any way involved please state the names of the parties to the dispute, lawsuit, proceedings or claims, including the names of any employers against whom any claims were made, a complete description of each event giving rise to the dispute, proceedings or claims, the date of the event, and the date the suit, proceedings or claim was filed, the court and docket number, the present status of the dispute, proceedings or claim, the disposition or present status of the dispute, lawsuit, proceeding or claim, and a complete description of any injuries, disability or illness involved.

**ANSWER:**  Not applicable.

**Amended Response:**

This specifically requests "disputes or legal proceedings" which does not appear to encompass administrative exhaustion requirements which are not technically legal proceedings.  Plaintiff did not participate in any hearings regarding these claims, and received non-determination orders without actual adjudication of any claims.

Plaintiff appealed the denial of her reasonable accommodation on May X

**INTERROGATORY NO. 5:**  If you are now receiving or have ever received or applied for any disability benefit, disability retirement benefit, Social Security, military, welfare, or pension income, unemployment compensation, or other benefit of any nature whatsoever, from any agency, company, person, corporation, or government entity at any time, then please describe the same by stating when and where each application for claim was made, the name and address of the person

leave at a value of $449.60 (7 hours).  This is an estimated total of $26,778.28 in lost annual and sick leave, or about 515.3 hours that she was forced to take.  FMLA allows for liquidated damages which would double this value for a total of $53556.56. (It also allows for punitive damages, which we will not attempt to calculate here)

Lost wages of approximately $20,000 a year after having to step down from assistant principal position due to failure to accommodate, so about $80k so far.

The tangible damages equal approximately **$134,037.60.**

Plaintiff has suffered significant physical and emotional distress because of Defendants' actions and inactions.  This distress will be supported by testimony by expert and lay witnesses who will be able to discuss why Plaintiff's disability would result in extreme suffering from the work environments that Defendants refuse to allow Plaintiff to leave, and that Plaintiff suffered as a result.  Non-tangible damages can be extremely difficult to value, but we believe that Defendants deliberate indifference to the harm they were causing will likely result in a significant jury award in our favor.  For purposes of initial valuation for settlement purposes, we'll value those damages at 3x the tangible damages, or **$402,112.80.**

Plaintiff's estimated damages could be a total of **$536,150.40**, or more, as punitive damages, interest and inflation have not been calculated, and there is no way to tell what a jury might do.

Plaintiff will soon have expenses related to expert witnesses which she expects to retain in the coming weeks.

Plaintiff's current attorney's fees are approximately **$25,000.**

**INTERROGATORY NO. 11:** Please state whether you are claiming lost wages or lost earning capacity, by reason of the damages alleged in your Complaint, and if you are, please state the amount of lost wages you claim and the amount of lost earning capacity you claim, and describe in detail how you computed the amount you are claiming, the factual basis for

21

each such figure, and identify by name, address, and phone number the person from whom

such information was obtained.

**ANSWER:**

I was a high school assistant principal at the time when the ADA office first refused to engage in the interactive ADA process in 2021. I was reassigned when I returned from FMLA, without interview, and it was not a good fit leaving me no choice but to take another teaching position. My current salary is $79,322.07 and my current pay as a high school assistant principal would be $99,243. I have lost annual income and retirement contributions as a result, and continue to do so in perpetuity until social security retirement in 2037.

**Amended Response:**


Salary schedule from APS website and current year contract provided.

I'm attaching the intermittent FMLA log, which includes both intermittent and full-time FMLA. That is 228.5 hours for 2023 and 36.5 hours for 2024. My current pay rate is $64.228 for a 32 hour week.


For the previous FMLA in 2021, I had 234.3 hours before starting leave and earned an additional 16 hours during that time. I was docked $331.86 for leave without pay. My pay rate was $41.48 in a 40 hour work week.

Going by before and after sick leave paid balances, it's about $8000.

2021 FMLA - $10,714.80 (250.3hr x $41.482 + plus docked $331.86)

Jan-Jun 2023 FMLA - $13, 442.43 (228.5 x $58.829)

July-Dec 2023 FMLA -$1839.59  (29.50 x $62.359)

Jan-Jun 2024 FMLA - $449.60 (7 x $64.228)


**INTERROGATORY NO. 12:**  Please describe any and all measures you have taken to mitigate the damages that you allege you have suffered as a result of the allegations in your Complaint.

> **ANSWER:** Plaintiff objects to this request as it improperly suggests that she has some duty to mitigate FMLA violations or failure to accommodate her disability.

22

**INTERROGATORY NO. 14:** Please describe and state the nature and content of each and every exhibit you may, or will, offer into evidence or which is contemplated being offered into evidence on your behalf, at the time of a hearing or trial. Please list each such exhibit separately and describe its nature and content separately.

> **ANSWER:** Plaintiff has not yet identified any exhibits, but will supplement as they are discovered.

