**From:** Tessa Chrisman
**Sent:** Friday, October 18, 2024 2:07 PM
**To:** Heather@hburkelaw.com; Mia K. Lardy
**Cc:** Diane Garcia; Cindee Hernandez
**Subject:** RE: Lindsey v APS - Plaintiff's Supplemented Responses

**Follow Up Flag:** Copied to Worldox (New Modrall\11301\1492\EMAIL\W5200255.MSG)

Good afternoon, Heather,

I'm writing with regard to your supplemented discovery responses, served last Friday, October 11. We believe that there are some continuing deficiencies as outlined below. Our deadline to file a motion to compel with respect to these responses in Monday, October 21. We plan to file a motion in accordance with the deadline. To the extent you would like additional time to supplement, please reach out so we can prepare a motion and proposed order for the Court.

With respect to the following requests, Plaintiff's responses remain incomplete:
- **Interrogatory No. 2**: Plaintiff has not provided any compensation information for any of the positions listed in her response.
- **Interrogatory No. 4**: Plaintiff has not provided the requested information for any EEOC/HRB charges, including those raised within her Complaint. Additionally, Plaintiff's supplemented response to this request is clearly not finished (cuts off in the middle of a date).
- **Interrogatory No. 11:** Plaintiff has still not clearly stated whether she is pursuing a claim for lost earning capacity or lost wages. Her response suggests that she is seeking lost wages, but she needs to clarify with respect to both categories of damages.
- **Interrogatory No. 16**: This response suggests that there was supposed to be a supplement, but does not actually include a supplemental response. Please see our September 24 good faith letter and the request for supplementation therein.
- **Interrogatory No. 17**: This response was not supplemented. Please see our September 24 good faith letter and the request for supplementation therein.
- **Interrogatory Nos. 19, 20, and 21**: Plaintiff's responses to Nos. 1 21 were not supplemented at all. Plaintiff's response to No. 20 only supplements with additional names, but does not provide the requested information. Please see our September 24 good faith letter and the requests for supplementation therein.
- **Request for Production No. 6:** Plaintiff did not supplement. Please see our September 24 good faith letter and the request for supplementation therein.

Additionally, <u>please respond with your stance on our filing a motion to compel</u>. If we do not hear from you by **noon on Monday, October 21**, we will presume the motion is opposed.

Best,
Tessa



Tessa L. Chrisman
Associate Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102

**EXHIBIT**

**D**

D: 505.848.1869 | O: 505.848.1800  |Cell: 505.494.4072

---

**From:** Heather@hburkelaw.com <Heather@hburkelaw.com>
**Sent:** Friday, October 11, 2024 6:44 PM
**To:** Mia K. Lardy <mlk@modrall.com>; Tessa Chrisman <tchrisman@modrall.com>
**Subject:** Lindsey v APS

<mark>**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.</mark>

Attached please find our first amended discovery responses.

File access:

https://gofile.me/7b0ul/Q4bzwndWa

PW: hTJzfdWgvwcsDTr1tFID

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com