| | |
|---|---|
| **From:** | Heather@hburkelaw.com |
| **Sent:** | Monday, September 9, 2024 11:04 PM |
| **To:** | Tessa Chrisman; Mia K. Lardy |
| **Subject:** | Lindsey v APS et al |
| **Attachments:** | Plaintiff response to APS First Set of Rogs RFPs.pdf |

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Please find attached Ms. Lindsey's first responses to Defendants' Discovery Requests.

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com

<div style="border:1px solid black; display:inline-block; padding:10px; text-align:center;">

**EXHIBIT**

# E

</div>