## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LINDSEY,**

   **Plaintiffs,**

  **vs.**             **Civ. No. 24-393  GBW/JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**
**BOARD OF EDUCATION and MELANIE**
**BLEA,**

   **Defendants.**

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANTS' MOTION TO COMPEL

**THIS MATTER** is before the Court on Defendants' *Motion to Compel Plaintiff to Provide Complete Discovery Responses* ("Motion"), filed October 21, 2024.  Doc. 34.

Pursuant to the Court's Order Adopting Joint Status Report and Provisional Discovery Plan With Changes and Setting Case Management Deadlines, "before moving for an order relating to discovery, the movant *must request a conference with the court*" to attempt to informally resolve discovery disputes.[1]  Doc. 15 at 3-4 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) (emphasis added).  Defendants have failed to do so here.  Additionally, the Court's Order notifies the parties that "[d]iscovery motions may be summarily denied if a movant fails to conform to this requirement." *Id.* at 3.  The Court, therefore, denies Defendants' Motion for failure to comply with the Court's Order.

---

[1] The Court's Order also states that "the Court will not entertain any motion to resolve a discovery dispute pursuant to Fed. R. Civ. P. 26 through 37, . . . , unless the attorney for the moving party has conferred or has made reasonable effort to confer with opposing counsel concerning the matter in dispute prior to the filing of the motion."  Doc. 15 at 3.  Further, "[a] 'reasonable effort to confer' means more than mailing or faxing a letter to the opposing party.  It requires that the parties in good faith converse, confer, compare views, consult, and deliberate, or in good faith attempt to do so.  Absent exceptional circumstances, parties should converse in person or telephonically." *Id.*

**IT IS THEREFORE ORDERED** that Defendants' Motion to Compel (Doc. 34) is

**DENIED WITHOUT PREJDUICE**.[2]

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**

---

[2] Defendants are directed to https://www.nmd.uscourts.gov/content/honorable-john-f-robbenhaar where they can review Judge Robbenhaar's *Procedures for Civil Discovery, Settlement Matters, and Discovery Disputes*.