**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                                                         **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**

**Defendants**

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record, Heather Burke, with her Unopposed Motion to Extend Expert Witness Disclosure Deadlines.

In support of her Motion, Plaintiff states:

1. Plaintiff's Expert Witness Disclosure deadline is today, November 1, 2024.

2. This Court set parties settlement conference for October 23rd, intentionally placing this conference just before Plaintiff's expert disclosure deadline so that she need not retain experts if parties were able to resolve their dispute.

3. However, after receiving Plaintiff's settlement demand, Defendants decided that they needed more discovery before they were willing to engage in mediation, and so moved without opposition to vacate the settlement conference.

1

4.  Plaintiff endeavored to, and has retained two experts, but has not yet received their reports, and so needs additional time to provide that information to Defendants.

5.  Plaintiff anticipates that she will have received both reports within two weeks.

6.  Therefore, Plaintiff requests that this Court extend her expert disclosure deadline two weeks, for a new deadline of November 15, 2024.

7.  She requests that this Court similarly extend Defendants' deadline by the same amount, making their new deadline December 20, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 1st day of November, 2024.

Respectfully Submitted.

2

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com