**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ELIZABETH LINDSEY,**

     **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**

**Defendants**

**<u>PLAINTIFF'S SECOND AMENDED INITIAL DISCLOSURES</u>**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Elizabeth Lindsey, respectfully makes her mandatory disclosures as follows:

**A.**　　**Witnesses**

**The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**RESPONSE:**

Persons likely to have discoverable information may include, but may not be limited to, the following:

1. Elizabeth Lindsey
   c/o Heather Burke

1

Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424


Ms. Lindsey will testify about her allegations, her disabilities, and any other matters

relevant to this case.


2.  Diann Vogt - PreK Inclusion teacher - 505-350-0475
    10201 Santa Paula NE, ABQ 87111
    Expected to testify regarding Plaintiff's work performance and Plaintiff's claims of
    discrimination, harassment and failure to accommodate, and their impact on Plaintiff.


3.  Beth Bingham-Stimmel - special ed teacher at IAES - 419-308-5328
    3905 El Dedo Court SE, Rio Rancho 87124
    Expected to testify regarding Plaintiff's work performance and Plaintiff's claims of
    discrimination, harassment and failure to accommodate, and their impact on Plaintiff.

4.  Helen Roberson - special ed teacher at GISCCS - 505-803-0114
    Address TBD
    Expected to testify regarding Plaintiff's work performance and Plaintiff's claims of
    discrimination, harassment and failure to accommodate, and the impact on Plaintiff


5.  Katha Brady - special ed teacher at GISCCS - 505-440-1728
    Address TBD
    Expected to testify regarding Plaintiff's accommodations

6.  Bruce Lindsey – Plaintiff's spouse
    c/o counsel for Plaintiff
    Expected to testify as to Plaintiff's claims and her emotional distress.

7.  Sally Eden Moretti, PsyD – Plaintiff's therapist - 505-933-1807

    Address TBD

8.  Any witness identified by any other party.

9. Any witness deposed in connection with this lawsuit.

10. Rebuttal witnesses, the need for which cannot presently be determined.

11. Witnesses needed for authentication of or to lay a foundation for the admission of

documents or exhibits.

12. Witnesses identified through the course of discovery.

Plaintiff reserves her right to supplement this list

**B.**     **Documents**

**A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

1. Requests for accommodation

2. Defendants' response(s) to requests for accommodation;

3. FMLA certification forms

4. Any other documents identified in Discovery

5. Defendants' Answers to written discovery;

6.  Depositions of Plaintiff's medical providers in accordance with Fed. R. Civ. P. 32;

7.  Depositions of Plaintiff and/or any witness during the course of discovery in this case in

accordance with Fed. R. Civ. P. 32;

8. Any other exhibits used in discovery or deposition or listed by Plaintiff or Defendant

and/or later identified by any other party during discovery;

9. Any documents necessary for purposes of impeachment;

10. Any documents created or reviewed by any expert witness in this case;

3

11. Demonstrative exhibits as may be deemed necessary to illustrate testimony of witnesses.

12. Plaintiff is unable to identify all exhibits for trial at this early stage of discovery and reserves her right to supplement this list.

**C.      Disclosure of Expert Testimony**

**A list of experts expected to testify on behalf of Plaintiff:**

**D.      Medical Providers**

1. UNM Health - multiple providers
UNM Hospital
2211 Lomas Blvd NE
Albuquerque, NM 87106

2. Presbyterian Health Plan
Claims Address:
Presbyterian Health Plan
Attention: Claims Department
P.O. Box 27489 Albuquerque, NM 87125-7489

3. Presbyterian Hospital/Medical Group
1100 Central Ave SE
Albuquerque, NM 87106
Phone: (505) 923-5678 or 1-800-356-2219

4. Copper Key Psychology
101 Northwood Avenue
Silver Spring, MD 20901
505-933-1807

5. New Mexico Foot and Ankle Institute
4343 Pan American Fwy NE #234
Albuquerque, NM 87107
505-880-1000

4

6. Eye Associates of NM
4411 The 25 Way #325
Albuquerque, NM 87109
505-823-4411


7. Radiology Associates of Albuquerque
 4411 The 25 Way #150
Albuquerque, NM 87109
505-332-6967

8. Walgreens #6121
8400 Montgomery Blvd NE
Albuquerque, NM 87111
505-559-9134

9. Epiphany Dermatology of New Mexico
5 Calle Medico Ste A
Santa Fe, NM 87505
505-557-6300

10. Lovato Eyecare
5700 San Antonio Dr NE
Albuquerque, NM 87109

11. Peace Cannabis Cards of New Mexico
3107 San Mateo Blvd NE
Albuquerque, NM 87110
505-247-3223

12. Keith Haynie, Psychiatrist Nurse Practitioner
6505 Natalie Ave NE
Albuquerque, NM 87110
505-264-5911

**2nd Amended:**
Albuquerque Hearing and Balance
2100 Louisiana Blvd NE
Suite 409
Albuquerque, NM 87110


**E.      Computation of Damages**

5

**A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff will need more discovery before damages can be properly calculated. She will amend as information related to damages is discovered.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com