**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                                        **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


## PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES


COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record,

Heather Burke, with her Unopposed Motion to Extend Expert Witness Disclosure Deadlines.

In support of her Motion, Plaintiff states:

1. Plaintiff's Expert Witness Disclosure deadline was extended to November 15, 2024 by this Court on November 4, 2024.

2. Plaintiff's medical expert has requested an additional week to complete his report due to unforeseen circumstances and travel.

3. Plaintiff anticipates that she will have received both expert reports by November 22, 2024.

1

4.  Therefore, Plaintiff requests that this Court extend her expert disclosure deadline one week, for a new deadline of November 22, 2024.

5.  She requests that this Court similarly extend Defendants' deadline by the same amount, making their new deadline December 27, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 14th day of November, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

2