**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                 Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 20th day of November 2024, Defendants Board of

Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants")

served their First Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories,

Requests for Production, and Requests for Admission through the following counsel of record:

        Heather Burke
        1000 Cordova Place #24
        Santa Fe, NM 87505
        (505) 428-9424
        heather@hburkelaw.com

                             Respectfully Submitted,

                             MODRALL, SPERLING, ROEHL,
                                HARRIS & SISK, P.A.

                             By: */s/ Tessa L. Chrisman*
                             Mia K. Lardy (mia.lardy@modrall.com)
                             Tessa Chrisman (tessa.chrisman@modrall.com)
                             *Attorneys for Defendants*
                             P.O. Box 2168
                             Albuquerque, NM 87103-2168
                             505.848.1800/ Fax: 505.848.9710