**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar
United States Magistrate Judge**

**Clerk's Minutes**

24cv393 GBW/JFR
*Lindsey v. Albuquerque Public Schools Board of Education et al.*
Thursday, November 21, 2024, at 9:30 a.m.

**Plaintiff's Attorney Present:**                                    Heather C. Burke

**Defendants' Attorney Present:**                                   Mia Kern Lardy

**TYPE OF PROCEEDING:**   Informal Discovery Dispute Status Conference
Total Time – One Hour and Three Minutes

**COURT'S NOTES/RULINGS:**

- The Court held an informal discovery dispute status conference at the request of the parties. On November 15, 2024, the parties provided a Joint Written Statement of Discovery Disputes.

- The Court addressed and heard argument from counsel regarding each discovery dispute identified in the joint statement. The Court advised counsel its inclination as to each issue and reminded counsel that they can bring their discovery dispute before the Court formally in a motion to compel if they choose to do so. In the meantime, counsel will supplement their discovery answers and responses accordingly and continue to confer on disputed issues with an eye toward resolution. The Court is prepared to address deficiencies in supplementation informally if necessary.

- There being nothing further, the Court concluded the status conference.