# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                                                     **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


## Certificate of Service

I hereby certify that Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents and Second Requests for Admission was served via email to Ms. Mia Lardy at her email address of mlk@modrall.com on this 2nd day of December, 2024.

I further certify that this Certificate of Service was filed through the Court's E-file and Serve system on this 2nd day of December, 2024, which caused a copy to be served by electronic means upon all counsel of record.


                                          Respectfully Submitted.

                                          _Heather Burke_

                                          Heather Burke
                                          Attorney at Law
                                          1000 Cordova Place #24

1

Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

2