**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                                                                    Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

**CERTIFICATE OF SERVICE**

     WE HEREBY CERTIFY that on this 6th day of December 2024, Defendants Board of Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants") served their Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission through the following counsel of record:

          Heather Burke
          1000 Cordova Place #24
          Santa Fe, NM 87505
          (505) 428-9424
          heather@hburkelaw.com

                    Respectfully Submitted,

                    MODRALL, SPERLING, ROEHL,
                      HARRIS & SISK, P.A.

                    By: */s/ Tessa L. Chrisman*
                    Mia K. Lardy (mia.lardy@modrall.com)
                    Tessa Chrisman (tessa.chrisman@modrall.com)
                    *Attorneys for Defendants*
                    P.O. Box 2168
                    Albuquerque, NM 87103-2168
                    505.848.1800/ Fax: 505.848.9710