IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

     Plaintiff,

v.                                            24-cv-00393-GBW-JFR

ALBUQUERQUE PUBLIC SCHOOLS

BOARD OF EDUCATION,

MELANIE BLEA, in her individual capacity,

Defendants

### PLAINTIFF'S OPPOSED MOTION TO EXTEND DISCOVERY

COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record, Heather Burke, with her Opposed Motion to Extend Discovery. In support of her Motion, Ms. Lindsey states:

1. Plaintiff has timely requested discovery, and has availed herself of the Court's informal resolution process in an attempt to get the evidence she needs to prosecute her claims at trial. She has filed one Motion to Compel so far, and may have to file another to resolve deficiencies in Defendants responses.

2. Plaintiff has not received the discovery she has requested, and therefore has not been able to set any depositions.

3. Defendants noticed and conducted Plaintiff's deposition December 12, 2024.

1

4. Plaintiff served additional discovery requests on December 2, 2024 in hopes of better understanding Defendants' position as it so far has not been disclosed in discovery responses.

5. Discovery in this case is scheduled to close on January 15, 2025.

6. Particularly with the intervening holidays, it is extremely unlikely that discovery disputes will be resolved, and Plaintiff will receive the evidence she seeks, and be able to conduct all of her depositions before close of Discovery.

7. Plaintiff is aware that extending discovery will likely require that her trial dates are vacated and rescheduled, and while this delay is less than ideal, she can't proceed to trial without all the evidence necessary to prosecute her claims.

8. Therefore, Plaintiff requests that this Court extend the Discovery Deadline until April 15, 2025, and reset other deadlines in this case accordingly.

9. While this Motion is titled as Opposed, Defendants do not appear to oppose the actual relief requested. They do not like Plaintiff's stated reasons for having to extend discovery and parties could not agree on what language needed to be in the Motion. They asked Plaintiff to represent to the Court that Defendants are participating in good faith in discovery. Plaintiff is not comfortable making such a representation to this Court given the current status of Plaintiff's discovery requests, and does not feel that that is relevant to the grounds of this Motion. The fact remains that Plaintiff does not have the discovery she needs and more time is needed to obtain the discovery and set depositions.

## <u>Conclusion</u>

For the reasons stated herein, Plaintiff respectfully requests that this Court extend the discovery deadline until April 15, 2025.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 13th day of December, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com