

**ALBUQUERQUE
-PUBLIC SCHOOLS**

## SECTION 504/AMERICANS WITH DISABILITIES ACT

## EMPLOYEE ACCOMMODATION PLAN

### Reassessed on 8/08/2022
### Change in Loc/Supervisor

NAME:  Elizabeth Lindsey
EMPLOYEE NUMBER: ▊

DATE OF MEETING: 8/08/2022
WORK LOCATION: M-Building
POSITION: Specialist: Exceptional Needs

1.  Describe the job function(s) which require accommodation:

    Hearing/Concentration/Balance/Vestibular

2.  Describe the source of information used as the basis for the determination of disability (if any):

    **Physician's statement**

3.  Describe how the disability substantially limits a major life activity:

    **Hearing/Concentration/Balance/Vestibular**

4.  Describe the reasonable accommodation(s) to be implemented (including responsible party for each):

    - Ms. Lindsey will be allowed to use her personal ear plugs to help mitigate noise levels as necessary;
    - Ms. Lindsey will have access to captioning; when captioning is not available, Ms. Lindsey will request materials ahead of time or after the meeting from the meeting host.
    - Ms. Lindsey will be allowed to take short rest breaks or leave a meeting as needed in order to regain concentration impacted by hearing/sensory overload. Ms. Lindsey will be responsible for requesting any missed information.

Comments: *It is the employee's responsibility to notify ADA and/or the supervisor of any issues concerning this ADA Plan.*

Review/Reassessment Date: *As requested by employee or supervisor, or upon change in condition, supervisor, job duties or location.*

_____
Employee- (Elizabeth Lindsey)

_____
Supervisor- (Melanie Blea)

_____
504/ADA Coordinator- (Socorro Rodriguez)

COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE

EMPLOYEE ACCOMMODATION PLAN (10/16)

APS_EL_000035