EXHIBIT
E

ELIZABETH LINDSEY,

    Plaintiff,

v.                                                          Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

    Defendants.

## DECLARATION OF SOCORRO RODRIGUEZ

My name is Socorro Rodriguez, I am over the age of 18 years old, and I have personal knowledge of the matters stated herein.

1.    I am the ADA Coordinator for Albuquerque Public Schools ("APS") and have held this position since 2019.

2.    In my position as ADA Coordinator, I help process employee requests for accommodation from APS employees and participate in reassessments of existing ADA accommodation plans for APS employees.

3.    All requests for accommodation, employee medical information, meeting notes, and reassessment materials are maintained in separate, physical ADA files for each employee.

4.    In my position, I maintain spreadsheets which chart the number of new requests for accommodation received in a given school year.

5.    In the 2020-2021 school year, the ADA office received initial requests for accommodation from 240 employees.

6.    In the 2021-2022 school year, the ADA office received initial requests for accommodation from 264 employees.

7.    In the 2022-2023 school year, the ADA office received initial requests for accommodation from 120 employees.

8.    In the 2023-2024 school year, the ADA office received initial requests for accommodation from 230 employees.

9.    In the 2024-2025 school year, which is still ongoing, the ADA office has already received in excess of 112 initial requests for accommodation.

I declare under penalty of perjury under the laws of the State of New Mexico that the statements made in Paragraphs 1 through 6 of this Declaration are true and correct.

Date:____12|16|2024____    Signature: _____

                                                Socorro Rodriguez