**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                      Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
OPPOSED MOTION TO EXTEND DISCOVERY**

Defendants Board of Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants"), by and through counsel of record, Modrall, Sperling, Roehl, Harris & Sisk P.A. (Mia K. Lardy and Tessa L. Chrisman) hereby respond to Plaintiff's Opposed Motion to Extend [Doc. 51], as follows.

Defendants do not agree with the characterizations in Plaintiffs' Motion that Plaintiff requires an extension because of Defendants' discovery conduct. Indeed, Plaintiff did not serve her initial set of discovery to Defendants until September 20, 2024, [Doc. 25], over three months after entry of the Joint Status Report and Provision Discovery Plan, [Doc. 11]. There are legitimate disagreements concerning the scope of discovery to which Plaintiff is entitled in response to her first set of discovery requests. *See* Defendants' Response Opposing Plaintiff's First Motion to Compel Discovery, [Doc. 52]. Nevertheless, Defendants maintain that they have worked in good faith to provide responsive, discoverable information in response to Plaintiff's requests in a timely manner. *See id.*, at pp. 2-4.

Aside from the foregoing characterizations, Defendants have made it clear to Plaintiff that they do not oppose the relief sought by her Motion. *See* December 9 Email and the attachment, provided herewith as **Exhibit A**. While Plaintiff has represented to the Court that Defendants oppose the Motion simply because Plaintiff would not include that Defendants "are participating in good faith in discovery," Motion, at 2, this representation is plainly contradicted by the redline edits to Plaintiff's Motion proposed by Defendants' counsel. Indeed, Defendants stated that they would agree with the Motion even if Plaintiff's counsel would not include that Defendants have worked in good faith to respond to discovery, provided Plaintiff was willing to remove Paragraph 2 in its entirety. *See* Ex. A. Plaintiff opted not to remove this paragraph, opting instead to file the Motion as opposed. *See* Motion, at ¶ 9.

## CONCLUSION

As set forth above, Defendants are not opposed to the Court considering an extension of the discovery deadline through April 15, 2025. Notably, however, Defendants do not believe that such an extension has been rendered necessary by their conduct in discovery, nor do they feel Plaintiff is lacking what she needs to continue discovery through depositions at this time.

Respectfully Submitted,

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.

By: */s/ Tessa L. Chrisman*
Mia K. Lardy (mia.lardy@modrall.com)
Tessa Chrisman (tessa.chrisman@modrall.com)
*Attorneys for Defendants*
P.O. Box 2168
Albuquerque, NM 87103-2168
505.848.1800/ Fax: 505.848.9710

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 18th day of December, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

By:  _/s/ Tessa L. Chrisman_
        Tessa L. Chrisman