| | | |
|---|---|---|
| **From:** | Mia K. Lardy | **EXHIBIT** |
| **Sent:** | Monday, December 9, 2024 4:44 PM | **A** |
| **To:** | 'Heather@hburkelaw.com'; Tessa Chrisman | |
| **Cc:** | Cindee Hernandez | |
| **Subject:** | RE: Lindsey v. APS et al | |
| **Attachments:** | Motion to Extend Discovery-MLK Edits (W5235574x7A92D).DOCX | |

Heather,

Attached are redlines that if accepted, APS would not oppose this motion for extension of discovery. To be clear, we do not oppose the extension, but we do not agree with your statements in the Motion as they currently exist.

I am more than happy to discuss this with you if needed. I can be reached on my cell at 505-239-1371.

All the best,

Mia



Mia Lardy
Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1819 | O: 505.848.1800 | F: 505.449.2019

---

**From:** Heather@hburkelaw.com <Heather@hburkelaw.com>
**Sent:** Monday, December 9, 2024 1:24 PM
**To:** Mia K. Lardy <mlk@modrall.com>; Tessa Chrisman <tchrisman@modrall.com>
**Subject:** Lindsey v. APS et al

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Hi Mia,

Attached please find our motion to extend discovery deadlines.  I was originally going to suggest moving it until March 13, but I have another federal case with discovery closing at that time, and so I'd like to avoid conflicting responsibilities if possible.  I also know spring break can be more difficult for scheduling stuff, so it might help avoid that issue to put it later.  Please let me know if Defendants oppose this Motion.

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

    Plaintiff,

v.                                                                         24-cv-00393-GBW-JFR

ALBUQUERQUE PUBLIC SCHOOLS

BOARD OF EDUCATION,

MELANIE BLEA, in her individual capacity,


Defendants


### XXXX MOTION TO EXTEND DISCOVERY


COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record, Heather Burke, with her XXXX Motion to Extend Discovery.  In support of her Motion, Ms. Lindsey states:

1. Plaintiff has timely requested discovery, and has availed herself of the Court's informal resolution process in an attempt to get the evidence she needs to prosecute her claims at trial. She has filed one Motion to Compel so far, and may have to file another. ~~to resolve deficiencies in Defendants responses~~.

2. ~~Defendant APS is working in good faith to respond to Plaintiff's discovery requests. Plaintiff has not received the discovery she has requested, and therefore has not been able to set any depositions.~~

> **Commented [MKL1]:** If you do not agree with this statement. All of parapgraph 2 can be deleted and we would still agree.

1

3. Plaintiff served additional discovery requests on December 2, 2024~~, in hopes of better understanding Defendants' position as it so far has not been disclosed in any responses. It is possible, if not likely, that she will have to avail herself of the Court's informal, and possibly formal, resolution procedures for these requests as well.~~

4. Defendants have noticed Plaintiff's deposition for December 12, 2024.

5. Discovery in this case is schedule to close on January 15, 2025.

6. Particularly with the intervening holidays, it is extremely unlikely that discovery disputes will be resolved, and Plaintiff will receive the evidence she seeks, and be able to conduct all of her depositions before close of Discovery.

7. Plaintiff is aware that extending discovery will likely require that her trial dates are vacated and rescheduled, and while this delay is less than ideal, she can't proceed to trial without all the evidence necessary to prosecute her claims.

8. Therefore, Plaintiff requests that this Court extend the Discovery Deadline until April 15, 2025, and reset other deadlines in this case accordingly.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 9th day of December, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

3