**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar**
**United States Magistrate Judge**

**Clerk's Minutes**

24cv393 GBW/JFR
*Lindsey v. Albuquerque Public Schools Board of Education et al.*
Thursday, December 19, 2024, at 2:30 p.m.

**Plaintiff's Attorney Present:**                                   Heather C. Burke

**Defendants' Attorneys Present:**                              Mia Kern Lardy
                                                                                         Tessa Chrisman

**TYPE OF PROCEEDING:**   Informal Discovery Dispute Status Conference
                                                    Total Time – 90 Minutes

**COURT'S NOTES/RULINGS:**

- The Court held an informal discovery dispute status conference at the request of the parties. On December 16, 2024, the parties provided a Joint Written Statement of Discovery Disputes.

- The Court advised counsel that these proceedings are not on the record and are informal. The Court further advised counsel that it is not providing "rulings," but instead is providing the parties with an idea of how the Court would likely rule if the matter was before it by formal motion. The Court advised counsel that they may still proceed with a motion to compel if they are not satisfied with the Court's findings or subsequent responses to the relevant discovery requests.

- The Court addressed and heard argument from counsel regarding each discovery dispute identified in the joint statement. The Court advised counsel its inclination as to each issue. Defense counsel will supplement their discovery answers and responses accordingly and counsel will continue to confer on disputed issues with an eye toward resolution.

- The Court addressed the entry of a confidentiality order and its relationship to the production of certain materials. Ms. Lardy will provide the Court with Defendants' proposed confidentiality order by the close of business on **Friday, December 20, 2024**. Ms. Burke will provide the Court with Plaintiff's objections to the proposed confidentiality order by the close of business on **Friday, December 27, 2024**. Once the Court has entered a confidentiality order, the relevant materials thereto that are available shall be produced immediately.

- Any other information Plaintiff seeks that the Court has determined must be produced, but that requires additional inquiry of Defendant APS, is due by **Monday, January 20, 2025**.

- The Court addressed Plaintiff's opposed motion to extend certain of the case management deadlines. Having heard argument from the parties, the Court finds that there is no evidence of improper delay by Defendants or that Defendants are not participating in good faith in discovery. The Court advised the parties that extending their case management deadlines will likely result in losing their trial setting before Chief Magistrate Judge Gregory Wormuth. Counsel informed the Court they are prepared to vacate their current trial setting. Having heard from the parties and finding good cause to do so, the Court will extend the discovery deadline and all deadlines that flow forward by 90 days. Counsel will inform Judge Wormuth's chambers that they will need a continuance of their trial setting.

- There being nothing further, the Court concluded the informal discovery dispute status conference.