**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                                                   **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**

**Defendants**

### <u>UNOPPOSED MOTION TO EXTEND REPLY DEADLINE</u>

COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record, Heather Burke, with her Unopposed Motion to Extend Reply Deadline for her Motion to Compel.  Undersigned counsel is out of the office due to a family emergency and so Plaintiff respectfully requests a 2-week extension of time to file her reply brief in support of her Motion to Compel, making it due on or before January 13, 2025.

                                       Respectfully Submitted.

                                       Heather Burke
                                       Attorney at Law
                                       1000 Cordova Place #24
                                       Santa Fe, NM 87505

(505) 428-9424
heather@hburkelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 30th day of December, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

2