**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                                            Civ. No. 24-393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
and MELANIE BLEA,

     Defendants.

**ORDER VACATING PRETRIAL CONFERENCE AND JURY TRIAL
AND SETTING TELEPHONIC STATUS CONFERENCE**

THIS MATTER comes before the Court upon a review of the record.  On December 20, 2024, at the request of Plaintiff, the Honorable Judge John F. Robbenhaar extended certain case management deadlines by ninety (90) days.  *Doc. 55*.  Before doing so, Judge Robbenhaar advised the parties that extending the deadlines would likely result in losing their trial setting before the undersigned.  *Doc. 54* at 2.  Counsel informed Judge Robbenhaar that they were prepared to vacate their current trial setting before the undersigned.  *Id*.

IT IS THEREFORE ORDERED that the pretrial conference set for June 17, 2025, and the jury trial set to begin on July 8, 2025, are hereby VACATED.

IT IS FURTHER ORDERED that the Court will hold a telephonic status conference on **January 22, 2025, at 1:30 p.m.** to discuss resetting the pretrial conference

and jury trial.  Counsel shall call Judge Wormuth's teleconference line at **(855) 244-8681,**

**access code 2303 928 4812**, to connect to proceedings.

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

2