**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ELIZABETH LINDSEY,**

     **Plaintiff,**

**v.**                                                                                 **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


### UNOPPOSED MOTION TO EXTEND DEADLINE OR CONSIDER HER REPLY IN SUPPORT OF HER 1st MOTION TO COMPEL TIMELY FILED

COMES NOW, Plaintiff Elizabeth Lindsey, by and through her counsel of record, Heather Burke, with her Motion to Extend Deadline or Consider Her Reply in Support of her 1st Motion to Compel Timely Filed.

In support of her Motion, Ms. Lindsey states:

1. Plaintiff requested a 2-week extension of her Reply in Support of her 1st Motion to Compel, making it due January 13, 2024 because of a family emergency. This Court granted that Motion.

2. Sadly, undersigned counsel's father passed away just over a week ago.

3. Only days after his death, counsel caught Covid-19.

1

4. Between her immense grief and recovering from her illness, counsel inadvertently missed the reply deadline.

5. Counsel requests that her Reply, attached as Exhibit A to this Motion, be considered timely filed pursuant to FRCP 6(b)(1)(B).  Her Reply is only 2 days late, no prejudice to Defendants has occurred, and there was good cause/excusable neglect for having missed the deadline.

6. Counsel for Defendants were contacted and do not oppose this motion.

Plaintiff respectfully requests that this Court grant her Motion.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 15th day of January, 2024.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24

2

Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

3