**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                         Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on this 16th day of January, 2025, Defendants Board of

Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants")

served their Responses and Objections to Plaintiff's Second Set of Interrogatories, Requests for

Production, and Requests for Admission through the following counsel of record:

> Heather Burke
> 1000 Cordova Place #24
> Santa Fe, NM 87505
> (505) 428-9424
> heather@hburkelaw.com

                                           Respectfully Submitted,

                                           MODRALL, SPERLING, ROEHL,
                                             HARRIS & SISK, P.A.

                                           By: */s/ Tessa L. Chrisman*
                                           Mia K. Lardy (mia.lardy@modrall.com)
                                           Tessa Chrisman (tessa.chrisman@modrall.com)
                                           *Attorneys for Defendants*
                                           P.O. Box 2168
                                           Albuquerque, NM 87103-2168
                                           505.848.1800/ Fax: 505.848.9710