**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                                                                                  Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on the 20th day of January, 2025, Defendants Board of Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants") served their Third Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission through the following counsel of record:

Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

Respectfully Submitted,

MODRALL, SPERLING, ROEHL,
  HARRIS & SISK, P.A.

By: _/s/ Tessa L. Chrisman_
Mia K. Lardy (mia.lardy@modrall.com)
Tessa Chrisman (tessa.chrisman@modrall.com)
*Attorneys for Defendants*
P.O. Box 2168
Albuquerque, NM 87103-2168
505.848.1800/ Fax: 505.848.9710