# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

## Clerk's Minutes

## 24-cv-393 GBW/JFR

### *Lindsey v. Albuquerque Public Schools Board of Education et al*

## Date of Hearing:    1/22/2025
### *(not recorded)*

**Attorney for Plaintiff:**          Heather C. Burke

**Attorney for Defendants:**          Mia Kern Lardy

**Proceedings**:          Trial Scheduling Conference

    *Start Time*:          1:30 p.m.
    *Stop Time*:          1:35 p.m.
    **Total Time:**          **5 minutes**

**Clerk**:          JJD

**Notes**:

- The Court made introductions.  The Court stated that it set this second Trial Scheduling Conference to discuss resetting the pretrial conference and jury trial.
- After discussion with the parties about the date, location, and number of days of the trial, the Court set a jury trial for **September 22-25, 2025, in a courtroom to be determined at the Pete V. Domenici United States Courthouse in Albuquerque, New Mexico.**

- The Court set the Pretrial Conference for **September 4, 2025,** in the **Organ Courtroom at the United States Courthouse in Las Cruces, New Mexico.**
- The Court informed the parties that, as they got closer to the trial, there could be some flexibility in altering dates if needed and if all counsel agreed.
- The Court also noted that, given the Court's availability in the fall, future extensions of discovery deadlines may move the trial date to early 2026.
- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.