**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                  Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 28th day of January, 2025, Defendants Board of

Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants")

served their Fourth Supplemental Responses and Objections to Plaintiff's First Set of

Interrogatories, Requests for Production, and Requests for Admission through the following

counsel of record:

> Heather Burke
> 1000 Cordova Place #24
> Santa Fe, NM 87505
> (505) 428-9424
> heather@hburkelaw.com

                                  Respectfully Submitted,

                                  MODRALL, SPERLING, ROEHL,
                                    HARRIS & SISK, P.A.

                                  By: */s/ Tessa L. Chrisman*
                                  Mia K. Lardy (mia.lardy@modrall.com)
                                  Tessa Chrisman (tessa.chrisman@modrall.com)
                                  *Attorneys for Defendants*
                                  P.O. Box 2168
                                  Albuquerque, NM 87103-2168
                                  505.848.1800/ Fax: 505.848.9710