**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar**
**United States Magistrate Judge**

**Clerk's Minutes**

24cv393 GBW/JFR
*Lindsey v. Albuquerque Public Schools Board of Education et al.*
Thursday, January 30, 2025, at 1:30 p.m.

**Plaintiff's Attorney Present:**                                         Heather C. Burke

**Defendants' Attorney Present:**                                      Mia Kern Lardy

**TYPE OF PROCEEDING:**   Informal Discovery Dispute Status Conference
                                              Total Time – 45 Minutes

**COURT'S NOTES/RULINGS:**

- The Court held an informal discovery dispute status conference at the request of the parties. On January 27, 2025, the parties provided separate written statements for the Court's review and consideration.

- The Court advised counsel that these proceedings are not on the record and are informal. The Court further advised counsel that it is not providing "rulings," but instead is providing the parties with an idea of how the Court would likely rule if the matter was before it by formal motion. The Court advised counsel that they may still proceed with a motion to compel if they are not satisfied with the Court's findings or subsequent responses to the relevant discovery requests.

- The Court identified the two issues raised by the parties to include the production of emails with associated metadata and whether Plaintiff has exceeded the number of interrogatories allowed pursuant to the Court's scheduling order.

- As to the issue of metadata associated with the email production, the Court ordered the parties to meet and confer and verify search terms by the close of business on **Friday, January 31, 2025**. The meet and confer should include individuals (*e.g.,* paralegal and IT personnel) able to address Plaintiff's requests in the context of constraints defense counsel identified, *i.e.,* the ability to redact confidential information and Bates numbering. Defense counsel will re-run this production and provide to Plaintiff by **Friday, February 7, 2025**.

- As to the issue of numerosity, the Court agreed that certain of Plaintiff's interrogatories involve multiple subparts because they seek narrative responses involving distinct and separate acts related to requests and interactive communications regarding

accommodation requests and FMLA leave.  The Court advised Plaintiff's counsel that obtaining this information is better suited to depositions.  The Court encouraged Ms. Burke to work with defense counsel to get the information Plaintiff needs within the limits set by the Court and that this will require trimming and refinement of the topic matter and information sought.

- The Court strongly encouraged the parties to work together noting that this is the third time this matter has become the Court on discovery dispute issues.

- There being nothing further, the Court concluded the status conference.