**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                 Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 7th day of February, 2025, Defendants Board of

Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants")

served documents produced as **Search Terms-EL-Emails 000001-004144** on Plaintiff, through

the following counsel of record:

> Heather Burke
> 1000 Cordova Place #24
> Santa Fe, NM 87505
> (505) 428-9424
> heather@hburkelaw.com

                                 Respectfully Submitted,

                                 MODRALL, SPERLING, ROEHL,
                                   HARRIS & SISK, P.A.

                                 By: */s/ Mia K. Lardy*
                                 Mia K. Lardy (mia.lardy@modrall.com)
                                 Tessa Chrisman (tessa.chrisman@modrall.com)
                                 *Attorneys for Defendants*
                                 P.O. Box 2168
                                 Albuquerque, NM 87103-2168
                                 505.848.1800/ Fax: 505.848.9710