**EXHIBIT**

**2**

4.  Plaintiff's complaint filed with APS Office of Equal Opportunity Services in November 2022;

5.  Plaintiff's Answers to written discovery;

6.  Depositions of Plaintiff's medical providers in accordance with Fed. R. Civ. P. 32;

7.  Depositions of Plaintiff and/or any witness during the course of discovery in this case in accordance with Fed. R. Civ. P. 32;

8.  Any other exhibits used in discovery or deposition or listed by Plaintiff or Defendant and/or later identified by any other party during discovery;

9.  Any documents necessary for purposes of impeachment;

10. Any documents created or reviewed by any expert witness in this case;

11. Plaintiff's medical records;

12. Demonstrative exhibits as may be deemed necessary to illustrate testimony of witnesses.

**C.  Computation of Damages**

Defendants are not claiming damages.

**D.  Insurance Agreement**

Defendant APS is self-insured in an amount sufficient to satisfy a potential verdict in this matter and does not carry an insurance agreement which meets the criteria set forth in Rule 26(a)(1)(A)(iv).

> MODRALL, SPERLING, ROEHL,
> HARRIS & SISK, P.A.
>
> By: */s/ Tessa L. Chrisman*
> Mia K. Lardy (mia.lardy@modrall.com)
> Tessa Chrisman (tessa.chrisman@modrall.com)
> *Attorneys for Defendants*
> P.O. Box 2168
> Albuquerque, NM 87103-2168
> 505.848.1800/ Fax: 505.848.9710