

# File produced in native format

EL-Emails-003841