EXHIBIT

5

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | BegProdNo | EndProdNo | File_Ext | | Creation Date/Time | Subject |
| 2 | Search Terms-EL-Emails-000001 | Search Terms-EL-Emails-000005 | msg | | 11/15/2024 17:18 | Re: [External Sender] Re: missing HT training information |
| 3 | Search Terms-EL-Emails-000006 | Search Terms-EL-Emails-000009 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 4 | Search Terms-EL-Emails-000010 | Search Terms-EL-Emails-000013 | msg | | 11/15/2024 17:18 | Re: [External Sender] Re: missing HT training information |
| 5 | Search Terms-EL-Emails-000014 | Search Terms-EL-Emails-000016 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 6 | Search Terms-EL-Emails-000017 | Search Terms-EL-Emails-000019 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 7 | Search Terms-EL-Emails-000020 | Search Terms-EL-Emails-000022 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 8 | Search Terms-EL-Emails-000023 | Search Terms-EL-Emails-000025 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 9 | Search Terms-EL-Emails-000026 | Search Terms-EL-Emails-000028 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 10 | Search Terms-EL-Emails-000029 | Search Terms-EL-Emails-000031 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 11 | Search Terms-EL-Emails-000032 | Search Terms-EL-Emails-000034 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 12 | Search Terms-EL-Emails-000035 | Search Terms-EL-Emails-000037 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 13 | Search Terms-EL-Emails-000038 | Search Terms-EL-Emails-000040 | msg | | 11/15/2024 17:18 | Fwd: missing HT training information |
| 14 | Search Terms-EL-Emails-000041 | Search Terms-EL-Emails-000041 | msg | | 11/15/2024 17:18 | Re: Had teacher meeting |
| 15 | Search Terms-EL-Emails-000042 | Search Terms-EL-Emails-000042 | msg | | 11/15/2024 17:18 | Re: Had teacher meeting |
| 16 | Search Terms-EL-Emails-000043 | Search Terms-EL-Emails-000047 | msg | | 11/15/2024 17:19 | Fwd: Request for Clarification and Support Regarding IEP Process |
| 17 | Search Terms-EL-Emails-000048 | Search Terms-EL-Emails-000052 | msg | | 11/15/2024 17:19 | Re: Request for Clarification and Support Regarding IEP Process |
| 18 | Search Terms-EL-Emails-000053 | Search Terms-EL-Emails-000057 | msg | | 11/15/2024 17:19 | Re: Request for Clarification and Support Regarding IEP Process |
| 19 | Search Terms-EL-Emails-000058 | Search Terms-EL-Emails-000062 | msg | | 11/15/2024 17:19 | Re: Request for Clarification and Support Regarding IEP Process |
| 20 | Search Terms-EL-Emails-000063 | Search Terms-EL-Emails-000065 | msg | | 11/15/2024 17:20 | Fwd: Required Compliance Training Memo for all staff (Title VI) |
| 21 | Search Terms-EL-Emails-000066 | Search Terms-EL-Emails-000066 | msg | | 11/15/2024 17:20 | work order |
| 22 | Search Terms-EL-Emails-000067 | Search Terms-EL-Emails-000067 | msg | | 11/15/2024 17:20 | work order |
| 23 | Search Terms-EL-Emails-000068 | Search Terms-EL-Emails-000068 | msg | | 11/15/2024 17:20 | work order |
| 24 | Search Terms-EL-Emails-000069 | Search Terms-EL-Emails-000070 | msg | | 11/15/2024 17:20 | Re: SAFETY FIRST TOPICS |
| 25 | Search Terms-EL-Emails-000071 | Search Terms-EL-Emails-000072 | msg | | 11/15/2024 17:20 | Re: SAFETY FIRST TOPICS |
| 26 | Search Terms-EL-Emails-000073 | Search Terms-EL-Emails-000076 | msg | | 11/15/2024 17:20 | Fwd: Head Teacher Training |
| 27 | Search Terms-EL-Emails-000077 | Search Terms-EL-Emails-000078 | msg | | 11/15/2024 17:21 | IEP Specialist position |
| 28 | Search Terms-EL-Emails-000079 | Search Terms-EL-Emails-000080 | msg | | 11/15/2024 17:21 | IEP Specialist position |
| 29 | Search Terms-EL-Emails-000081 | Search Terms-EL-Emails-000082 | msg | | 11/15/2024 17:22 | Fwd: EDL - LOA Intermittent Leave |
| 30 | Search Terms-EL-Emails-000083 | Search Terms-EL-Emails-000084 | docx | D | 5/18/2024 0:39 | |
| 31 | Search Terms-EL-Emails-000085 | Search Terms-EL-Emails-000085 | xlsx | ! | 1/15/2009 20:06 | |
| 32 | Search Terms-EL-Emails-000086 | Search Terms-EL-Emails-000089 | pdf | | 1/12/2024 11:27 | |
| 33 | Search Terms-EL-Emails-000090 | Search Terms-EL-Emails-000093 | pdf | | 1/12/2024 11:27 | |
| 34 | Search Terms-EL-Emails-000094 | Search Terms-EL-Emails-000097 | pdf | | 1/12/2024 11:27 | |
| 35 | Search Terms-EL-Emails-000098 | Search Terms-EL-Emails-000101 | pdf | | 1/12/2024 11:27 | |
| 36 | Search Terms-EL-Emails-000102 | Search Terms-EL-Emails-000105 | pdf | | 1/12/2024 11:27 | |
| 37 | Search Terms-EL-Emails-000106 | Search Terms-EL-Emails-000109 | pdf | | 1/12/2024 11:27 | |
| 38 | Search Terms-EL-Emails-000110 | Search Terms-EL-Emails-000113 | pdf | | 1/12/2024 11:27 | |
| 39 | Search Terms-EL-Emails-000114 | Search Terms-EL-Emails-000117 | pdf | | 1/12/2024 11:27 | |
| 40 | Search Terms-EL-Emails-000118 | Search Terms-EL-Emails-000121 | pdf | | 1/12/2024 11:27 | |
| 41 | Search Terms-EL-Emails-000122 | Search Terms-EL-Emails-000125 | pdf | | 1/12/2024 11:27 | |
| 42 | Search Terms-EL-Emails-000126 | Search Terms-EL-Emails-000129 | pdf | | 1/12/2024 11:27 | |
| 43 | Search Terms-EL-Emails-000130 | Search Terms-EL-Emails-000133 | pdf | | 1/12/2024 11:27 | |
| 44 | Search Terms-EL-Emails-000134 | Search Terms-EL-Emails-000137 | pdf | | 1/12/2024 11:27 | |
| 45 | Search Terms-EL-Emails-000138 | Search Terms-EL-Emails-000141 | pdf | | 1/12/2024 11:27 | |
| 46 | Search Terms-EL-Emails-000142 | Search Terms-EL-Emails-000145 | pdf | | 1/12/2024 11:27 | |
| 47 | Search Terms-EL-Emails-000146 | Search Terms-EL-Emails-000149 | pdf | | 1/12/2024 11:27 | |