EXHIBIT

6

exhibitsticker.com

## Heather@hburkelaw.com

| | |
|---|---|
| **From:** | Mia K. Lardy <mlk@modrall.com> |
| **Sent:** | Tuesday, February 11, 2025 5:08 PM |
| **To:** | 'Heather@hburkelaw.com'; Tessa Chrisman |
| **Cc:** | Cindee Hernandez; Jessica A. Morin |
| **Subject:** | RE: Good Faith Discovery Discussion |

Heather,

As we discussed in two meet and confer meetings with you on Thursday, January 30, and Friday, January 31, and as outlined in subsequent emails, we were willing to reach a comprise and provide you with the emails in pdf searchable format and then the metadata in an excel spreadsheet, along with a load file. We provided you all of that on Friday, February 7. As we discussed on the Friday, January 31, meet and confer, we feel the above referenced compromise of the searchable pdfs, the metadata in an excel spreadsheet, and the load file, are all the components you spoke to regarding what makes a production usable (including the ability to sort productions by date or chain, have metadata, and easily search the documents without having to OCR the production yourself) while protecting our legitimate concerns (allowing us to Bates-label, redact, mark as confidential, and keep track of what APS documents have been produced and to whom).

We have also stated in our meet and confer, and in more than one email following the January 31 meet and confer that if you have any case law or orders supporting your stance on native format productions, to please send those to us. To date, you have not sent any such case law or orders. In support of our position, I would refer you to *Nat'l Jewish Health v. WebMD Health Services Group, Inc.*, 305 F.R.D. 247 (D. Colo. 2014):

> Rule 34(b)(2)(E)(ii) trumps specific instructions in discovery requests such that "even if native files are requested, it is sufficient to produce memoranda, emails, and electronic records in PDF or TIFF format accompanied by a load file containing searchable text and selected metadata ... because the production is in usable form, e.g., electronically searchable and paired with essential metadata." *Aguilar*, 255 F.R.D. at 356–57 (citing Sedona Principles). "Email is not typically produced in native file format because the extraction of individual emails from a large database containing other emails requires conversion of the file format into a near-native format." 1–37A Moore's Federal Practice—Civil § 37A.43.

As it relates to your metadata question, I know that to create the metadata chart, our paralegal used a function in the iPro review module called "Export Metadata". That function pulled the metadata from items contained within the database, so it should have pulled the metadata from the original emails. If what you are asking about is the creation and last saved date being November 15, that was the date that the .pst file was sent from APS. That being said, there is the mail sent and received time which correspond with what was sent when.

There are no documents marked confidential in this production because of the narrow word searches we agreed on, and, that the emails were to pertain to Ms. Lindsey and her disability, not all emails with the original word search, which picked up all of the students who have IEPS. I have explained before, and our concern based on the original email search you requested was that searching in Beth Lindsey's email account for all emails that have "accommodation" would result in a lot of emails regarding students who have IEPs, because every IEP has the word accommodation in it.

Again, as I stated in our February 6 correspondence to you, was that within the searches that we already had APS IT run, and which have already been produced to you on January 20, we would run other searches through our discovery software to narrow down the number of documents produced to you. What we said we would do is run the search terms that we discussed with you within the overly-broad search that was originally done and produced. In other words, narrow down the documents that are re-produced to you so that your discovery review of these documents can be more targeted and narrow. That is what we did, and that is why there are less than 4,000 pages produced this time.

As for the duplicates, those documents were sent to multiple people on an email string. In doing our due diligence of making sure that that you have all responsive documents, you are going to end up with duplicates. The particular duplicates that you reference are from an email that Beth sent to the GIS special education teachers on January 12, 2024, the email itself did not have any of the agreed search terms in it, but the attachment had both the terms "balance" and "Valerie Hoose." For your reference, one of those emails can be found at EL-Emails 001612, with the document following at 001613. The date of the document creation corresponds to when Ms. Lindsey sent the email with that attachment.

We produced any excel documents in native format because the spreadsheets do not easily convert to pdf, the other native files do easily convert, and hence the exception.

All the best,

Mia



Mia Lardy
Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1819 | O: 505.848.1800 | F: 505.449.2019

---

**From:** Heather@hburkelaw.com <Heather@hburkelaw.com>
**Sent:** Monday, February 10, 2025 1:07 PM
**To:** Mia K. Lardy <mlk@modrall.com>; Tessa Chrisman <tchrisman@modrall.com>
**Subject:** Good Faith Discovery Discussion

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Hi Mia and Tessa,

I'm just starting to go through Defendants' production served to us on Friday afternoon.  I already have a lot of questions/concerns.  As you know, we requested these in native format, with preserved metadata.  Looking at the spreadsheet with the alleged metadata that you provided, it reflects the modifications made by Defendants in collection

and processing.   It looks more like the metadata log was created using data on the face of the pdf rather than from the original email itself.

I don't see any documents marked confidential in this production.  Am I missing something?

I'm also confused why the files in the "native" folders are always just excel documents?  You can see attachments in emails being .docx, etc but none of those have been produced in native form.  Why not?  They should be produced to us that way with preserved metadata.  We requested native form, and you clearly know how to produce it and still bates number it.  See #85.  I am not clear what the problem with producing the files as we requested is, if you can make both a spreadsheet with bates numbers and placeholders with bates numbers?

Last but not least, I note that this time there are less than 4k pages produced.  However, there appear to be a number of inexplicable duplicates.  See 86,90,94,98,102,106, 110, 114, 118, 122, 126, 130, 134, 138, 142, 146, 150, 154.  It seems impossible for you not to have noticed that you produced the same letter 18 times in a row.  It claims that these were produced in native form, but the letter is dated 12/9/21 and your metadata claims it was created 1/12/2024 at 11:27am and sent at 10:32 at night.   Where is the original of this letter?

I have other concerns but we'll start here.


Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012


http://www.HBurkelaw.com