EXHIBIT

_____7_____

exhibitsticker.com

# Search Results

Summary

Searched for : accommodation

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey Federal\Lindsey Discovery\Lindsey D Production\12025 ordered prod\Full Conf.pdf

Results       : 1 document(s) with 79 instance(s)

Saved on      : 2/3/2025 5:45:20 PM

File        : [Full Conf.pdf](Full Conf.pdf)
Title       :
Subject     :
Author      :
Keywords :

---

Page:  978

---

 who use this **accommodation** must be given a quiet location in which to complete

---

Page:  1461

---

 who use this **accommodation** must be given a quiet location in which to complete

---

Page:  1472

---

 who use this **accommodation** must be given a quiet location in which to complete

---

Page:  1731

---

 who use this **accommodation** must be given a quiet location in Albuquerque Public Schools

---

Page:  1770

---

 who use this **accommodation** must be given a quiet location in which to complete

---

Page:  1961

---

 who use this **accommodation** must be given a quiet location in Albuquerque Public Schools

---

Page:  2000

---



who use this **accommodation** must be given a quiet location in which to complete

---

Page:  2169

---

SERVICES0 Yes~ No **ACCOMMODATION** SUBJECT ELA I MATH I READ I SC I Alter

---

Page:  2218

---

SERVICES0 Yes~ No **ACCOMMODATION** SUBJECT ELA I MATH I READ I SC I Alter

---

Page:  2266

---

SERVICES0 Yes~ No **ACCOMMODATION** SUBJECT ELA I MATH I READ I SC I Alter

---

Page:  2313

---

SERVICES0 Yes~ No **ACCOMMODATION** SUBJECT ELA I MATH I READ I SC I Alter

---

Page:  2353

---

now without ADA **accommodation,** I cannot continue to do it for them. It ls

---

Page:  2457

---

is an ineffective **accommodation.** Allison gets easily distracted by peers and gets off task.

---

Page:  2465

---

OF STUDENT I **ACCOMMODATION** Adapt Classroom Instruction 311820 ID# Clarify Or
Rewording Of Vocabulary,

---

Page:  2474

---

is addressed through **accommodation.** She doesn't need a BIP .. Dyslexia Allison has been

---

Page:  2540

---

is an ineffective **accommodation.** Allison gets easily distracted by peers and gets off task.

---

Page:  2548

---

OF STUDENT I **ACCOMMODATION** Adapt Classroom Instruction 311820 ID# Clarify Or
Rewording Of Vocabulary,

---

Page:  2557

---

is addressed through **accommodation.** She doesn't need a BIP .. Dyslexia Allison has been

---

Page:  2727

---

who use this **accommodation** must be given a quiet location in Albuquerque Public Schools

---

Page:  2766

---

who use this **accommodation** must be given a quiet location in which to complete

Page: 2956

who use this **accommodation** must be given a quiet location in Albuquerque Public Schools

Page: 2995

who use this **accommodation** must be given a quiet location in which to complete

Page: 3090

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3093

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3096

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3099

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3102

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3105

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3108

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3117

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3120

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3123

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3126

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3129

does have an **accommodation** to reduce auditory distractions, and to be able to wear

Page: 3354

is an ineffective **accommodation.** Allison gets easily distracted by peers and gets off task.

Page: 3362

OF STUDENT I **ACCOMMODATION** Adapt Classroom Instruction 311820 ID# Clarify Or Rewording Of Vocabulary,

Page: 3371

is addressed through **accommodation.** She doesn't need a BIP .. Dyslexia Allison has been

Page: 3436

is an ineffective **accommodation.** Allison gets easily distracted by peers and gets off task.

