EXHIBIT

8

exhibitsticker.com

# Search Results

Summary

Searched for : accommodation

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey Federal\Lindsey Discovery\Lindsey D Production\12025 ordered prod\Reproduction\new non conf search socorro.pdf

Results        : 1 document(s) with 8 instance(s)

Saved on      : 2/18/2025 11:12:36 AM

File          : new non conf search socorro.pdf
Title         :
Subject       :
Author        :
Keywords :

---

Page:  23

---

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18755 blea@aps.edu] Socorro Rodriguez Mon 12/

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18759 blea@aps.edu] Socorro Rodriguez Mon 12/

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18763 aps.edu] Cc: Socorro Rodriguez[rodriguez_so@

---

Page:  28

---

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18967 aps.edu] From: Socorro Rodriguez Sent: Mon

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18971 aps.edu] From: Socorro Rodriguez Sent: Mon

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18974 aps.edu] From: Socorro Rodriguez Sent: Mon

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN Page: 18977 aps.edu] From: Socorro Rodriguez Sent: Mon

ADMINISTRATOR, EMPLOYEE EMPLOYEE **ACCOMMODATION** PLAN