EXHIBIT

9

# Search Results

Summary

Searched for : accommodations

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey
Federal\Lindsey Discovery\Lindsey D Production\12025 ordered
prod\Reproduction\0001 and 0002 together.pdf

Results        : 1 document(s) with 321 instance(s)

Saved on       : 2/12/2025 5:58:01 PM

File      : [0001 and 0002 together.pdf](0001 and 0002 together.pdf)

Title     :

Subject   :

Author    :

Keywords :

---

Page:  43

---

 Referencing my ADA **accommodations** makes this discriminatory as well Nobody else has problems calling

---

Page:  48

---

Referencing my ADA **accommodations** makes this discriminatory as well Nobody else has problems calling

---

Page:  53

---

Referencing my ADA **accommodations** makes this discriminatory as well Nobody else has problems calling

---

Page:  58

---

Referencing my ADA **accommodations** makes this discriminatory as well Nobody else has problems calling

---

Page:  74

---

per my ADA **accommodations** Which can I expect I also have the accommodation to

---

Page:  219

---

I've had ADA **accommodations** since a little after that time These articles will help

Page: 222

I've had ADA **accommodations** since a little after that time These articles will help

Page: 273

I've had ADA **accommodations** since a little after that time These articles will help

Page: 276

I've had ADA **accommodations** since a little after that time These articles will help

Page: 280

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page: 283

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page: 285

current office space **accommodations** Please let me know your availability this week Thank you

Page: 293

current office space **accommodations** Please let me know your availability this week Thank you

Page: 308

current office space **accommodations** Please let me know your availability this week Thank you

Page: 316

current office space **accommodations** Please let me know your availability this week Thank you

Page: 427

I've had ADA **accommodations** since a little after that time These articles will help

Page: 467

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 470

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 473

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 476

 Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 481

 Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 488

 to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 492

 to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 495

 to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 496

 to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 500

 to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 504

 to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 563

 addition to my **accommodations** but I had originally requested 8822 to be at Aztec

Page: 568

 addition to my **accommodations** but I had originally requested 8822 to be at Aztec

Page: 573

 addition to my **accommodations** but I had originally requested 8822 to be at Aztec

Page: 578

 addition to my **accommodations** but I had originally requested 8822 to be at Aztec

Page: 583



addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  587

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  591

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  595

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  601

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  605

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  609

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  612

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  615

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  618

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  620

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  622

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  624

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  626

---

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

---

Page:  627



addition to my **accommodations** but I had originally requested 8822 to be at Aztec

Page:  628

addition to my **accommodations** but I had originally requested 8822 to be at Aztec

Page:  629

discuss what ADA **accommodations** are currently not being met as per your perspective so

Page:  630

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page:  631

discuss what ADA **accommodations** are currently not being met as per your perspective so

Page:  632

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page:  633

discuss what ADA **accommodations** are currently not being met as per your perspective so

Page:  634

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page:  636

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

Page:  639

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

Page:  641

discuss what ADA **accommodations** are currently not being met as per your perspective so

Page:  642

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page:  643

discuss what ADA **accommodations** are currently not being met as per your perspective so

Page:  644

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page: 645

discuss what ADA **accommodations** are currently not being met as per your perspective so

Page: 646

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page: 647

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page: 648

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page: 649

Meeting to explore **accommodations** as part of the ADA Interactive Process Please advise what

Page: 650

denied my ADA **accommodations** since August 8th and it interferes with my ability to

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 651

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 653

denied my ADA **accommodations** since August 8th and it interferes with my ability to

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 654

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 677

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 678

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 680

I've had ADA **accommodations** since a little after that time These articles will help

Page: 682

I've had ADA **accommodations** since a little after that time These articles will help

Page:  684

I've had ADA **accommodations** since a little after that time These articles will help

Page:  686

I've had ADA **accommodations** since a little after that time These articles will help

Page:  689

current documented ADA **Accommodations** for Elizabeth Lindsey with her new supervisor Please let me

Page:  692

current documented ADA **Accommodations** for Elizabeth Lindsey with her new supervisor Please let me

