EXHIBIT

10

exhibitsticker.com

# Search Results

Summary

Searched for : I have a history of elevator

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey
Federal\Lindsey Discovery\Lindsey D Production\12025 ordered
prod\Reproduction\0001 and 0002 together.pdf

Results         : 1 document(s) with 42 instance(s)

Saved on      : 3/13/2025 2:19:51 PM

File        : [0001 and 0002 together.pdf](0001 and 0002 together.pdf)
Title       :
Subject     :
Author      :
Keywords :

---

Page:  289

---

 with my badge **I have a history of elevator** access as an ADA accommodation

---

Page:  297

---

 with my badge **I have a history of elevator** access as an ADA accommodation

---

Page:  312

---

 with my badge **I have a history of elevator** access as an ADA accommodation

---

Page:  320

---

 with my badge **I have a history of elevator** access as an ADA accommodation

---

Page:  326

---

 with my badge **I have a history of elevator** access as an ADA accommodation

---

Page:  333

---

 with my badge **I have a history of elevator** access as an ADA accommodation

---

Page:  340

---



with my badge **I have a history of elevator** access as an ADA accommodation

Page: 347

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 354

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 360

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 366

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 372

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 377

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 381

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 385

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 389

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 392

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 395

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 398

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 401

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 404



with my badge **I have a history of elevator** access as an ADA accommodation

Page:  407

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  409

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  412

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  415

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  417

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  418

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  420

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  422

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  2766

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  2775

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  2789

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  2797

with my badge **I have a history of elevator** access as an ADA accommodation

Page:  2805

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2813

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2821

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2831

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2840

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2846

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2847

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2854

with my badge **I have a history of elevator** access as an ADA accommodation

Page: 2861

with my badge **I have a history of elevator** access as an ADA accommodation

**To:**      Melanie Blea[melanie.blea@aps.edu]
**From:**    Beth Lindsey
**Sent:**    Thur 8/3/2023 2:00:00 PM
**Subject:** Re: 23-24 Space

My badge works upstairs and with the elevator, but I am unable to enter or exit at the ground floor. Students report today and I have not received any specific protocols for entering and exiting the building at Aztec.

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Preschool Special Education Support Teacher

O: 505-298-6752 x88212
G: 505-369-NBCT (6228)


On Tue, Aug 1, 2023, 2:56 PM Beth Lindsey <lindsey_el@aps.edu> wrote:

   My ID# last five is 63873. My I'd is 135126.

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Preschool Special Education Support Teacher

O: 505-298-6752 x88212
G: 505-369-NBCT (6228)


On Tue, Aug 1, 2023, 2:18 PM Melanie Blea <melanie.blea@aps.edu> wrote:

   Hello,
   Please provide the last five numbers of your badge and employee number as a response to this email.
   Jennifer Bythe is the principal at Aztec and asked that I share the following:

*The employee will need to call from the front desk upstairs and make sure the lobby is clear each time they come down. We do not allow access downstairs because of the elopement and behaviors. They need to make sure they follow our processes to ensure everyone's safety.*

I will make sure that you have all of the processes from her.

   Melanie Blea, Ed.D.

Exceptional Student District Specialist

6400 Uptown Blvd. NE, Suite 200W

Office: (505) 855-9909  Cell: (505) 379-5507

Search Terms-EL-Emails-000394

On Tue, Aug 1, 2023 at 1:56 PM Beth Lindsey <lindsey_el@aps.edu> wrote:

FYI - I was able to get into Aztec this morning but not able to access the elevator or get out with my badge. I have a history of elevator access as an ADA accommodation. Please let me know if we need to meet and re-document that accommodation.
I am unable to access the Aztec building from the east ramp because of the metal grating and vertical drop at the top of the ramp. Much like the catwalk at Berna Facio, it created horrible vertigo for 30 minutes after crossing each time yesterday.

If elevator access cannot be granted, I will need a different office location.

Thanks,
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Preschool Special Education Support Teacher

O: 505-298-6752 x88212
G: 505-369-NBCT (6228)

On Mon, Jul 31, 2023, 12:44 PM Melanie Blea <melanie.blea@aps.edu> wrote:

I have submitted this request.
Melanie Blea, Ed.D.

Exceptional Student District Specialist

6400 Uptown Blvd. NE, Suite 200W

Office: (505) 855-9909  Cell: (505) 379-5507

On Mon, Jul 31, 2023 at 11:24 AM Beth Lindsey <lindsey_el@aps.edu> wrote:

My key card does not work at Aztec.  My ID# last five is 63873.
Thanks.

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Preschool Special Education Support Teacher

O: 505-298-6752 x88212
G: 505-369-NBCT (6228)

Search Terms-EL-Emails-000395

On Tue, Jul 25, 2023, 9:48 AM Melanie Blea <melanie.blea@aps.edu> wrote:

Good Morning,
For the 23-24 school year, you will be assigned an office at Aztec complex in the same area as the PSEST teachers. The office itself is labeled S115. It is located in the larger room/area of S112. Please let me know if you have any questions.

Melanie Blea, Ed.D.

Exceptional Student District Specialist

6400 Uptown Blvd. NE, Suite 200W

Office: (505) 855-9909  Cell: (505) 379-5507

Search Terms-EL-Emails-000396