EXHIBIT

11

# Search Results

Summary

Searched for : Socorro

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey
Federal\Lindsey Discovery\Lindsey D Production\12025 ordered
prod\Full Conf.pdf

Results        : 1 document(s) with 3 instance(s)

Saved on      : 2/5/2025 9:03:27 AM

File       : [Full Conf.pdf](Full Conf.pdf)
Title      :
Subject    :
Author     :
Keywords :

---

Page:  13081

 lucero@aps.edu>, **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

---

Page:  13085

lucero@aps.edu>, **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

---

Page:  13089

lucero@aps.edu>, **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

---