EXHIBIT

13

# Search Results

## Summary

Searched for : socorro

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey
Federal\Lindsey Discovery\Lindsey D Production\12025 ordered
prod\Reproduction\0001 and 0002 together.pdf

Results      : 1 document(s) with 545 instance(s)

Saved on    : 2/12/2025 5:59:07 PM

File      : [0001 and 0002 together.pdf](#)

Title    :

Subject  :

Author   :

Keywords :

---

Page:  218

---

ADA review To **Socorro** Rodriguez Cc Kelly Marvin kellymarvin aT Melanie Blea Thank you

Blea Thank you **Socorro** I am including a couple of informational links since Superior

---

Page:  219

---

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Thank you RespectfuUy **Socorro** Rodriguez ADA Coon-finalor ARV Rj

---

Page:  220

---

Lindsey 1indsey wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

---

Page:  221

---

ADA review To **Socorro** Rodriguez Cc Kelly Marvin kellymarvin aT Melanie Blea Thank you

Blea Thank you **Socorro** I am including a couple of informational links since Superior

---

Page:  222

---

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Thank you RespectfuUy **Socorro** Rodriguez ADA Coon-finalor ARV Rj

---

Page: 223

Lindsey 1indsey wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

Page: 273

ADA review To **Socorro** Rodriguez Cc Kelly Marvin kellymarvin aT Melanie Blea Thank you

Blea Thank you **Socorro** I am including a couple of informational links since Superior

Page: 274

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Thank you Respectfully **Socorro** Rodriguez ADA Coon-fil-1t6l ARS'RjC I I Ld Bruce

a sedu wrote **Socorro** and Kelly

Page: 276

ADA review To **Socorro** Rodriguez Cc Kelly Marvin kellymarvin aT Melanie Blea Thank you

Blea Thank you **Socorro** I am including a couple of informational links since Superior

Page: 277

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Thank you Respectfully **Socorro** Rodriguez ADA Coon-fil-1t6l ARS'RjC I I Ld Bruce

a sedu wrote **Socorro** and Kelly

Page: 285

To **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 814 2023 44646

at 150 PM **Socorro** Rodriguez rodri uez so wrote Good Afternoon All I would

Thank you Respectfully **Socorro** Rodriguez ADA Cu ARVRisk il qgement Alice and Bruce King

Page: 293

To **Socorro** Rodriguezrodriguez-soapsedu Bcc bethlindseyl 970 gmailcom bethlindseyl 970 gmailcom From

at 150 PM **Socorro** Rodriguez rodri uez so wrote Good Afternoon All I would

Thank you Respectfully **Socorro** Rodriguez ADA Coon 1 ARVR1 Alice and Bruce King Educational

Page: 307

To **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Wed 892023 82549 PM

2023 213 PM **Socorro** Rodriguez wrote Hello Just checking in on your availability to

me know Respectfully **Socorro** Rc ADA Co Ai nd Brucc LI-lig Educational Colex

at 150 PM **Socorro** Rodriguez rodri uez so wrote Good Afternoon All

Page: 308

Thank you Respectfully **Socorro** Rodriguez ADA Coon-finalor 1 T Risk il d Bruc

Page: 315

To **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Wed 892023 82549 PM

2023 213 PM **Socorro** Rodriguez wrote Hello Just checking in on your availability to

me know Respectfully **Socorro** Rc ADA Co Ai nd Brucc LI-lig Educational Colex

at 150 PM **Socorro** Rodriguez rodri uez so wrote Good Afternoon All

Page: 316

Thank you Respectfully **Socorro** Rodriguez ADA Coon-finalor 1 T Risk il d Bruc

Page: 323

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 8 72023 52345

Page: 330

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 8 72023 52345

Page: 344

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 8 72023 52345

Page: 351

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 81929

Page: 357

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 81929

Page: 363

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 81929

Page: 369

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 81929

Page: 375

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8

32023 31519

Page:  379

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 31519

Page:  383

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 31519

Page:  387

Melanie Bleamelanieblea apsedu **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 8 32023 31519

Page:  397

blytheaps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Wed 822023 20000 PM

Page:  400

blytheaps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Wed 822023 20000 PM

Page:  403

blytheaps edu Cc **Socorro** Rodriguezrodriguez-soapsedu Bcc bethlindseyl 970 gmailcom bethlindseyl 970 gmailcom From

Page:  406

blytheaps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Wed 822023 20000 PM

Page:  409

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 812023 85616 PM

Page:  412

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 812023 85616 PM

Page:  415

379-5507 Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 812023 85616 PM

Page:  417

379-5507 Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 812023 85616 PM

Page: 418

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 812023 72802 PM

Page: 420

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu Bcc bethlindseyl 970 gmailcom bethlindseyl 970 gmailcom From

Page: 422

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 812023 72802 PM

Page: 424

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 731 2023 52230

Page: 425

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 731 2023 52230

Page: 426

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Mon 731 2023 52230

Page: 427

ADA review To **Socorro** Rodriguez Cc Kelly Marvin kellymarvin aT Melanie Blea Thank you

Blea Thank you **Socorro** I am including a couple of informational links since Superior

