| Search Terms-EL-Emails-001409 | Search Terms-EL-Emails-001411 | msg | Licensure renewal | 4/14/2020 1:10 |
|---|---|---|---|---|
| Search Terms-EL-Emails-001412 | Search Terms-EL-Emails-001414 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001415 | Search Terms-EL-Emails-001417 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001418 | Search Terms-EL-Emails-001420 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001421 | Search Terms-EL-Emails-001423 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001424 | Search Terms-EL-Emails-001426 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001427 | Search Terms-EL-Emails-001429 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001430 | Search Terms-EL-Emails-001432 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001433 | Search Terms-EL-Emails-001435 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001436 | Search Terms-EL-Emails-001438 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001439 | Search Terms-EL-Emails-001441 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001442 | Search Terms-EL-Emails-001444 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001445 | Search Terms-EL-Emails-001447 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001448 | Search Terms-EL-Emails-001450 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001451 | Search Terms-EL-Emails-001453 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001454 | Search Terms-EL-Emails-001456 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001457 | Search Terms-EL-Emails-001459 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001460 | Search Terms-EL-Emails-001462 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001463 | Search Terms-EL-Emails-001465 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001466 | Search Terms-EL-Emails-001468 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001469 | Search Terms-EL-Emails-001471 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001472 | Search Terms-EL-Emails-001474 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001475 | Search Terms-EL-Emails-001477 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001478 | Search Terms-EL-Emails-001480 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001481 | Search Terms-EL-Emails-001483 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001484 | Search Terms-EL-Emails-001486 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001487 | Search Terms-EL-Emails-001489 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001490 | Search Terms-EL-Emails-001492 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001493 | Search Terms-EL-Emails-001495 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001496 | Search Terms-EL-Emails-001498 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001499 | Search Terms-EL-Emails-001501 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001502 | Search Terms-EL-Emails-001504 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001505 | Search Terms-EL-Emails-001507 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001508 | Search Terms-EL-Emails-001510 | msg | Licensure renewal | 4/14/2020 1:10 |

EXHIBIT

14

exhibitsticker.com

| | | | | |
|---|---|---|---|---|
| Search Terms-EL-Emails-001511 | Search Terms-EL-Emails-001513 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001514 | Search Terms-EL-Emails-001516 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001517 | Search Terms-EL-Emails-001519 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001520 | Search Terms-EL-Emails-001522 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001523 | Search Terms-EL-Emails-001525 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001526 | Search Terms-EL-Emails-001528 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001529 | Search Terms-EL-Emails-001531 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001532 | Search Terms-EL-Emails-001534 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001535 | Search Terms-EL-Emails-001537 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001538 | Search Terms-EL-Emails-001540 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001541 | Search Terms-EL-Emails-001543 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001544 | Search Terms-EL-Emails-001546 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001547 | Search Terms-EL-Emails-001549 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001550 | Search Terms-EL-Emails-001552 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001553 | Search Terms-EL-Emails-001555 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001556 | Search Terms-EL-Emails-001558 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001559 | Search Terms-EL-Emails-001561 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001562 | Search Terms-EL-Emails-001564 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001565 | Search Terms-EL-Emails-001567 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001568 | Search Terms-EL-Emails-001570 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001571 | Search Terms-EL-Emails-001573 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001574 | Search Terms-EL-Emails-001576 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001577 | Search Terms-EL-Emails-001579 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001580 | Search Terms-EL-Emails-001582 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001583 | Search Terms-EL-Emails-001585 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001586 | Search Terms-EL-Emails-001588 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001589 | Search Terms-EL-Emails-001591 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001592 | Search Terms-EL-Emails-001594 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001595 | Search Terms-EL-Emails-001597 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001598 | Search Terms-EL-Emails-001600 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001601 | Search Terms-EL-Emails-001603 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001604 | Search Terms-EL-Emails-001606 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001607 | Search Terms-EL-Emails-001609 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001610 | Search Terms-EL-Emails-001612 | msg | Licensure renewal | 4/14/2020 1:10 |

