EXHIBIT

15

exhibitsticker.com

**To:**       del norte-staffDG[delnorte-staffDG@aps.edu]
**Cc:**       Bortot, Edward E[bortot@aps.edu]; Smith, Deanne V[deanne.smith@aps.edu]
**From:**     Lindsey, Elizabeth D
**Sent:**     Tue 4/14/2020 1:10:58 AM
**Subject:**  Licensure renewal
Renewal Application for Teacher Licensure.pdf

Hello, everyone.  While working on renewing my licenses, I was given this information today and wanted to share it with everyone.  If you are advancing or not renewing, you can disregard this email.

Happy First Day of Virtual School!
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-ENS
Assistant Principal - Special Education, ROTC, SAT, 504s, Health

Del Norte High School
5323 Montgomery Blvd NE
Albuquerque, NM 87109
P: 505-883-7222 x43018
C: 505-331-7161
F: 505-880-3965

**The Right Way... the Knight Way!**

CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.

---

**From:** Licensure <licensure@aps.edu>
**Sent:** Monday, April 13, 2020 11:44 AM
**To:** Lindsey, Elizabeth D <lindsey_el@aps.edu>
**Subject:** RE: follow up

Good Morning Ms. Lindsey,

Unfortunately, HR is closed right now and we are all working remotely from home. However to renew you license please see below:

Because of our current circumstances with COVID-19 the NMPED is asking educators to complete Licensure Renewals Online. Please follow the link and complete your renewal. Once you receive your updated license please be sure to provide our office with a copy for your personnel file.

If you run into any issues we can still do the paper renewal application and the Superintendent's Recommendation form is not needed at this time. So if you run into any issues then send in your Renewal Application (attached) with your fee before May 1ˢᵗ and they will process it.

Thank You,


Danielle Torres
Licensure Specialist
Human Resources
Licensure Department
Physical: 6400 Uptown Blvd. NE. Ste. 210E
Mailing: P.O. Box 25704
Albuquerque, NM 87125
APS Licensure Webpage



*CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.*

**From:** Lindsey, Elizabeth D <lindsey_el@aps.edu>
**Sent:** Monday, April 13, 2020 10:05 AM
**To:** Licensure <licensure@aps.edu>
**Subject:** follow up

Hi, I wanted to follow up on my licensure paperwork.  My teaching license expires this year and my admin license next year.  #322212

A couple of weeks ago, our secretary took my superintendent's form to the principal for signature when they did payroll, and then she dropped it off at City Center in an interoffice envelope.  I wanted to make sure that was received, and to find out when I can get that back so that I can file it with the state.

Thank you,
Beth Lindsey

Mrs. Beth D. Lindsey, M.Ed., NBCT-ENS
Assistant Principal - Special Education, ROTC, SAT, 504s, Health

Del Norte High School
5323 Montgomery Blvd NE
Albuquerque, NM 87109
P: 505-883-7222 x43018
C: 505-331-7161
F: 505-880-3965

Search Terms-EL-Emails-001410

**The Right Way... the Knight Way!**

CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.

Search Terms-EL-Emails-001411