| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 20 | Search Terms-EL-Emails-000063 | Search Terms-EL-Emails-000065 | msg | | 11/15/2024 17:20 | Fwd: Required Compliance Training Memo for all staff (Title VI) |
| 21 | Search Terms-EL-Emails-000066 | Search Terms-EL-Emails-000066 | msg | | 11/15/2024 17:20 | work order |
| 22 | Search Terms-EL-Emails-000067 | Search Terms-EL-Emails-000067 | msg | | 11/15/2024 17:20 | work order |
| 23 | Search Terms-EL-Emails-000068 | Search Terms-EL-Emails-000068 | msg | | 11/15/2024 17:20 | work order |
| 24 | Search Terms-EL-Emails-000069 | Search Terms-EL-Emails-000070 | msg | | 11/15/2024 17:20 | Re: SAFETY FIRST TOPICS |
| 25 | Search Terms-EL-Emails-000071 | Search Terms-EL-Emails-000072 | msg | | 11/15/2024 17:20 | Re: SAFETY FIRST TOPICS |
| 26 | Search Terms-EL-Emails-000073 | Search Terms-EL-Emails-000076 | msg | | 11/15/2024 17:20 | Fwd: Head Teacher Training |
| 27 | Search Terms-EL-Emails-000077 | Search Terms-EL-Emails-000078 | msg | | 11/15/2024 17:21 | IEP Specialist position |
| 28 | Search Terms-EL-Emails-000079 | Search Terms-EL-Emails-000080 | msg | | 11/15/2024 17:21 | IEP Specialist position |
| 29 | Search Terms-EL-Emails-000081 | Search Terms-EL-Emails-000082 | msg | | 11/15/2024 17:22 | Fwd: EDL - LOA Intermittent Leave |
| 30 | Search Terms-EL-Emails-000083 | Search Terms-EL-Emails-000084 | docx | Dayhoff, Lynne D | 5/18/2024 0:39 | |
| 31 | Search Terms-EL-Emails-000085 | Search Terms-EL-Emails-000085 | xlsx | !Station1 | 1/15/2009 20:06 | |
| 32 | Search Terms-EL-Emails-000086 | Search Terms-EL-Emails-000089 | pdf | | 1/12/2024 11:27 | |
| 33 | Search Terms-EL-Emails-000090 | Search Terms-EL-Emails-000093 | pdf | | 1/12/2024 11:27 | |
| 34 | Search Terms-EL-Emails-000094 | Search Terms-EL-Emails-000097 | pdf | | 1/12/2024 11:27 | |
| 35 | Search Terms-EL-Emails-000098 | Search Terms-EL-Emails-000101 | pdf | | 1/12/2024 11:27 | |
| 36 | Search Terms-EL-Emails-000102 | Search Terms-EL-Emails-000105 | pdf | | 1/12/2024 11:27 | |
| 37 | Search Terms-EL-Emails-000106 | Search Terms-EL-Emails-000109 | pdf | | 1/12/2024 11:27 | |
| 38 | Search Terms-EL-Emails-000110 | Search Terms-EL-Emails-000113 | pdf | | 1/12/2024 11:27 | |
| 39 | Search Terms-EL-Emails-000114 | Search Terms-EL-Emails-000117 | pdf | | 1/12/2024 11:27 | |
| 40 | Search Terms-EL-Emails-000118 | Search Terms-EL-Emails-000121 | pdf | | 1/12/2024 11:27 | |
| 41 | Search Terms-EL-Emails-000122 | Search Terms-EL-Emails-000125 | pdf | | 1/12/2024 11:27 | |
| 42 | Search Terms-EL-Emails-000126 | Search Terms-EL-Emails-000129 | pdf | | 1/12/2024 11:27 | |
| 43 | Search Terms-EL-Emails-000130 | Search Terms-EL-Emails-000133 | pdf | | 1/12/2024 11:27 | |
| 44 | Search Terms-EL-Emails-000134 | Search Terms-EL-Emails-000137 | pdf | | 1/12/2024 11:27 | |
| 45 | Search Terms-EL-Emails-000138 | Search Terms-EL-Emails-000141 | pdf | | 1/12/2024 11:27 | |
| 46 | Search Terms-EL-Emails-000142 | Search Terms-EL-Emails-000145 | pdf | | 1/12/2024 11:27 | |
| 47 | Search Terms-EL-Emails-000146 | Search Terms-EL-Emails-000149 | pdf | | 1/12/2024 11:27 | |
| 48 | Search Terms-EL-Emails-000150 | Search Terms-EL-Emails-000153 | pdf | | 1/12/2024 11:27 | |
| 49 | Search Terms-EL-Emails-000154 | Search Terms-EL-Emails-000157 | pdf | | 1/12/2024 11:27 | |
| 50 | Search Terms-EL-Emails-000158 | Search Terms-EL-Emails-000184 | pdf | Pattie Erpenbach | 8/16/2017 14:01 | |
| 51 | Search Terms-EL-Emails-000185 | Search Terms-EL-Emails-000211 | pdf | Pattie Erpenbach | 8/16/2017 14:01 | |
| 52 | Search Terms-EL-Emails-000212 | Search Terms-EL-Emails-000214 | msg | | 11/15/2024 17:22 | Re: best practice strategies for students with disabilities |
| 53 | Search Terms-EL-Emails-000215 | Search Terms-EL-Emails-000217 | msg | | 11/15/2024 17:22 | Re: best practice strategies for students with disabilities |
| 54 | Search Terms-EL-Emails-000218 | Search Terms-EL-Emails-000220 | msg | | 11/15/2024 17:22 | Fwd: ADA review |
| 55 | Search Terms-EL-Emails-000221 | Search Terms-EL-Emails-000223 | msg | | 11/15/2024 17:22 | Fwd: ADA review |

**EXHIBIT**

**16**