EXHIBIT

17





December 8, 2021 (Mutually released to special education staff Thursday, 12/9/21)

Dear Teachers of Students with Exceptionalities,

ATF and APS have reached an agreement for a new and improved method for paying for caseload overloads, starting with the 120th day (February 9).

Special education staff have identified issues under the current overload compensation system. As a means to apply a more favorable overload compensation rate AND to pilot the new system, all special education teacher caseloads will be processed under the new system starting the 120th day (February 9) and the payment will appear on the February 25th paycheck.

Here's how it will work.
- The excess caseload FTE will be multiplied by 299 (the number of hours per quarter in a teaching contract - 1196/4), multiplied by the individual teacher's hourly rate.
- The PED does not approve waivers for caseloads of 2.0 or higher. Therefore, overload payments will be capped for teachers carrying a caseload over 1.99 FTE.
- Payments will be submitted after each count date or quarterly (40th day, 80th day, 120th day, EOY).
  - Starting at the 120th day count this year (February 9, 2022).
- Payments will not be impacted by substitute teachers employed at the school.
- Teachers will not be required to submit paperwork for the extra compensation. It will be paid automatically when an overage exists on the count date.

Let's look at some examples of overload compensation for one 40-day count date.

Level 1 teacher – 1.0 - $41,000

|      | Old method | New method |
|------|-----------|-----------|
| 1.34 | $548      | $3,485    |
| 1.5  | $806      | $5,125    |
| 1.8  | $1,289    | $8,200    |

Search Terms-EL-Emails-000086

Level 2 teacher – 1.0 - $50,000

|      | Old method | New method |
|------|-----------|-----------|
| 1.34 | $668      | $4,249    |
| 1.5  | $983      | $6,249    |
| 1.8  | $1,572    | $9,999    |

Level 3 teacher – 1.0 - $60,000

|      | Old method | New method |
|------|-----------|-----------|
| 1.34 | $802      | $5,099    |
| 1.5  | $1,179    | $7,499    |
| 1.8  | $1,886    | $11,998   |

If you have an overload and you change positions between count dates your overload pay will be disrupted.  The only "safe" time to change positions, would be the week after a count date.  If you are not carrying an overload, then disregard this caution.

APS and ATF have a long-standing tradition of joint problem solving at the lowest possible level. In that spirit, employees should contact Ellen Bernstein at ATF (ellen@atfunion.org) or Valerie Hoose at APS HR (valerie.hoose@aps.edu) if there are concerns about:

- The expectation that schools balance special and gifted education caseload among their available licensed teachers.
- An adjustment to excess caseload is not reflected on a count date.
- School sites do not have the staff available to take on the overloads needed.

We are extremely proud to be able to present this new system of overload compensation to our hard-working teachers. Thanks for your dedication to our students with exceptionalities in the face of many challenges in 21-22.

Stephanie Fascitelli
Associate Superintendent of Special Education

Ellen Bernstein, Ed.D.
President, Albuquerque Teachers Federation

Search Terms-EL-Emails-000087

Article 11, SPECIAL EDUCATION (revised 12-7-21)

**E. Assignment and Transfers and Vacancies**

1. Vacancies in Essential & Related Service Positions
   a. If a Special Education Related Services position becomes vacant, the provisions under Article 17.D ("Vacancies in Non-classroom Positions") shall commence.
      1) Once the position(s) for related service personnel is/are posted on the APS Special Education website, employees may apply for a voluntary transfer.
      2) All efforts shall be made for the creation of 1.0 FTE combinations within proximity of existing vacant positions or through mutual agreement with RSP personnel.
      3) The individual site and the corresponding program, according to FTE needs or combinations thereof, shall offer allocated positions.
      4) If two (2) or more qualified candidates have submitted requests for the same vacancy, preference will be given to the most senior employee based on their date of hire.
      5) Vacancies shall be defined as indefinitely open positions.

2. Vacancies in Special Education Teacher Positions
   a. Overload Compensation
      1. Additional compensation will be paid for services and responsibilities related to student IEPs of those students assigned to the teacher's caseload, if the caseload exceeds the teacher's contract, including any extensions for teaching during a prep period.
         a. Teachers receiving this additional compensation are entitled to minimum preparation minutes per week as per Article 5.E., unless the teacher has agreed to teach during their preparation time.
         b. A teacher may choose to stay at their original employment contract and a caseload that does not exceed that contract.
         c. Teachers will be notified of the temporary nature of this additional compensation. If, and when, vacancies are filled, caseload and pay will be adjusted.
         d. Starting in the 2022/2023 school year, caseload compensation will be reflected in an "overload" category on the pay stubs of those employees receiving this pay.
      2. The District will base additional compensation on caseloads as recorded in Synergy on official count dates (40th day, 80th day, 120th day, EOY).
         a. Overload compensation is for services to students required by the IEP and related work.
         b. Release Head Teachers are eligible for overload compensation for any caseload assigned to them.

Search Terms-EL-Emails-000088

3. At each of the official count dates listed above, the Special Education Department will calculate each employee's excess caseloads using the Synergy FTE report run at 4:30 p.m. on the count day for active students.
    a. Excess Class FTE is defined as the difference between a teacher's Class FTE and the teacher's employment contract. This includes any extensions for teaching an additional class during the teacher's preparation time.
    b. A teacher who has received a .2 extended contract for teaching an additional class during their preparation period shall remain eligible for additional compensation, beyond their 1.2 extended contract, for additional special education caseload assigned to them due to vacancy by mutual agreement.
    c. The excess caseload FTE will be multiplied by 299 (the number of hours per quarter in a teaching contract - 1196/4), multiplied by the individual teacher's hourly rate.
        a. Payments will be submitted after each count date.
        b. Payments will not be impacted by substitute teachers employed at the school.
        c. Teachers will not be required to submit paperwork for the extra compensation. It will be paid automatically when an overage exists.
        d. The PED does not approve waivers for caseloads of 2.0 or higher. Therefore, overload payments will be capped for teachers carrying a caseload over 1.99 FTE.
4. Concerns about balanced caseloads, an overage that is not reflected on a count date, or a shortage of staff necessary to address all needs should contact the Federation or Human Resources.
5. Vacancies will remain posted until filled. Once filled, the respective caseload and compensation will revert to their original state.
6. Issues will be reported by teachers to the Federation. Issues will be reported by school administrators to the Special Education administration.
7. ATF and APS agree to investigate further possibilities of creating a similar pay system for general education teachers who take on additional duties/responsibilities due to vacancies.

Notes:
- This agreement will start on the 120-count date which is Feb 9, 2022.
- APS will create an "overload" category on pay stubs starting in 2022-2023.


Albuquerque Public Schools                    Albuquerque Teachers Federation


Date _____                         Date _____

Search Terms-EL-Emails-000089