EXHIBIT

18

exhibitsticker.com

**Heather@hburkelaw.com**

| | |
|---|---|
| **From:** | Beth Lindsey <lindsey_el@aps.edu> |
| **Sent:** | Tuesday, March 12, 2024 8:27 AM |
| **To:** | Socorro Rodriguez |
| **Cc:** | Kelly Marvin; Natalie Martinez; heather@hburkelaw.com |
| **Subject:** | Re: ADA review |

Ms. Martinez and I have not received any notification of a scheduled meeting. It has been nearly 2 weeks since my initial request.

Thanks!
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Head Special Education Teacher

George I. Sanchez Collaborative Community School
4050 118th St SW
Albuquerque, NM 87121
O:  505-253-0300 x39613
G: 505-369-NBCT (6228) (call or text)



CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.

On Fri, Mar 8, 2024 at 12:03 PM Socorro Rodriguez <rodriguez_so@aps.edu> wrote:

Thank you for reaching out to me Ms. Lindsey.  Please be notified that APS Legal Counsel has reached out to your Legal Counsel to schedule a Reassessment Meeting.

Additionally, any further communication moving forward should be discussed between legal counsels.

✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰

Respectfully,

**Socorro Rodríguez**

*ADA Coordinator*

*APS Risk Management*

Alice and Bruce King Educational Complex

6400 Uptown Boulevard NE, Suite 400W

Office: 505-855-9852    Fax: 505-884-4502

Email: **rodriguez_so@aps.edu**

*CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.*

On Thu, Mar 7, 2024 at 9:57 AM Beth Lindsey <lindsey_el@aps.edu> wrote:
Socorro and Kelly,
It has been a full week since I requested an ADA review.

One of my current accommodations reads:
Ms. Lindsey will be allowed to take short rest breaks or leave a meeting as needed in order to regain
concentration impacted by hearing/sensory overload. Ms. Lindsey will be responsible for requesting
any missed information;

The environment that I need to be able to leave is my current office space and there are no other workable spaces on campus. Multiple times per day, it is extremely disruptive to my ability to focus and participate in IEP meetings and I am left with physical pain (from the noise) that frequently lasts for the rest of the day. This is urgent.

I discussed this yesterday with Brad Sherman, ATF VP, and he said that this meeting should be a formality of documenting since administration is already in agreement with the accommodations. Setting up the VPN and cell phone should be relatively straightforward and not an undue burden on the district. Can we please get this meeting scheduled ASAP?

Thanks!
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist

2

Pronouns: She/Her/Hers
Head Special Education Teacher

George I. Sanchez Collaborative Community School
4050 118th St SW
Albuquerque, NM 87121
O:  505-253-0300 x39613
G: 505-369-NBCT (6228) (call or text)



CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.

On Thu, Feb 29, 2024 at 9:35 PM Beth Lindsey <lindsey_el@aps.edu> wrote:

Socorro and Kelly,
Please schedule an ADA review meeting and include my attorney, Heather Burke. I have copied her on this, and email is the best way to reach her.

Thank you.

Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Head Special Education Teacher

George I. Sanchez Collaborative Community School
4050 118th St SW
Albuquerque, NM 87121
O:  505-253-0300 x39613
G: 505-369-NBCT (6228) (call or text)



CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.