## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                                                    **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


## NOTICE OF ERRATA


Plaintiff Elizabeth Lindsey hereby files Exhibit 12 to her 2nd Motion to Compel, 1st

Motion to Show Cause and for Sanctions [Doc. 74], which appears to have been rejected and

omitted by the e-filing system.


                                              Respectfully Submitted.

                                              Heather Burke
                                              Attorney at Law
                                              1000 Cordova Place #24

Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 13th day of March, 2025.

Respectfully Submitted.

Heather Burke
Attorney at Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

2