**INTERROGATORY NO. 15:** For each and every written or recorded statement made by any party or witness who may have, or claims to have, knowledge or information related to the facts alleged in your Complaint or related to your alleged injuries or damages, describe the statement by stating the name of the person making the statement, the date of the statement, the name, employer, occupation, and last known address of the person or persons taking the statement, and the name and last known address of the person now in possession of the original statement.

> **ANSWER**: Plaintiff objects as this requests information protected by attorney client and/or work produce privilege.  Notwithstanding and without waiving this objection, Plaintiff is not aware of any recorded statements responsive to this request.  She will supplement if she discovers any.

**INTERROGATORY NO. 16:** Please identify all conversations you have had with anyone regarding the allegations in your Complaint or your alleged injury(ies) or damages (excluding conversations with your attorneys) by identifying the name and contact information for each person with whom you have had such a conversation; the approximate date of each such conversation; and the details of such conversation.

> **ANSWER:** Plaintiff objects as this is overly broad and burdensome and requires Plaintiff to remember any and all conversations she may have had in passing over the years.  Plaintiff does not keep records of her conversations and does not recall any which would be responsive to this request.  If she remembers any, she will supplement consistent with her duty.

25

 **Amended Response:**

**INTERROGATORY NO. 17:** Please identify all text messages, emails, and electronic media postings (such as postings to Facebook or any other website) that you sent or received that relate to the claims asserted in your Complaint. For each such message, email, or posting, please describe the substance of the communication and the date on which you made the communication. You are directed to preserve and not to alter, damage, or destroy all text messages, emails, and electronic media postings responsive to this interrogatory during the pendency of this lawsuit.

> **ANSWER:** Plaintiff objects as this request is overly broad and burdensome, and requests records already in the custody and control of Defendants, or which does not exist.

**INTERROGATORY NO. 18:** Please describe any formal or informal disciplinary actions taken against you during the course of your employment by APS, including reprimands, written or verbal warnings, and written or verbal complaints from students, community members, colleagues, or APS administrators; state the date, location, and people involved in any such disciplinary issue; and describe the resolution, if any, of the issue.

> **ANSWER:** Melanie Blea attempted to bring retaliatory disciplinary action against me which resulted in no conclusive action. Due process requests for data could have prevented the meeting. Persons present were Jessica Rivera (APS-HR), Melanie Blea, Elizabeth Lindsey, Mia Lardy (APS-attorney), Christopher Machin (Lindsey-attorney).

 **Amended Response:**

3/25/2021 - I verbally told Edward Bortot, Principal at Del Norte HS, that we needed to schedule an ADA review, with the prospect of students returning to campus. He was upset with the possibility that I might have to take FMLA if we could not reach reasonable accommodations. He then gave me the silent treatment for several days. I formally requested the ADA review in email on 3/30/2021. On 3/30/2021, I made a copy and paste email error. Instead of asking me for clarification, he wasted hours researching the error. 3/31/2021 - Edward Bortot scheduled a disciplinary meeting regarding the email. This meeting was originally scheduled for 4/1/2021, but then became an ADA meeting while I was securing representation with Mackenzie St Denis. The meeting was scheduled for 4/15/2021, however I was out on FMLA at that time. Since he was not able to hold a disciplinary meeting, he chose to insert everything that he had drafted into my OES

complaint, including him committing a FERPA violation that will need to be redacted from that document. If communication was such an ongoing problem, why did he choose to discipline me the day after I formally requested an ADA review? Clear retaliation. The OES appeal hearing was just an opportunity for him to verbal air every single thing he ever thought I did wrong. 2/3/2023 - attempted disciplinary meeting. Chris Machin was my attorney for this. Defendants' counsel Mia Lardy was also present for this meeting.

**INTERROGATORY NO. 19:** Please identify and describe in detail any and all accommodations you allege that Defendant APS "pervasive[ly] refused to" provide in Paragraphs 44-47 of your First Amended Complaint. Your description should include the approximate date(s) of any such "refusals," list the individual(s) involved, identify any individual(s) you discussed the incident(s) with (both inside and out of APS) with full name, address, and phone number, and identify any documents (including copies of written communications) which relate to or support each alleged failure/refusal to accommodate.

**ANSWER**:

Plaintiff's accommodations have been denied for several years now. It would be impossible to detail the "dates" that accommodation had been denied when she has never been properly accommodated. In addition, all communications with Defendants about Plaintiff's accommodations would necessarily already be in Defendants own possession.

**INTERROGATORY NO. 20:** Please describe each instance of discrimination toward you as alleged in paragraphs 35-42 of the First Amended Complaint, and for each such instance please include the names of the individuals involved in the alleged discrimination, the date of the alleged discrimination, and a description of the alleged discrimination.