Page: 3444

OF STUDENT I **ACCOMMODATION** Adapt Classroom Instruction 311820 ID# Clarify Or Rewording Of Vocabulary,

Page: 3453

is addressed through **accommodation.** She doesn't need a BIP .. Dyslexia Allison has been

Page: 3668

Education Standardized-No **Accommodation** !) Special Education-Allowable Accommodations Specify the necessary accommodations: Extended

Page: 3816

Education Standardized-No **Accommodation** !) Special Education-Allowable Accommodations Specify the necessary accommodations: Extended

Page: 3953

Education Standardized-No **Accommodation** !) Special Education-Allowable Accommodations Specify the necessary accommodations: Extended

Page: 4065

Area Type of **Accommodation/** Comments (including frequency) Accommodation/ Modification Modifications 53 Presentation extra

(including frequency) **Accommodation/** Modification Modifications 53 Presentation extra time to complete tasks Setting:

Page: 4105

Area Type of **Accommodation/** Comments (including frequency) Accommodation/ Modification Modifications 53 Presentation extra

(including frequency) **Accommodation/** Modification Modifications 53 Presentation extra time to complete tasks Setting:

Page: 4210

from the following **accommodation** across the curriculum in the general education setting: *Please,

Categories Service Option/**Accommodation** Rationale Location Product Flexibility in types of product Allows the

Page: 4372

who use this **accommodation** must be given a quiet location in which to complete

Page: 4432

Categories Service Option/**Accommodation** Rationale Location Provider Curricular Modifications Accelerated work in Math and

Page: 4455

Categories Service Option/ **Accommodation** Rationale Location Provider Instructional Delivery Opportunity to work beyond grade

Page: 6452

them has an **accommodation** listed that permits them to leave the classroom, except for

students with no **accommodation** to !eave class: Ernesto Archibeque Amelia Anderson-Vigil Diane

Page: 6454

them has an **accommodation** listed that permits them to leave the classroom, except for

students with no **accommodation** to !eave class: Ernesto Archibeque Amelia Anderson-Vigil Diane

Page: 6456

them has an **accommodation** listed that permits them to leave the classroom, except for

students with no **accommodation** to !eave class: Ernesto Archibeque Amelia Anderson-Vigil Diane

Page: 6458

them has an **accommodation** listed that permits them to leave the classroom, except for

students with no **accommodation** to !eave class: Ernesto Archibeque Amelia Anderson-Vigil Diane

Page: 6460

them has an **accommodation** listed that permits them to leave the classroom, except for

students with no **accommodation** to !eave class: Ernesto Archibeque Amelia Anderson-Vigil Diane

Page: 6944

who use this **accommodation** must be given a quiet location in which to complete

---

Page:  7045

---

who use this **accommodation** must be given a quiet location in which to complete

---

Page:  7372

---

could be special **accommodation** for A!!yson like having extra time to complete her

---

Page:  7374

---

could be special **accommodation** for A!!yson like having extra time to complete her

---

Page:  7376

---

could be special **accommodation** for A!!yson like having extra time to complete her

---

Page:  8631

---

who use this **accommodation** must be given a quiet location in which to complete

---

Page:  8645

---

who use this **accommodation** must be given a quiet location in which to complete

---

Page:  10779

---

to require such **accommodation.** Btw, we are considering getting her noise canceling headphones given

---

Page:  10789

---

to require such **accommodation.** Btw, we are considering getting her noise canceling headphones given

---

Page:  10798

---

to require such **accommodation.** Btw, we are considering getting her noise canceling headphones given

---

Page:  10806

---

to require such **accommodation.** Btw, we are considering getting her noise canceling headphones given

---

Page:  10813

---

to requlre such **accommodation.** Btw, we are considering getting her noise canceling headphones given

---

Page:  10821

---

to requlre such **accommodation.** Btw, we are considering getting her noise canceling headphones given

---

Page:  11645

---

can be some **accommodation** for Tyrell and perhaps other special needs kids, he will

---

Page:  11647

can be some **accommodation** for Tyrell and perhaps other special needs kids, he will

Page: 12216

who use this **accommodation** must be given a quiet location in which to complete

Page: 12276

who use this **accommodation** must be given a quiet location in which to complete