Page:  723

is requesting Reasonable **Accommodations** based on a physical or mental impairment that substantially limits

Page:  724

assistive technology reasonable **accommodations** or auxiliary aids or services prosthetics learned behavioral or adaptive

Page:  725

help determine effective **accommodations** Do you have any suggestions regarding possible accommodations to improve

suggestions regarding possible **accommodations** to improve job performance If so what are they How

Page:  743

my existing ADA **accommodations** and then all of these things occurred in direct correlation

Page:  750

my existing ADA **accommodations** and then all of these things occurred in direct correlation

Page:  757

my existing ADA **accommodations** and then all of these things occurred in direct correlation

Page:  764

my existing ADA **accommodations** and then all of these things occurred in direct correlation

Page:  766

Fwd ADA Reassessment **Accommodations** Plan E Lindsey EMPLOYEE REASSESSMENT

ACCOMMODATIONS PLAN ELIZABETH LINDSEY 6

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 6 17 21pdf FYI this is the

current set of **accommodations** for me Thanks Beth Mrs Beth D Lindsey MEd NBCT-

Subject ADA Reassessment **Accommodations** Plan E Lindsey To Elizabeth Lindsey Iiindsee la Pamela Meyer

your ADA Reassessment **Accommodations** Plan Please review sign and circulate to Ms Pamela Meyer

---

Page:  770

---

Fwd ADA Reassessment **Accommodations** Plan E Lindsey EMPLOYEE REASSESSMENT ACCOMMODATIONS PLAN ELIZABETH LINDSEY 6

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 6 17 21pdf FYI this is the

current set of **accommodations** for me Thanks Beth Mrs Beth D Lindsey MEd NBCT-

Subject ADA Reassessment **Accommodations** Plan E Lindsey To Elizabeth Lindsey Iiindsee la Pamela Meyer

your ADA Reassessment **Accommodations** Plan Please review sign and circulate to Ms Pamela Meyer

---

Page:  774

---

of my ADA **accommodations**

---

Page:  778

---

to review current **accommodations** with your new supervisor or do I need to send

packet for new **accommodations** Thank You Kelly Marvin ADA Specialist Risk Management 505-830-

review my SCDS **accommodations** I'm flexible for whatever works for Mary Ellen Thanks Beth

---

Page:  781

---

to review current **accommodations** with your new supervisor or do I need to send

packet for new **accommodations** Thank You Kelly Marvin ADA Specialist Risk Management 505-830-

review my SCDS **accommodations** I'm flexible for whatever works for Mary Ellen Thanks Beth

---

Page:  833

---

of my ADA **accommodations** to ask for them if I don't have the ability

---

Page:  836

---

of my ADA **accommodations** to ask for them if I don't have the ability

---

Page:  839

---

of my ADA **accommodations** to ask for them if I don't have the ability

---

Page: 841

of my ADA **accommodations** to ask for them if I don't have the ability

Page: 1315

include modifications and **accommodations** to reach as many students as possible Sign language interpretation

Page: 1338

include modifications and **accommodations** to reach as many students as possible Sign language interpretation

Page: 1361

include modifications and **accommodations** to reach as many students as possible Sign language interpretation

Page: 2373

Elder SUPERINTENDENT ADA **Accommodations** were requested or were requested on your behalf I sent

Page: 2375

Elder SUPERINTENDENT ADA **Accommodations** were requested or were requested on your behalf I sent

Page: 2377

Elder SUPERINTENDENT ADA **Accommodations** were requested or were requested on your behalf I sent

Page: 2417

request for reasonable **accommodations** as contemplated by your policy Attached with this letter is

to seek reasonable **accommodations** andor FMLA since that time It should be noted that

employees who request **accommodations** to assist them in performing the essential functions of their

Page: 2418

suggestions for alternate **accommodations** at this meeting whatsoever They merely stated they needed to

the agreed upon **accommodations** were acceptable or effective or to discuss them at all

Page: 2419

full and appropriate **accommodations** and requests that her accommodation either be granted to work

Page: 2420

of your ADA **accommodations** When asked the reason for the re-assessment request you