Page: 428

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Thank you Respectfully **Socorro** ADA Co ARS R1C id Bruce 1ing Educ i mplex

a sedu wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

Page: 478

Forwarded message From **Socorro** Rodriguez

Page: 519

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 911 AM **Socorro** Rodriguez rodri ez so wrote lu Yes we are Respectfully

we are Respectfully **Socorro** R ADA Co Ld Bruce lucio mplex town BotL ard

Page: 521

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 911 AM **Socorro** Rodriguez rodri ez so wrote lu Yes we are Respectfully

we are Respectfully **Socorro** R ADA Co Ld Bruce lucio mplex town BotL ard

Page:  523

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 911 AM **Socorro** Rodriguez rodri ez so wrote lu Yes we are Respectfully

we are Respectfully **Socorro** R ADA Co Ld Bruce lucio mplex town BotL ard

Page:  525

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 911 AM **Socorro** Rodriguez rodri ez so wrote lu Yes we are Respectfully

we are Respectfully **Socorro** Re-1-iguez ADA Cu AfS'Rj Alice and Bzuce Educational

Page:  527

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 911 AM **Socorro** Rodriguez rodri ez so wrote lu Yes we are Respectfully

we are Respectfully **Socorro** Re-1-iguez ADA Cu AfS'Rj Alice and Bzuce Educational

Page:  529

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 911 AM **Socorro** Rodriguez rodri ez so wrote lu Yes we are Respectfully

we are Respectfully **Socorro** Re-1-iguez ADA Cu AfS'Rj Alice and Bzuce Educational

Page:  531

To **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Page:  532

To **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Page:  533

To **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Page:  561

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday RespectfuUy **Socorro** Rc ADA Co ARVRj

Page: 562

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

advise Respectful-ly **Socorro** Rc ADA Co ARVBJ

Page: 563

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page: 566

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday RespectfuUy **Socorro** Rc ADA Co ARVRj

Page: 567

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

advise Respectful-ly **Socorro** Rc ADA Co ARVBJ

Page: 568

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page: 570

aps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 11222022 62320 PM

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

Page: 571

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday Respectfully **Socorro** Rorl-iguez ADA Co Alice and Buc 1Lig Educational oIex

Page: 572

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** Rodriguez ADA Coon-finalm ARV Rjd Bruce 1dng Educational

tiind seela wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

Page: 573

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page: 575

aps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 11222022 62320 PM

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

---

Page:  576

---

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday Respectfully **Socorro** Rorl-iguez ADA Co Alice and Buc 1Lig Educational oIex

---

Page:  577

---

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** Rodriguez ADA Coon-finalm ARV Rjd Bruce 1dng Educational

tiind seela wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

---

Page:  578

---

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

---

Page:  580

---

aps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 11222022 62320 PM

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

---

Page:  581

---

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday Respectfully **Socorro** Rorl-iguez ADA Co Alice and Buc 1Lig Educational oIex

---

Page:  582

---

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** Rodriguez ADA Coon-finalm ARV Rjd Bruce 1dng Educational

tiind seela wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

---

Page:  583

---

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

---

Page:  585

---

aps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 11222022 50212 PM

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday RespectfuUy **Socorro** c ADA Co ARS'Rj

---

Page:  586

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

advise Respectful-ly **Socorro** Rc ADA Co ARVBJ

Page: 587

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page: 589

aps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 11222022 50212 PM

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday RespectfuUy **Socorro** c ADA Co ARS'Rj

Page: 590

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

advise Respectful-ly **Socorro** Rc ADA Co ARVBJ

Page: 591

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page: 593

aps edu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Tue 11222022 50212 PM

wrote Hi Beth **Socorro** and I are working tomorrow Are you off tomorrow Thank

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday RespectfuUy **Socorro** c ADA Co ARS'Rj

Page: 594

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

advise Respectful-ly **Socorro** Rc ADA Co ARVBJ

Page: 595

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page: 599

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday Respectfully **Socorro** Rodriguez ADA Coon-finalor ARV Ri d Bruce 11iligEducational olex

Page:  600

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** Ro Iguez ADA Co ARVR1 Alice and Bruce 1ing Educad

tiind seela wrote **Socorro** and Kelly

Page:  601

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  603

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday Respectfully **Socorro** Rodriguez ADA Coon-finalor ARV Ri d Bruce 11iligEducational olex

Page:  604

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** Ro Iguez ADA Co ARVR1 Alice and Bruce 1ing Educad

tiind seela wrote **Socorro** and Kelly

Page:  605

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  607

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

2022 335 PM **Socorro** Rodriguez wrote Hi Beth I am scheduled to be off

on Wednesday Respectfully **Socorro** Rodriguez ADA Coon-finalor ARV Ri d Bruce 11iligEducational olex

Page:  608

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** Ro Iguez ADA Co ARVR1 Alice and Bruce 1ing Educad

tiind seela wrote **Socorro** and Kelly

Page:  609

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  611

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** c ADA Co A and Bruce 1ing Educ i town

Page:  612

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  614

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** c ADA Co A and Bruce 1ing Educ i town

Page:  615

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  617

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu From

1 12 PM **Socorro** Rodriguez wrote Hi Beth I would like to speak about

Please advise Respectfully **Socorro** c ADA Co A and Bruce 1ing Educ i town

Page:  618

Lindsey 1indsey wrote **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  620

Cc **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Subject Re Space **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  622

Cc **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Subject Re Space **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