| | | | | |
|---|---|---|---|---|
| Search Terms-EL-Emails-001613 | Search Terms-EL-Emails-001615 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001616 | Search Terms-EL-Emails-001618 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001619 | Search Terms-EL-Emails-001621 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001622 | Search Terms-EL-Emails-001624 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001625 | Search Terms-EL-Emails-001627 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001628 | Search Terms-EL-Emails-001630 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001631 | Search Terms-EL-Emails-001633 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001634 | Search Terms-EL-Emails-001636 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001637 | Search Terms-EL-Emails-001639 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001640 | Search Terms-EL-Emails-001642 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001643 | Search Terms-EL-Emails-001645 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001646 | Search Terms-EL-Emails-001648 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001649 | Search Terms-EL-Emails-001651 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001652 | Search Terms-EL-Emails-001654 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001655 | Search Terms-EL-Emails-001657 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001658 | Search Terms-EL-Emails-001660 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001661 | Search Terms-EL-Emails-001663 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001664 | Search Terms-EL-Emails-001666 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001667 | Search Terms-EL-Emails-001669 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001670 | Search Terms-EL-Emails-001672 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001673 | Search Terms-EL-Emails-001675 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001676 | Search Terms-EL-Emails-001678 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001679 | Search Terms-EL-Emails-001681 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001682 | Search Terms-EL-Emails-001684 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001685 | Search Terms-EL-Emails-001687 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001688 | Search Terms-EL-Emails-001690 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001691 | Search Terms-EL-Emails-001693 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001694 | Search Terms-EL-Emails-001696 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001697 | Search Terms-EL-Emails-001699 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001700 | Search Terms-EL-Emails-001702 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001703 | Search Terms-EL-Emails-001705 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001706 | Search Terms-EL-Emails-001708 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001709 | Search Terms-EL-Emails-001711 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001712 | Search Terms-EL-Emails-001714 | msg | Licensure renewal | 4/14/2020 1:10 |

| | | | | |
|---|---|---|---|---|
| Search Terms-EL-Emails-001715 | Search Terms-EL-Emails-001717 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001718 | Search Terms-EL-Emails-001720 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001721 | Search Terms-EL-Emails-001723 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001724 | Search Terms-EL-Emails-001726 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001727 | Search Terms-EL-Emails-001729 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001730 | Search Terms-EL-Emails-001732 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001733 | Search Terms-EL-Emails-001735 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001736 | Search Terms-EL-Emails-001738 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001739 | Search Terms-EL-Emails-001741 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001742 | Search Terms-EL-Emails-001744 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001745 | Search Terms-EL-Emails-001747 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001748 | Search Terms-EL-Emails-001750 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001751 | Search Terms-EL-Emails-001753 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001754 | Search Terms-EL-Emails-001756 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001757 | Search Terms-EL-Emails-001759 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001760 | Search Terms-EL-Emails-001762 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001763 | Search Terms-EL-Emails-001765 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001766 | Search Terms-EL-Emails-001768 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001769 | Search Terms-EL-Emails-001771 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001772 | Search Terms-EL-Emails-001774 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001775 | Search Terms-EL-Emails-001777 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001778 | Search Terms-EL-Emails-001780 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001781 | Search Terms-EL-Emails-001783 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001784 | Search Terms-EL-Emails-001786 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001787 | Search Terms-EL-Emails-001789 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001790 | Search Terms-EL-Emails-001792 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001793 | Search Terms-EL-Emails-001795 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001796 | Search Terms-EL-Emails-001798 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001799 | Search Terms-EL-Emails-001801 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001802 | Search Terms-EL-Emails-001804 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001805 | Search Terms-EL-Emails-001807 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001808 | Search Terms-EL-Emails-001810 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001811 | Search Terms-EL-Emails-001813 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001814 | Search Terms-EL-Emails-001816 | msg | Licensure renewal | 4/14/2020 1:10 |

| | | | | |
|---|---|---|---|---|
| Search Terms-EL-Emails-001817 | Search Terms-EL-Emails-001819 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001820 | Search Terms-EL-Emails-001822 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001823 | Search Terms-EL-Emails-001825 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001826 | Search Terms-EL-Emails-001828 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001829 | Search Terms-EL-Emails-001831 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001832 | Search Terms-EL-Emails-001834 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001835 | Search Terms-EL-Emails-001837 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001838 | Search Terms-EL-Emails-001840 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001841 | Search Terms-EL-Emails-001843 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001844 | Search Terms-EL-Emails-001846 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001847 | Search Terms-EL-Emails-001849 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001850 | Search Terms-EL-Emails-001852 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001853 | Search Terms-EL-Emails-001855 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001856 | Search Terms-EL-Emails-001858 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001859 | Search Terms-EL-Emails-001861 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001862 | Search Terms-EL-Emails-001864 | msg | Licensure renewal | 4/14/2020 1:10 |
| Search Terms-EL-Emails-001865 | Search Terms-EL-Emails-001867 | msg | Licensure renewal | 4/14/2020 1:10 |