**ANSWER:** Plaintiff objects to this request as improperly compound and requesting that Plaintiff distill multiple paragraphs in one interrogatory response. Plaintiff's complaint allegations speak for themselves, and she has brought this lawsuit against Melanie Blea and APS who were both decisionmakers in her allegations.

**Amended Response:**

27

Socorro Rodriguez, Kelly Marvin, Edward Bortot, Melanie Blea.

**INTERROGATORY NO. 21:** Please describe each instance of harassment toward you as alleged in paragraphs 43-45 of the First Amended Complaint, and for each such instance please include the names of the individuals involved in the alleged harassment, the date of the alleged harassment, a description of the alleged harassment, and a description of any documents or evidence related to or supporting each such instance.

> **ANSWER:**    Plaintiff objects to this request as improperly compound and requesting that Plaintiff distill multiple paragraphs in one interrogatory response.   Plaintiff's complaint allegations speak for themselves, and she has brought this lawsuit against Melanie Blea and APS who were both decisionmakers in her allegations

**INTERROGATORY NO. 22:** Please describe each instance of APS's interference with your rights under the FMLA as alleged in paragraphs 48-56 of the Complaint, and for each such instance please include the names of the individuals involved in the alleged interference, the date of the alleged interference, a description of the alleged interference, and a description of any documents or evidence related to or supporting each such interference.

> **ANSWER:**    Plaintiff objects to this request as improperly compound and requesting that Plaintiff distill multiple paragraphs in one interrogatory response.   Plaintiff's complaint allegations speak for themselves, and she has brought this lawsuit against Defendants Blea and APS who were both decisionmakers in her allegations

**Amended Response:**

On or about August 2022, Melanie Blea was hired to the supervisory role over my position as a Preschool Special Education Support Teacher for Albuquerque Public Schools. On or about August 8, 2022, HR and I had a meeting with Melanie Blea (Supervisor) to update her with existing ADA accommodations. On or about November 7, 2022, I received an email scheduling a disciplinary meeting with Human Resources (vague cause was given.)  On or about November 8, 2022, I filed a complaint with

28

**REQUEST FOR PRODUCTION NO. 5:** Please produce all documents referred to by you or your attorneys in your Answers to Interrogatories, or relied upon or consulted by you or your attorneys in preparing your Answers to Interrogatories.

    **RESPONSE:**   Plaintiff objects as this appears to request documents protected by attorney client and/or work product privilege.

**Amended Response:**

Lindsey000001-135

**REQUEST FOR PRODUCTION NO. 6:** Please produce original or legible copies of all documents relating to any lawsuit or claim for injuries or damages that you have ever asserted against anyone other than APS, including but not limited to copies of all settlement documents.

    **RESPONSE:**  Not applicable.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of all diaries, notes, journals, calendars, emails, letters, or other correspondence of any kind (other than those to and from your attorney) which reflect or refer to any of the events or injuries that you claim are involved in this lawsuit.

    **RESPONSE:** Plaintiff objects as this requests discovery of information which would violate FERPA, and is already within the custody and control of Defendants.  Plaintiff has searched, but not located, any responsive records in her own personal possession.  If any are discovered, Plaintiff will supplement consistent with her obligations.

Lindsey000001-30 And 000074-135

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of the curriculum vitae of any expert witness you may call to testify at trial.

40

**REQUEST FOR PRODUCTION NO. 15:**    With respect to your discrimination, harassment, interference with FMLA, and failure to accommodate claims, please produce copies of any and all correspondence or other documents that reflect your attempts, if any, to bring these issue to the attention of Albuquerque Public Schools.

**RESPONSE:** Plaintiff objects as this request suggests a non-existent duty on Plaintiff's part to report FMLA violations.  Notwithstanding this objection:

**Amended Response:**
Lindsey000075-135

**REQUEST FOR PRODUCTION NO. 16**:    Please produce a copy of all documents, emails or other communications you have received from or sent to anyone within Albuquerque Public Schools, which refer, relate or pertain to any of your claims in this case.

**RESPONSE:**   Plaintiff objects to this request as overly broad, burdensome and vague.  It requests information Defendants already have within their own possession, custody and/or control.  Plaintiff's work product and work email/account are the property of Defendants and they should already have access to this information themselves.

**Amended Response:**

Plaintiff maintains her objection.  Plaintiff currently works for Defendants, and therefore still uses her APS email account.  However, Plaintiff does not "possess" her email as it is the property of APS, nor does she "control" it as Defendants control her access to it. In addition, Defendants use gmail for their email program, and it is burdensome for Plaintiff to find, and print or otherwise export responsive records, and takes a significant amount of time.  Defendants likely have more access from the server side, and likely e-discovery or other IT tools which would expedite this process that are not available to Plaintiff.

Notwithstanding this objection, Lindsey000075-135

Respectfully Submitted.