Page: 2421

suggest that the **accommodations** currently in place are not sufficient to allow you to

Page: 2422

school site All **accommodations** noted in the attached ADA accommodation plan dated 918 2023

Page: 2427

possible describe the **accommodations** you are requesting and or what you think will help

Page: 2429

and whether reasonable **accommodations** may be necessary andor warranted I understand that all the

Page: 2431

Rights Act NMHRA **accommodations** for APS employees Employment Practices Notice of the Board of

Page: 2432

and that only **accommodations** that can reasonably be expected to afford the qualified individual

abilities 6 If **accommodations** involve job modifications the ADA coordinator shall meet with the

discuss whether the **accommodations** meet the definition of reasonable accommodation in accordance with the

possible and appropriate **accommodations** 8 If it is determined that the employee is a

to provide reasonable **accommodations** as appropriate 9 If equipment is needed the ADA coordinator

reasonable solution 11 **Accommodations** involving job modification or other employment-related concerns shall be

the event All **accommodations** agreed upon and initiated shall be documented by the employee's

records on disability **accommodations** separate from the Human Resources Department personnel files No disability

Page: 2433

discussed for reasonable **accommodations** The employee may then choose to accept the accommodations offered

to accept the **accommodations** offered appeal to the superintendent or file a complaint with

reasons why these **accommodations** will not sufficiently enable the employee to perform the essential

strategies information or **accommodations** at any time Administrative Position 0 Chief of Human Resources

Page: 2436

possible describe the **accommodations** you are requesting and or what you think will help

Page:  2438

and whether reasonable **accommodations** may be necessary andor warranted I understand that all the

Page:  2440

Rights Act NMHRA **accommodations** for APS employees Employment Practices Notice of the Board of

Page:  2441

and that only **accommodations** that can reasonably be expected to afford the qualified individual

abilities 6 If **accommodations** involve job modifications the ADA coordinator shall meet with the

discuss whether the **accommodations** meet the definition of reasonable accommodation in accordance with the

possible and appropriate **accommodations** 8 If it is determined that the employee is a

to provide reasonable **accommodations** as appropriate 9 If equipment is needed the ADA coordinator

reasonable solution 11 **Accommodations** involving job modification or other employment-related concerns shall be

the event All **accommodations** agreed upon and initiated shall be documented by the employee's

records on disability **accommodations** separate from the Human Resources Department personnel files No disability

Page:  2442

discussed for reasonable **accommodations** The employee may then choose to accept the accommodations offered

to accept the **accommodations** offered appeal to the superintendent or file a complaint with

reasons why these **accommodations** will not sufficiently enable the employee to perform the essential

strategies information or **accommodations** at any time Administrative Position 0 Chief of Human Resources

Page:  2445

possible describe the **accommodations** you are requesting and or what you think will help

Page:  2447

and whether reasonable **accommodations** may be necessary andor warranted I understand that all the

Page:  2449

Rights Act NMHRA **accommodations** for APS employees Employment Practices Notice of the Board of

Page:  2450

and that only **accommodations** that can reasonably be expected to afford the qualified individual

abilities 6 If **accommodations** involve job modifications the ADA coordinator shall meet with the

discuss whether the **accommodations** meet the definition of reasonable accommodation in accordance with the

possible and appropriate **accommodations** 8 If it is determined that the employee is a

to provide reasonable **accommodations** as appropriate 9 If equipment is needed the ADA coordinator

reasonable solution 11 **Accommodations** involving job modification or other employment-related concerns shall be

the event All **accommodations** agreed upon and initiated shall be documented by the employee's

records on disability **accommodations** separate from the Human Resources Department personnel files No disability

---

Page:  2451

---

discussed for reasonable **accommodations** The employee may then choose to accept the accommodations offered

to accept the **accommodations** offered appeal to the superintendent or file a complaint with

reasons why these **accommodations** will not sufficiently enable the employee to perform the essential

strategies information or **accommodations** at any time Administrative Position 0 Chief of Human Resources

---

Page:  2454

---

is requesting Reasonable **Accommodations** based on a physical or mental impairment that substantially limits