Page:  624

Cc **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Subject Re Space **Socorro** and Kelly Additionally from the Negotiated Agreement Article 17A4 In

tiind seela wrote **Socorro** and Kelly In light of my raising ADA concerns this

---

Page:  626

---

Cc **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Subject Re Space **Socorro** and Kelly In light of my raising ADA concerns this

---

Page:  627

---

Cc **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Subject Re Space **Socorro** and Kelly In light of my raising ADA concerns this

---

Page:  628

---

Cc **Socorro** Rodriguezrodriguez-so apsedu Kelly Marvin kellymarvin aps edu From Beth

Subject Re Space **Socorro** and Kelly In light of my raising ADA concerns this

---

Page:  629

---

To **Socorro** Rodriguezrodriguez-soapsedu Cc Melanie Bleamelaniebleaapsedu From Beth Lindsey Sent Fri

at 938 AM **Socorro** Rodriguez wrote Good Morning Beth I would like to discuss

with you Respectfully **Socorro** Rodriguez ADA Coon ARVR1d Bruce King Educational Complex 6mu

---

Page:  630

---

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

---

Page:  631

---

To **Socorro** Rodriguezrodriguez-soapsedu Cc Melanie Bleamelaniebleaapsedu From Beth Lindsey Sent Fri

at 938 AM **Socorro** Rodriguez wrote Good Morning Beth I would like to discuss

with you Respectfully **Socorro** Rodriguez ADA Coon ARVR1d Bruce King Educational Complex 6mu

---

Page:  632

---

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

---

Page:  633

---

To **Socorro** Rodriguezrodriguez-soapsedu Cc Melanie Bleamelaniebleaapsedu From Beth Lindsey Sent Fri

at 938 AM **Socorro** Rodriguez wrote Good Morning Beth I would like to discuss

with you Respectfully **Socorro** Rodriguez ADA Coon ARVR1d Bruce King Educational Complex 6mu

---

Page:  634

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

Page: 641

To **Socorro** Rodriguezrodriguez-soapsedu Cc Melanie Bleamelaniebleaapsedu From Beth Lindsey Sent Thur

2022 938 AM **Socorro** Rodriguez wrote Good Morning Beth I would like to discuss

with you Respectfully **Socorro** c ADA Co i d Bruc Educ i mplex town

Page: 642

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

Page: 643

To **Socorro** Rodriguezrodriguez-soapsedu Cc Melanie Bleamelaniebleaapsedu From Beth Lindsey Sent Thur

2022 938 AM **Socorro** Rodriguez wrote Good Morning Beth I would like to discuss

with you Respectfully **Socorro** c ADA Co i d Bruc Educ i mplex town

Page: 644

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

Page: 645

To **Socorro** Rodriguezrodriguez-soapsedu Cc Melanie Bleamelaniebleaapsedu From Beth Lindsey Sent Thur

2022 938 AM **Socorro** Rodriguez wrote Good Morning Beth I would like to discuss

with you Respectfully **Socorro** c ADA Co i d Bruc Educ i mplex town

Page: 646

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

Page: 647

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 11172022 42455 PM

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

Page: 648

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 11172022 42455 PM

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

Page: 649

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Beth Lindsey Sent Thur 11172022 42455 PM

at 345 PM **Socorro** Rodriguez rodri uez wrote Good Afternoon Beth and Melanie I

---

Page:  650

---

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

---

Page:  652

---

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

---

Page:  653

---

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

---

Page:  655

---

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

---

Page:  677

---

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

---

Page:  678

---

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

---

Page:  680

---

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu Melanie

review Thank you **Socorro** I am including a couple of informational links since Superior

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

---

Page:  681

---

**Socorro** R i ADA Co ARVRjsk il d Bruc Educational Co

Lindsey 1indsey wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

---

Page:  682

---

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu Melanie

review Thank you **Socorro** I am including a couple of informational links since Superior

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

---

Page:  683

---

**Socorro** R i ADA Co ARVRjsk il d Bruc Educational Co

Lindsey 1indsey wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

Page: 684

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu Melanie

review Thank you **Socorro** I am including a couple of informational links since Superior

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Page: 685

Respectfully **Socorro** R ADA Co i d Bruce 1ing Educ i mplex

Lindsey 1indsey wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

Page: 686

To **Socorro** Rodriguez rodriguez soapsedu Cc Kelly Marvin kellymarvin aps edu Melanie

review Thank you **Socorro** I am including a couple of informational links since Superior

at 411 PM **Socorro** Rodriguez wrote Good Afternoon Ms Lindsey I have sent out

Page: 687

**Socorro** R i ADA Co ARVRjsk il d Bruc Educational Co

Lindsey 1indsey wrote **Socorro** and Kelly I have a new supervisor Melanie Blea so

Page: 721

message From Rodriguez **Socorro** Date Fri Dec 20 2019 at 1149 AM Subject Medical

Page: 766

Forwarded message From **Socorro** Rodriguez Date Thu Jun 17 2021 at 151 PM Subject

or concerns RespectfuU **Socorro** Rodriguez

Page: 768

Meyer 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 770

Forwarded message From **Socorro** Rodriguez Date Thu Jun 17 2021 at 151 PM Subject

or concerns RespectfuU **Socorro** Rodriguez

Page: 772

Meyer 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 777

aps edu Cc **Socorro** Rodriguezrodriguez-so apsedu Mary Farrellyfarrelly aps edu From Beth Lindsey