---

Page:  2457

---

assistive technology reasonable **accommodations** or auxiliary aids or services prosthetics learned behavioral or adaptive

---

Page:  2458

---

help determine effective **accommodations** Do you have any suggestions regarding possible accommodations to improve

suggestions regarding possible **accommodations** to improve job performance If so what are they How

---

Page:  2460

---

is requesting Reasonable **Accommodations** based on a physical or mental impairment that substantially limits

---

Page:  2461

---

assistive technology reasonable **accommodations** or auxiliary aids or services prosthetics learned behavioral or adaptive

---

Page:  2462

help determine effective **accommodations** Do you have any suggestions regarding possible accommodations to improve

suggestions regarding possible **accommodations** to improve job performance If so what are they How

Page:  2464

is requesting Reasonable **Accommodations** based on a physical or mental impairment that substantially limits

Page:  2467

assistive technology reasonable **accommodations** or auxiliary aids or services prosthetics learned behavioral or adaptive

Page:  2468

help determine effective **accommodations** Do you have any suggestions regarding possible accommodations to improve

suggestions regarding possible **accommodations** to improve job performance If so what are they How

Page:  2486

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2489

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2494

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2499

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2504

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2509

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2514

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2519

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2524

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2529

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2534

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2539

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Join with Google

Page:  2620

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 9 20 23pdf Attached for both employee

Page:  2623

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 9 20 23pdf Attached for both employee

Page:  2626

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 9 20 23pdf Attached for both employee

Page:  2691

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 21 23pdf Attached for both employee

Page:  2695

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 21 23pdf Attached for both employee

Page:  2699

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 21 23pdf Attached for both employee

Page:  2717

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2720

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2725

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2730

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2735

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2740

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2745

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2750

review current ADA **Accommodations** with Ms Elizabeth Lindsey's new supervisor and if necessary to

Page:  2762

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2771

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2784

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2792

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2800

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2808

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2816

current office space **accommodations** Please let me know your availability this week Thank you

Page:  2826

current office space **accommodations** Please let me know your availability this week Thank you

Page: 2836

current office space **accommodations** Please let me know your availability this week Thank you

Page: 2843

current office space **accommodations** Please let me know your availability this week Thank you

Page: 2850

current office space **accommodations** Please let me know your availability this week Thank you

Page: 2857

current office space **accommodations** Please let me know your availability this week Thank you

Page: 3120

that appropriate testing **accommodations** are made available for special education students who require such

who require such **accommodations** Coordinates with the ELL teachers to ensure that appropriate testing

Page: 3151

Suite 400 West **Accommodations** ADA Coordinator 6400 Uptown Blvd NE 505 855-9852 Albuquerque

Page: 3154

District makes reasonable **accommodations** to qualified employees with disabilities for the performance of essential

to the District **Accommodations** are reviewed case by case in accordance with the Americans

Page: 3159

identify needed reasonable **accommodations** and other issues relating to use of a service animal

Page: 3330

that appropriate testing **accommodations** are made available for special education students who require such

who require such **accommodations** Coordinates with the ELL teachers to ensure that appropriate testing

Page: 3361

Suite 400 West **Accommodations** ADA Coordinator 6400 Uptown Blvd NE 505 855-9852 Albuquerque

Page: 3364

District makes reasonable **accommodations** to qualified employees with disabilities for the performance of essential

to the District **Accommodations** are reviewed case by case in accordance with the Americans

Page: 3369

identify needed reasonable **accommodations** and other issues relating to use of a service animal

Page: 3397

Suite 400 West **Accommodations** ADA Coordinator 6400 Uptown Blvd NE 505 855-9852 Albuquerque

Page: 3400

District makes reasonable **accommodations** to qualified employees with disabilities for the performance of essential

to the District **Accommodations** are reviewed case by case in accordance with the Americans

Page: 3405

identify needed reasonable **accommodations** and other issues relating to use of a service animal