Page:  778

tiin dseela wrote **Socorro** and Kelly Since I've changed jobs we should probably schedule

Page:  780

aps edu Cc **Socorro** Rodriguezrodriguez-so apsedu Mary Farrellyfarrelly aps edu From Beth Lindsey

Page:  781

tiin dseela wrote **Socorro** and Kelly Since I've changed jobs we should probably schedule

Page:  1147

To **Socorro** Rodriguezrodriguez-soapsedu Cc Lawrence Garcia garcia_leg apsedu Susan Lucero

at 923 AM **Socorro** Rodriguez wrote Good Morning Mr Garcia Thank you for speaking

Page:  1148

or concerns Respectfully **Socorro** Rodriguez ADA Coon-fitialor 1 T Risk X d Bruc

Fwd Doctor To **Socorro** Rodriguez rodriguez Elizabeth Lindsey lindsey Good morning Ms Rodriguez and

Page:  1150

To **Socorro** Rodriguezrodriguez-soapsedu Cc Lawrence Garcia garcia_leg apsedu Susan Lucero

at 923 AM **Socorro** Rodriguez wrote Good Morning Mr Garcia Thank you for speaking

Page:  1151

or concerns Respectfully **Socorro** Rodriguez ADA Coon-fitialor 1 T Risk X d Bruc

Fwd Doctor To **Socorro** Rodriguez rodriguez Elizabeth Lindsey lindsey Good morning Ms Rodriguez and

Page:  1153

To **Socorro** Rodriguezrodriguez-soapsedu Cc Lawrence Garcia garcia_leg apsedu Susan Lucero

at 923 AM **Socorro** Rodriguez wrote Good Morning Mr Garcia Thank you for speaking

Page:  1154

or concerns Respectfully **Socorro** Rodriguez ADA Coon-fitialor 1 T Risk X d Bruc

Fwd Doctor To **Socorro** Rodriguez rodriguez Elizabeth Lindsey lindsey Good morning Ms Rodriguez and

Page:  1156

To **Socorro** Rodriguezrodriguez-soapsedu Cc Lawrence Garcia garcia_leg apsedu Susan Lucero

at 923 AM **Socorro** Rodriguez wrote Good Morning Mr Garcia Thank you for speaking

Page:  1157

or concerns Respectfully **Socorro** Rodriguez ADA Coon-fitialor 1 T Risk X d Bruc

Fwd Doctor To **Socorro** Rodriguez rodriguez Elizabeth Lindsey lindsey Good morning Ms Rodriguez and

Page:  1159

To **Socorro** Rodriguezrodriguez-soapsedu Cc Lawrence Garcia garcia_leg apsedu Susan Lucero

at 923 AM **Socorro** Rodriguez wrote Good Morning Mr Garcia Thank you for speaking

Page:  1160

or concerns Respectfully **Socorro** Rodriguez ADA Coon-fitialor 1 T Risk X d Bruc

Fwd Doctor To **Socorro** Rodriguez rodriguez Elizabeth Lindsey lindsey Good morning Ms Rodriguez and

Page:  1162

To **Socorro** Rodriguezrodriguez-soapsedu Cc Lawrence Garcia garcia_leg apsedu Susan Lucero

at 923 AM **Socorro** Rodriguez wrote Good Morning Mr Garcia Thank you for speaking

Page:  1163

or concerns Respectfully **Socorro** Rodriguez ADA Coon-fitialor 1 T Risk X d Bruc

Fwd Doctor To **Socorro** Rodriguez rodriguez Elizabeth Lindsey lindsey Good morning Ms Rodriguez and

Page:  2372

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Mon 6172024 51148 PM

Page:  2373

be reached at **Socorro** Rodriguez rodriguez soAgps edu Kelly Marvin kellymarvinkgps edu Sincerely Socorro

kellymarvinkgps edu Sincerely **Socorro** Rodriguez ADA Coordinator Kelly Marvin ADA Specialist APS Risk Management

Page:  2374

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Mon 6172024 51148 PM

Page:  2375

be reached at **Socorro** Rodriguez rodriguez soAgps edu Kelly Marvin kellymarvinkgps edu Sincerely Socorro

kellymarvinkgps edu Sincerely **Socorro** Rodriguez ADA Coordinator Kelly Marvin ADA Specialist APS Risk Management

Page: 2376

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Mon 6172024 51148 PM

Page: 2377

be reached at **Socorro** Rodriguez rodriguez soAgps edu Kelly Marvin kellymarvinkgps edu Sincerely Socorro

kellymarvinkgps edu Sincerely **Socorro** Rodriguez ADA Coordinator Kelly Marvin ADA Specialist APS Risk Management

Page: 2420

APS ADA office **Socorro** Rodriguez requesting re assessment of your ADA accommodations When asked

Page: 2421

attorney ADA representatives **Socorro** Rodriguez and Kelly Martin and me on March 13 2024

Page: 2425

504 ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 2426

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 61136

Page: 2430

be reached at **Socorro** Rodriguez 505 855-9852 Rodriguez sop_apsedu and Kelly Marvin

Page: 2435

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 61136

Page: 2439

be reached at **Socorro** Rodriguez 505 855-9852 Rodriguez sop_apsedu and Kelly Marvin