Page: 3594

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3597

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3602

Lindsey's current ADA **Accommodations** per her request

Page: 3607

Lindsey's current ADA **Accommodations** per her request

Page: 3612

Lindsey's current ADA **Accommodations** per her request

Page: 3617

Lindsey's current ADA **Accommodations** per her request

Page: 3622

Lindsey's current ADA **Accommodations** per her request

Page: 3627

Lindsey's current ADA **Accommodations** per her request

Page: 3632

Lindsey's current ADA **Accommodations** per her request

Page: 3637

Lindsey's current ADA **Accommodations** per her request

Page: 3639

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 2 14 23docx pd Good Afternoon Ms

Page: 3643

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 2 14 23docx pd Good Afternoon Ms

Page: 3647

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 2 14 23docx pd Good Afternoon Ms

Page: 3657

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3662

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3664

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3666

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3671

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3676

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3681

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3686

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3691

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3696

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3701

Lindsey's current ADA **Accommodations** per her request Please let me know if this date

Page: 3726

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3731

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3735

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3740

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3745

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3750

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3755

to provide ADA **accommodations** forwarded Poor leadership ability and alleged retaliation lying December's meeting

Page: 3775

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 12 05 22pd Good Morning Ms Lindsey

Page: 3779

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 12 05 22pd Good Morning Ms Lindsey

Page: 3783

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 12 05 22pd Good Morning Ms Lindsey

---

Page:  3828

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3831

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3838

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3841

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3844

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3847

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3850

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3851

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3853

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3856

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3862

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3865

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page:  3868

---

Lindsey's current ADA **Accommodations** as part of the ADA Interactive Process Please let me

---

Page: 3875

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

Page: 3876

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

Page: 3877

my existing ADA **accommodations** as she was a new supervisor During this meeting I

so the missing **accommodations** need to be remedied ASAP Your Information Are you a

Page: 3879

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

Page: 3880

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

Page: 3881

my existing ADA **accommodations** as she was a new supervisor During this meeting I

so the missing **accommodations** need to be remedied ASAP Your Information Are you a

Page: 3883

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

Page: 3884

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 3885

so the missing **accommodations** need to be remedied ASAP Your Information Are you a

Page: 3887

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

Page: 3888

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 3889

so the missing **accommodations** need to be remedied ASAP Your Information Are you a

Page: 3891

denied my ADA **accommodations** since August 8th and it interferes with my ability to

Page: 3892

my existing ADA **accommodations** as she was a new supervisor During this meeting I

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 3894

denied my ADA **accommodations** since August 8th and it interferes with my ability to

Page: 3895

my existing ADA **accommodations** as she was a new supervisor During this meeting I

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 3897

denied my ADA **accommodations** since August 8th and it interferes with my ability to

Page: 3898

my existing ADA **accommodations** as she was a new supervisor During this meeting I

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 3900

denied my ADA **accommodations** since August 8th and it interferes with my ability to

Page: 3901

my existing ADA **accommodations** as she was a new supervisor During this meeting I

so the missing **accommodations** need to be remedied ASAP Your Information Are you filling

Page: 3911

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 3912

so the missing **accommodations** need to be remedied ASAP Your Information Are you a

Page: 3914

concerns with ADA **accommodations** are best directed to the ADA coordinator to continue the

my existing ADA **accommodations** as she was a new supervisor During this meeting I

Page: 3915

so the missing **accommodations** need to be remedied ASAP Your Information Are you a

Page: 3966

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 08 22pdf My apologies I was

Page: 3970

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 08 22pdf My apologies I was

Page: 3974

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 09 22pdf Ms Lindsey Attached for

Page: 3977

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 09 22pdf Ms Lindsey Attached for

Page: 3980

Lindsey EMPLOYEE REASSESSMENT **ACCOMMODATIONS** PLAN ELIZABETH LINDSEY 8 09 22pdf Ms Lindsey Attached for

Page: 3984

current documented ADA **Accommodations** for Elizabeth Lindsey with her new supervisor

Page: 3987

current documented ADA **Accommodations** for Elizabeth Lindsey with her new supervisor

Page: 3990

current documented ADA **Accommodations** for Elizabeth Lindsey with her new supervisor

Page: 3993

current documented ADA **Accommodations** for Elizabeth Lindsey with her new supervisor