Page: 2444

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 61136

Page: 2448

be reached at **Socorro** Rodriguez 505 855-9852 Rodriguez sop_apsedu and Kelly Marvin

Page: 2453

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 61134

Page: 2459

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 61134

Page: 2463

Lindsey lindseyelapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 61134

Page: 2469

Mackey mackeyapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 44804

Page: 2470

Mackey mackeyapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 44804

Page: 2471

Mackey mackeyapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Fri 426 2024 44804

Page: 2485

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Accepted ADA Reassessment

pm 130pm MDT **Socorro** Rodriguez Start Date Time Wed 3202024 70000 PM End Date

Page: 2488

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Accepted ADA Reassessment

pm 130pm MDT **Socorro** Rodriguez Start Date Time Wed 3202024 70000 PM End Date

Page: 2491

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation with

Page: 2496

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation with

Page: 2501

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation with

Page:  2506

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation with

Page:  2511

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation with

Page:  2516

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation with

Page:  2521

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Invitation ADA Reassessment

Page:  2526

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Invitation ADA Reassessment

Page:  2531

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation ADA

Page:  2536

From **Socorro** Rodriguez Location Google Meet Importance Normal Subject Updated invitation ADA

Page:  2611

nez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 50419 PM Subject Re Position Change

up Alma Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

Luna luna wrote **Socorro** Thank you the RTH is being finalized by EDC Respectfully

Page:  2612

10 27 AM **Socorro** Rodriguez rodriguez wrote See below Respectfully Socorro R ADA Co

See below Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

Forwarded message From **Socorro** Rodriguez rodriguez Date Wed Sep 20 2023 at 1022 Am

Page:  2613

further information Respectfully **Socorro** c ADA Coc id Bruce King Educ i mplex 6tuk

Page:  2614

nez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 50419 PM Subject Re Position Change

up Alma Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

Luna luna wrote **Socorro** Thank you the RTH is being finalized by EDC Respectfully

---

Page: 2615

---

10 27 AM **Socorro** Rodriguez rodriguez wrote See below Respectfully Socorro R ADA Co

See below Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

Forwarded message From **Socorro** Rodriguez rodriguez Date Wed Sep 20 2023 at 1022 Am

---

Page: 2616

---

further information Respectfully **Socorro** c ADA Coc id Bruce King Educ i mplex 6tuk

---

Page: 2617

---

nez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 50419 PM Subject Re Position Change

up Alma Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

Luna luna wrote **Socorro** Thank you the RTH is being finalized by EDC Respectfully

---

Page: 2618

---

10 27 AM **Socorro** Rodriguez rodriguez wrote See below Respectfully Socorro R ADA Co

See below Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

Forwarded message From **Socorro** Rodriguez rodriguez Date Wed Sep 20 2023 at 1022 Am

---

Page: 2619

---

further information Respectfully **Socorro** c ADA Coc id Bruce King Educ i mplex 6tuk

---

Page: 2620

---

martinez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 42810 PM Subject ADA Reassessment Plan

Thank you Respectfully **Socorro** R C ADA Co ARS Rj i d Bruce King

---

Page: 2621

---

Lindsey 504ADA Coordinator **Socorro** Rodriguez Supervisor Natalie MartinezPrincipal COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE

---

Page: 2623

---

martinez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 42810 PM Subject ADA Reassessment Plan

Thank you Respectfully **Socorro** R C ADA Co ARS Rj i d Bruce King

---

Page: 2624

---

Lindsey 504ADA Coordinator **Socorro** Rodriguez Supervisor Natalie MartinezPrincipal COPY ADA

COORNINATOR SITE ADMINISTRATOR EMPLOYEE

---

Page: 2626

---

martinez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 42810 PM Subject ADA Reassessment Plan

Thank you Respectfully **Socorro** R C ADA Co ARS Rj i d Bruce King

---

Page: 2627

---

Lindsey 504ADA Coordinator **Socorro** Rodriguez Supervisor Natalie MartinezPrincipal COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE

---

Page: 2629

---

luna-agapsedu From **Socorro** Rodriguez Sent Wed 9202023 42634 PM Subject Fwd Position Change

See below Respectfully **Socorro** R ADA Co ARVRI lent i d Bruce King Educ

Forwarded message From **Socorro** Rodriguez rodriguez Date Wed Sep 20 2023 at 1022 Am

---

Page: 2630

---

**Socorro** Re-1-iguez ADA Cu ARS'Rj Alice and Bzuce Educational

---

Page: 2631

---

luna-agapsedu From **Socorro** Rodriguez Sent Wed 9202023 42634 PM Subject Fwd Position Change

See below Respectfully **Socorro** R ADA Co ARVRI lent i d Bruce King Educ

Forwarded message From **Socorro** Rodriguez rodriguez Date Wed Sep 20 2023 at 1022 Am

---

Page: 2632

---

**Socorro** Re-1-iguez ADA Cu ARS'Rj Alice and Bzuce Educational

---

Page: 2633

---

martinez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 42226 PM Subject Position Change Good

further information Respectfully **Socorro** Rorl-iguez ADA Co ARVRIC Alice and Buc 1Lig Educational

---

Page: 2634

---

martinez-natapsedu From **Socorro** Rodriguez Sent Wed 9202023 42226 PM Subject Position Change Good

further information Respectfully **Socorro** Rorl-iguez ADA Co ARVRIC Alice and Buc 1Lig Educational

---

Page: 2691

---

tierneytierneyaps edu From **Socorro** Rodriguez Sent Mon 821 2023 35216 PM Subject ADA Reassessment

day C Respectfully **Socorro** R ADA Co ARS Rj i d Bruce King Educ

Page: 2693

Services 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 2695

tierneytierneyaps edu From **Socorro** Rodriguez Sent Mon 821 2023 35216 PM Subject ADA Reassessment

day C Respectfully **Socorro** R ADA Co ARS Rj i d Bruce King Educ

Page: 2697

Services 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 2699

tierneytierneyaps edu From **Socorro** Rodriguez Sent Mon 821 2023 35216 PM Subject ADA Reassessment

day C Respectfully **Socorro** R ADA Co ARS Rj i d Bruce King Educ

Page: 2701

Services 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 2755

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 814 2023 52127 PM Subject Re Voluntary

the update Respectfully **Socorro** R ADA Co Rj vent i d Bruce King Educ

Page: 2758

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 814 2023 52127 PM Subject Re Voluntary

the update Respectfully **Socorro** R ADA Co Rj vent i d Bruce King Educ

Page: 2761

Lindsey lindseyelapsedu From **Socorro** Rodriguez Sent Mon 814 2023 52029 PM Subject Re 23-

you posted Respectfully **Socorro** R ADA Co ARV Rj lent i d Bruce King

Page: 2762

at 150 PM **Socorro** Rodriguez rodri uez so wrote Good Afternoon All I would

Thank you Respectfully **Socorro** R ADA Co ARV Rj lent i d Bruce King

Page: 2770

Lindsey lindseyelapsedu From **Socorro** Rodriguez Sent Mon 814 2023 52029 PM Subject Re 23-

you posted Respectfully **Socorro** R ADA Co ARV Rj lent i d Bruce King

Page:  2771

at 150 PM **Socorro** Rodriguez rodri uez so wrote Good Afternoon All I would

Thank you Respectfully **Socorro** R ADA Co ARV Rj lent i d Bruce King

Page:  2784

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Wed 892023 81234 PM Subject Re 23-24

me know Respectfully **Socorro** Rorl-iguez ADA Co ARVRIC Alice and Buc 1Lig Educational

at 150 PM **Socorro** Rodriguez wrote Good Afternoon All I would like to set-

Thank you Respectfully **Socorro** Rodriguez

Page:  2792

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Wed 892023 81234 PM Subject Re 23-24

me know Respectfully **Socorro** Rorl-iguez ADA Co ARVRIC Alice and Buc 1Lig Educational

at 150 PM **Socorro** Rodriguez wrote Good Afternoon All I would like to set-

Thank you Respectfully **Socorro** Rodriguez

Page:  2800

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Wed 892023 81234 PM Subject Re 23-24

me know Respectfully **Socorro** Rorl-iguez ADA Co ARVRIC Alice and Buc 1Lig Educational

at 150 PM **Socorro** Rodriguez wrote Good Afternoon All I would like to set-

Thank you Respectfully **Socorro** Rodriguez

Page:  2808

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Wed 892023 81234 PM Subject Re 23-24

me know Respectfully **Socorro** Rorl-iguez ADA Co ARVRIC Alice and Buc 1Lig Educational

at 150 PM **Socorro** Rodriguez wrote Good Afternoon All I would like to set-

Thank you Respectfully **Socorro** Rodriguez

Page:  2816

blytheaps edu From **Socorro** Rodriguez Sent Tue 882023 31315 PM Subject Re 23-24

from everyone Respectfully **Socorro** R ADA Co ARV Rj lent i d Bruce King

Blythe wrote Hi **Socorro** I am free all day Thursday If you want to

at 150 PM **Socorro** Rodriguez rodri ez so wrote Good Afternoon All I would

---

Page:  2817

---

Respectfully **Socorro** R ADA Co i d Bruce King Educ i mplex

---

Page:  2826

---

blytheaps edu From **Socorro** Rodriguez Sent Tue 882023 31315 PM Subject Re 23-24

from everyone Respectfully **Socorro** R ADA Co ARV Rj lent i d Bruce King

Blythe wrote Hi **Socorro** I am free all day Thursday If you want to

at 150 PM **Socorro** Rodriguez rodri ez so wrote Good Afternoon All I would

---

Page:  2827

---

Respectfully **Socorro** R ADA Co i d Bruce King Educ i mplex

---

Page:  2836

---

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 72023 75016 PM Subject Re 23-

Thank you Respectfully **Socorro** R Iguez ADA Cu ARS'Rj Alice and Bruce 11ilig Educational

---

Page:  2843

---

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 72023 75016 PM Subject Re 23-

Thank you Respectfully **Socorro** R Iguez ADA Cu ARS'Rj Alice and Bruce 11ilig Educational

---

Page:  2850

---

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 72023 75016 PM Subject Re 23-

Thank you Respectfully **Socorro** R Iguez ADA Cu ARS'Rj Alice and Bruce 11ilig Educational

---

Page:  2857

---

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 72023 75016 PM Subject Re 23-

Thank you Respectfully **Socorro** R Iguez ADA Cu ARS'Rj Alice and Bruce 11ilig Educational

---

Page:  3151

---

504 Employee Specific **SOCORRO** RODRIGUEZ Suite 400 West Accommodations ADA Coordinator 6400 Uptown Blvd

---

Page:  3361

---

504 Employee Specific **SOCORRO** RODRIGUEZ Suite 400 West Accommodations ADA Coordinator 6400 Uptown Blvd

---

Page:  3397

504 Employee Specific **SOCORRO** RODRIGUEZ Suite 400 West Accommodations ADA Coordinator 6400 Uptown Blvd

Page: 3639

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Tue 2142023 100534 PM Subject ADA Reassessment Accommodation

your day Respectfully **Socorro** Rodriguez ADA Coon11 ARVRI Alice and Bruce King Educational Complex

Page: 3641

Blea 504ADA Coordinator **Socorro** Rodriguez Legal Counsel Present during this meeting Mia Lardy and

Page: 3643

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Tue 2142023 100534 PM Subject ADA Reassessment Accommodation

your day Respectfully **Socorro** Rodriguez ADA Coon11 ARVRI Alice and Bruce King Educational Complex

Page: 3645

Blea 504ADA Coordinator **Socorro** Rodriguez Legal Counsel Present during this meeting Mia Lardy and

Page: 3647

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Tue 2142023 100534 PM Subject ADA Reassessment Accommodation

your day Respectfully **Socorro** Rodriguez ADA Coon11 ARVRI Alice and Bruce King Educational Complex

Page: 3649

Blea 504ADA Coordinator **Socorro** Rodriguez Legal Counsel Present during this meeting Mia Lardy and

Page: 3654

reference C Respectfully **Socorro** Rc ADA Cod Bruce King Educational Complex 6400 Uptown

Page: 3659

reference C Respectfully **Socorro** Rc ADA Cod Bruce King Educational Complex 6400 Uptown

Page: 3775

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 1252022 54406 PM Subject ADA Accommodation Plan

week ahead Respectfully **Socorro** Rodriguez ADA Coon-finalor L1 T Risk iAJ Ld Bruce

Page: 3777

504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3779

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 1252022 54406 PM Subject ADA Accommodation Plan

week ahead Respectfully **Socorro** Rodriguez ADA Coon-finalor L1 T Risk iAJ Ld Bruce

Page: 3781

504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3783

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 1252022 54406 PM Subject ADA Accommodation Plan

week ahead Respectfully **Socorro** Rodriguez ADA Coon-finalor L1 T Risk iAJ Ld Bruce

Page: 3785

504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3787

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Jessica Rivera Sent Fri 1222022 11 2500

Page: 3790

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Jessica Rivera Sent Fri 1222022 11 2500

Page: 3793

Melanie Bleamelaniebleaapsedu Cc **Socorro** Rodriguezrodriguez-soapsedu From Jessica Rivera Sent Fri 1222022 11 2500

Page: 3869

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Thur 11172022 90325 PM Subject Assigned Office Supplies

you C Respectfully **Socorro** R ADA Co ARV Rj id Bruce King Educ i

Page: 3870

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Thur 11172022 90325 PM Subject Assigned Office Supplies

you C Respectfully **Socorro** R ADA Co ARV Rj id Bruce King Educ i

Page: 3871

To **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Thur 11172022 81539 PM

17 22docx Hi **Socorro** Here are the meeting notes Thank You Kelly Marvin ADA

Page: 3872

Do you want **Socorro** to reach out and request a conversation We are set

Page: 3873

To **Socorro** Rodriguezrodriguez-soapsedu From Kelly Marvin Sent Thur 11172022 81539 PM

17 22docx Hi **Socorro** Here are the meeting notes Thank You Kelly Marvin ADA

Page: 3874

Do you want **Socorro** to reach out and request a conversation We are set

Page: 3875

recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

Page: 3876

recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

Page: 3877

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page: 3878

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page: 3879

recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

Page: 3880

recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

Page: 3881

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page: 3882

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page:  3883

recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

Page:  3884

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page:  3885

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page:  3887

recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

Page:  3888

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page:  3889

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page:  3891

Lindseylindsey eIaps edu **Socorro** Rodriguezrodriguez-soapsedu Cc Scott Elderelder-saps edu From Todd Torgerson

Page:  3892

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page:  3893

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page:  3894

Lindseylindsey eIaps edu **Socorro** Rodriguezrodriguez-soapsedu Cc Scott Elderelder-saps edu From Todd Torgerson

Page:  3895

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page:  3896

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page: 3897

Lindseylindsey eIaps edu **Socorro** Rodriguezrodriguez-soapsedu Cc Scott Elderelder-saps edu From Todd Torgerson

Page: 3898

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page: 3899

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page: 3900

Lindseylindsey eIaps edu **Socorro** Rodriguezrodriguez-soapsedu Cc Scott Elderelder-saps edu From Todd Torgerson

Page: 3901

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page: 3902

Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

Page: 3903

aps edu From **Socorro** Rodriguez Sent Wed 1192022 10 2115 PM Subject Re ADA

Thank you Respectfully **Socorro** R ADA Co ARVRI lent i d Bruce King Educ

Oconnell wrote Hi **Socorro** I have referred Ms Lindsey back to your office to

Page: 3904

at 1031 AM **Socorro** Rodriguez wrote Hi Jennifer I have attached the latest ADA

this matter RespectfuUy **Socorro** R ADA Co ARS'Risk il d Bruc 1 Educational Co

Page: 3905

Oconnell wrote Hi **Socorro** I received a complaint today from Elizabeth Lindsay alleging she

Page: 3907

aps edu From **Socorro** Rodriguez Sent Wed 1192022 10 2115 PM Subject Re ADA

Thank you Respectfully **Socorro** R ADA Co ARVRI lent i d Bruce King Educ

Oconnell wrote Hi **Socorro** I have referred Ms Lindsey back to your office to

Page: 3908

at 1031 AM **Socorro** Rodriguez wrote Hi Jennifer I have attached the latest ADA

📑 this matter RespectfuUy **Socorro** R ADA Co ARS'Risk il d Bruc 1 Educational Co

---

Page:  3909

📑 Oconnell wrote Hi **Socorro** I received a complaint today from Elizabeth Lindsay alleging she

---

Page:  3911

📑 recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

📑 held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

---

Page:  3913

📑 Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

---

Page:  3914

📑 recommends you contact **Socorro** Rodriguez in the ADA office If that is unsuccessful please

📑 held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

---

Page:  3916

📑 Name Melanie Blea **Socorro** Rodriguez Respondent's Role APS Staff Respondent's APS ID Number Title

---

Page:  3917

📑 aps edu From **Socorro** Rodriguez Sent Wed 1192022 53025 PM Subject Re ADA for

📑 this matter Respectfully **Socorro** R I ADA Co ARVRICd Bruce King Educational Complex

📑 Oconnell wrote Hi **Socorro** I received a complaint today from Elizabeth Lindsay alleging she

---

Page:  3919

📑 504 ADA oordinator **Socorro** RoclrigUez COPY ADA COORN I NATOR SITE ADM IN ISTRAI

---

Page:  3920

📑 aps edu From **Socorro** Rodriguez Sent Wed 1192022 53025 PM Subject Re ADA for

📑 this matter Respectfully **Socorro** R I ADA Co ARVRICd Bruce King Educational Complex

📑 Oconnell wrote Hi **Socorro** I received a complaint today from Elizabeth Lindsay alleging she

---

Page:  3922

📑 504 ADA oordinator **Socorro** RoclrigUez COPY ADA COORN I NATOR SITE ADM IN ISTRAI

---

Page:  3945

📑 Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 912 2022 31817 PM Subject Re

VPN

Blea wrote Morning **Socorro** Is this a part of her ADA plan V Forwarded

---

Page:  3947

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 912 2022 31817 PM Subject Re VPN

Blea wrote Morning **Socorro** Is this a part of her ADA plan V Forwarded

---

Page:  3963

lindseyelaps edu From **Socorro** Rodriguez Sent Mon 8 82022 81532 PM Subject Re Signed

great week Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

---

Page:  3964

lindseyelaps edu From **Socorro** Rodriguez Sent Mon 8 82022 81532 PM Subject Re Signed

great week Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

---

Page:  3965

lindseyelaps edu From **Socorro** Rodriguez Sent Mon 8 82022 81532 PM Subject Re Signed

great week Respectfully **Socorro** R ADA Co ARVRI i d Bruce King Educ i

---

Page:  3966

Lindsey lindseyelapsedu From **Socorro** Rodriguez Sent Mon 8 82022 35630 PM Subject Re ADA

correct date Respectfully **Socorro** R Iguez ADA Cu ARVR1 Alice and Bruce 11ilig Educational

---

Page:  3967

at 942 AM **Socorro** Rodriguez rodri uez so wrote Ms Lindsey Attached for your

wonderful week Respectfully **Socorro** R I ADA Cod Bruc Educational Complex 6 town

---

Page:  3968

Blea 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

---

Page:  3970

Lindsey lindseyelapsedu From **Socorro** Rodriguez Sent Mon 8 82022 35630 PM Subject Re ADA

correct date Respectfully **Socorro** R Iguez ADA Cu ARVR1 Alice and Bruce 11ilig Educational

---

Page:  3971

at 942 AM **Socorro** Rodriguez rodri uez so wrote Ms Lindsey Attached for your

wonderful week Respectfully **Socorro** R I ADA Cod Bruc Educational Complex 6 town

---

Page: 3972

Blea 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3973

Blea 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3974

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 82022 34155 PM Subject ADA Plan

wonderful week Respectfully **Socorro** Rodriguez ADA Coon-fil-1t6l ARVRI Alice and Bruce King

Page: 3975

Blea 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3977

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 82022 34155 PM Subject ADA Plan

wonderful week Respectfully **Socorro** Rodriguez ADA Coon-fil-1t6l ARVRI Alice and Bruce King

Page: 3978

Blea 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 3980

Melanie Bleamelaniebleaapsedu From **Socorro** Rodriguez Sent Mon 8 82022 34155 PM Subject ADA Plan

wonderful week Respectfully **Socorro** Rodriguez ADA Coon-fil-1t6l ARVRI Alice and Bruce King

Page: 3981

Blea 504ADA Coordinator **Socorro** Rodriguez COPY ADA COORNINATOR SITE ADMINISTRATOR EMPLOYEE EMPLOYEE ACCOMMODATION PLAN