EXHIBIT

12

exhibitsticker.com

# Search Results

Summary

Searched for : Socorro

In document : D:\Burke Law\Clients\Lindsey, Elizabeth\Lindsey Lawsuit\Lindsey
Federal\Lindsey Discovery\Lindsey D Production\12025 ordered
prod\Full non conf.pdf

Results        : 1 document(s) with 435 instance(s)

Saved on      : 3/13/2025 5:42:41 PM

File        : [Full non conf.pdf](Full non conf.pdf)

Title      :

Subject    :

Author     :

Keywords :

---

Page:  2325

ADA review To: **Socorro** Rodriguez <rodriguez so@aps.edu> Cc: Kelly Marvin <

edu> Thank you, **Socorro.** I am including a couple of informational !inks, since

---

Page:  2326

l 1 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good Afternoon Ms.

---

Page:  2327

~du> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

---

Page:  2328

ADA review To: **Socorro** Rodriguez <rodriguez so@aps.edu> Cc: Kelly Marvin <

edu> Thank you, **Socorro.** I am including a couple of informational !inks, since

---

Page:  2329

l 1 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good Afternoon Ms.

---

Page:  2330

~du> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

Page:  3158

ADA review To: **Socorro** Rodriguez <rodriguez so@aps.edu> Cc: Kelly Marvin <

edu> Thank you, **Socorro.** I am including a couple of informational !inks, since

Page:  3159

4: 11 PJ'v1 **Socorro** llodriguez <r.Q.Qr.!~;?: ,,,.$.Q@.ru1$., .. ~

aps.edu> wrote: **Socorro** and Kelly, EL-Emails-003159

Page:  3161

ADA review To: **Socorro** Rodriguez <rodriguez so@aps.edu> Cc: Kelly Marvin <

edu> Thank you, **Socorro.** I am including a couple of informational !inks, since

Page:  3162

4: 11 PJ'v1 **Socorro** llodriguez <r.Q.Qr.!~;?: ,,,.$.Q@.ru1$., .. ~

aps.edu> wrote: **Socorro** and Kelly, EL-Emails-003162

Page:  3170

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

:50 PM **Socorro** Rodriguez <roJ;!rigu.Q.L.$.Q.@aP.!i.\,';.d.

Page:  3178

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Bee: bethlindsey1970@gmail.com[bethlindsey1970@

:50 PM **Socorro** Rodriguez <ros;!rigu~~.Q.@ap,§.,.G.\.iJJ.>

Page:  3195

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Wed

2: 13 PJ'v1 **Socorro** llodriguez <r.9.Qr.!~;?:,,,,,,.$.Q@.ru1$., .. ~du>

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Aften10011

Page:  3203

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Wed

2: 13 PJ'v1 **Socorro** llodriguez <r.9.Qr.!~;?:,,,,,,.$.Q@.ru1$., .. ~du>

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Aften10011

Page:  3211

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

Page:  3218

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

---

Page:  3225

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

---

Page:  3232

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

---

Page:  3239

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3245

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3251

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3257

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3263

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3267

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3271

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3275

---

blea@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

---

Page:  3285

---

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Wed

---

Page:  3288

---

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Wed

---

Page:  3291

---

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] Bee: bethlindsey1970@gmail.com[bethlindsey1970@

Page: 3294

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Wed

Page: 3297

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

Page: 3300

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

Page: 3303

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

Page: 3306

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

Page: 3308

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] Bee: bethlindsey1970@gmail.com[bethlindsey1970@

Page: 3310

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

Page: 3324

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

Page: 3325

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

Page: 3326

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Mon

Page: 3327

ADA review To: **Socorro** Rodriguez <rodriguez so@aps.edu> Cc: Kelly Marvin <

edu> Thank you, **Socorro.** I am including a couple of informational !inks, since

Page: 3328

4: 11 PJ'v1 **Socorro** llodriguez <r.Q.Qr.!~;?: ,,,.$.Q@.ru1$., .. ~

aps.edu> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

Page: 3600

n1essage --------Fron1: **Socorro** Rodriguez -"""""·"" EL-Emails-003596

---

Page: 3823

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

l 1 AM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Yes, we

---

Page: 3825

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

l 1 AM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Yes, we

---

Page: 3827

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

l 1 AM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Yes, we

---

Page: 3829

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

9: 11 AM **Socorro** Rodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

---

Page: 3831

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

9: 11 AM **Socorro** Rodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

---

Page: 3833

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

9: 11 AM **Socorro** Rodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

---

Page: 3835

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

---

Page: 3836

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

---

Page: 3837

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

---

Page: 3879

---

wrote: Hi Beth, **Socorro** and I are \Vorking totnorrow. Are you offton1orro\v?

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

---

Page: 3880

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, I

Page:  3881

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page:  3884

wrote: Hi Beth, **Socorro** and I are \Vorking totnorrow. Are you offton1orro\v?

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page:  3885

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, I

Page:  3886

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page:  3888

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

wrote: Hi Beth, **Socorro** a11d I are working ton1orrow. Are you offtotnorro\v? ·

Page:  3889

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page:  3890

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, I

aps.edu> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

Page:  3891

d.JJ.> wrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

Page:  3893

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

wrote: Hi Beth, **Socorro** a11d I are working ton1orrow. Are you offtotnorro\v? ·

Page:  3894

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page:  3895

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, I

aps.edu> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

---

Page: 3896

---

d.JJ.> wrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

---

Page: 3898

---

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

wrote: Hi Beth, **Socorro** a11d I are working ton1orrow. Are you offtotnorro\v? ·

---

Page: 3899

---

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

---

Page: 3900

---

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, I

aps.edu> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

---

Page: 3901

---

d.JJ.> wrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

---

Page: 3903

---

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

wrote: Hi Beth, **Socorro** ai1d l are working ton1orro\V. Are you off totnorrow?

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

---

Page: 3904

---

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, 1

---

Page: 3905

---

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

d.JJ.> wrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

---

Page: 3907

---

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

wrote: Hi Beth, **Socorro** ai1d l are working ton1orro\V. Are you off totnorrow?

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

---

Page: 3908

---

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, 1

Page: 3909

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

d.JJ.> wrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3911

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Tue

wrote: Hi Beth, **Socorro** ai1d l are working ton1orro\V. Are you off totnorrow?

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page: 3912

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, 1

Page: 3913

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

d.JJ.> wrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3920

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page: 3921

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, 1

aps.edu> wrote: **Socorro** and Kelly, EL-Emails-003917

Page: 3922

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page: 3924

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page: 3925

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, 1

aps.edu> wrote: **Socorro** and Kelly, EL-Emails-003921

Page: 3926

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page: 3928

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

3:35 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Hi Beth,

Page: 3929

1: 12 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Hi Beth, 1

aps.edu> wrote: **Socorro** and Kelly, EL-Emails-003925

Page: 3930

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page: 3938

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

I: 12 PJ'v1 **Socorro** llodriguez <r.9.Qr.!~;?:,,,,,,,.$.Q@.ru1$., .. ~du>

Page: 3939

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page: 3941

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

I: 12 PJ'v1 **Socorro** llodriguez <r.9.Qr.!~;?:,,,,,,,.$.Q@.ru1$., .. ~du>

Page: 3942

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page: 3944

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

I: 12 PJ'v1 **Socorro** llodriguez <r.9.Qr.!~;?:,,,,,,,.$.Q@.ru1$., .. ~du>

Page: 3945

~du> wrote: **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In !lght of my raising ADA concerns,

Page: 3957

Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

Subject: Re: Space **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3959

Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

Subject: Re: Space **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3961

Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

Subject: Re: Space **Socorro** and Kelly, Additionally, from the Negotiated Agreement, Article 17.A.

edu> \Vrote: **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3963

Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

Subject: Re: Space **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3964

Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

Subject: Re: Space **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3965

Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Kelly Marvin[kelly.marvin@aps.

Subject: Re: Space **Socorro** and Kelly, In light of my raising ADA concerns, this

Page: 3966

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Melanie Blea[melanie.blea@

9:38 AM **Socorro** Rodriguez <r.Q.Qr.\g],!.QL.$.Q.@ap.!i.\,';.

Page: 3967

3:45 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page: 3968

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Melanie Blea[melanie.blea@

9:38 AM **Socorro** Rodriguez <r.Q.Qr.\g],!.QL.$.Q.@ap.!i.\,';.

Page: 3969

3:45 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page: 3970

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Melanie Blea[melanie.blea@

9:38 AM **Socorro** Rodriguez <r.Q.Qr.\g],!.QL.$.Q.@ap.!i.\,';.

Page:  3971

3:45 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  3978

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Melanie Blea[melanie.blea@

9:38 AM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good 1'v1on1ing

Page:  3979

3:45 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  3980

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Melanie Blea[melanie.blea@

9:38 AM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good 1'v1on1ing

Page:  3981

3:45 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  3982

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Melanie Blea[melanie.blea@

9:38 AM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good 1'v1on1ing

Page:  3983

3:45 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  3984

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

3:45 PM **Socorro** Rodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page:  3985

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

3:45 PM **Socorro** Rodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page:  3986

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Beth Lindsey Sent: Thur

3:45 PM **Socorro** Rodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page:  3987

held virtually with **Socorro** Rodriguez in order to update Mela11ie Blea \Vith n1y

---

Page:  3989

---

Name: Mela11ie Blea, **Socorro** Rodriguez • Respondent's Role: APS Staff • Respondent's APS ID

---

Page:  3990

---

held virtually with **Socorro** Rodriguez in order to update Mela11ie Blea \Vith n1y

---

Page:  3992

---

Name: Mela11ie Blea, **Socorro** Rodriguez • Respondent's Role: APS Staff • Respondent's APS ID

---

Page:  4014

---

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

---

Page:  4015

---

Name: Mela11ie Blea, **Socorro** Rodriguez • Respondent's Role: APS Staff • Respondent's APS ID

---

Page:  4116

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

review Thank you, **Socorro.** I am including a couple of informational !inks, since

l 1 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good Afternoon Ms.

---

Page:  4117

---

aps.edu> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

---

Page:  4118

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

review Thank you, **Socorro.** I am including a couple of informational !inks, since

l 1 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good Afternoon Ms.

---

Page:  4119

---

aps.edu> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

---

Page:  4120

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

review Thank you, **Socorro.** I am including a couple of informational !inks, since

l 1 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good Afternoon Ms.

---

Page:  4121

---

aps.edu> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

Page: 4122

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Kelly Marvin[kelly.marvin@

review Thank you, **Socorro.** I am including a couple of informational !inks, since

l 1 PM **Socorro** Rodriguez <rodriguez so@aps.edu> wrote: Good Afternoon Ms.

Page: 4123

aps.edu> wrote: **Socorro** and Kelly, I have a new supervisor, Melanie Blea, so

Page: 4300

--------- Fron1: Rodriguez, **Socorro** <rodriguez so@aps.edu> Date: Fri, Dec 20, 2019atl1

Page: 4301

**Socorro** Rodriguez )'1'f)_)/ ('oord!inator City Center 6400

Page: 4529

1nessage --------- Fron1: **Socorro** Rodriguez <rodriguez so@aps.edu> Date: Thu, Jun !

Page: 4531

ADA Coordinator- (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- (Pamela

Page: 4533

1nessage --------- Fron1: **Socorro** Rodriguez <rodriguez so@aps.edu> Date: Thu, Jun !

Page: 4535

ADA Coordinator- (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- (Pamela

Page: 4549

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Mary Farrelly[farrelly@aps.edu]

Page: 4550

~du> wrote: **Socorro** and Kelly, Since I've changed jobs, we should probably schedule

Page: 4552

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu]; Mary Farrelly[farrelly@aps.edu]

Page: 4553

~du> wrote: **Socorro** and Kelly, Since I've changed jobs, we should probably schedule

Page: 8505

JJ.!9.in.@**socorro.**kl2.nin.us>, Julia Straight <is.tr1:1,.igln@_

Page: 8522

JJ.!9.in.@**socorro.**kl2.nin.us>, Julia Straight <is.tr1:1,.igln@_

Page: 8539

JJ.!9.in.@**socorro.**kl2.nin.us>, Julia Straight <is.tr1:1,.igln@_

Page: 8670

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page: 8671

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

Page: 8673

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page: 8674

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

Page: 8676

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page: 8677

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

Page: 8679

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

Page: 8680

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

Page: 8682

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

---

Page:  8683

---

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

---

Page:  8685

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

---

Page:  8686

---

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

---

Page:  8688

---

To: **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Lawrence Garcia[garcia_!eg@

23 Al\!1 **Socorro** llodriguez <r.Q.d.f.ig],!.QL.$.Q.@ap.!

---

Page:  8689

---

vd: Doctor To: **Socorro** Rodriguez <rodriguez so@aps.edu>, Elizabeth l.jndsey <

---

Page:  16772

---

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Mon 6/17/

---

Page:  16773

---

be reached at **Socorro** Rodriguez, rodriguez sora>.aps.edu. Kelly Marvin. kellv.marvinra>.aps.

aps.edu Sincerely, **Socorro** Rodriguez (ADA Coordinator) Kelly Marvin (ADA Specialist) APS

---

Page:  16774

---

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Mon 6/17/

---

Page:  16775

---

be reached at **Socorro** Rodriguez, rodriguez sora>.aps.edu. Kelly Marvin. kellv.marvinra>.aps.

aps.edu Sincerely, **Socorro** Rodriguez (ADA Coordinator) Kelly Marvin (ADA Specialist) APS

---

Page:  16776

---

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Mon 6/17/

---

Page:  16777

---

be reached at **Socorro** Rodriguez, rodriguez sora>.aps.edu. Kelly Marvin. kellv.marvinra>.aps.

aps.edu Sincerely, **Socorro** Rodriguez (ADA Coordinator) Kelly Marvin (ADA Specialist) APS

---

Page: 16849

APS ADA office, **Socorro** Rodriguez, requesting " reassessment" of your ADA accommodations. When asked

Page: 16850

attorney, ADA representatives **Socorro** Rodriguez and Kelly Martin and me on March 13, 2024,

Page: 16855

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Fri 4/26/

Page: 16859

be reached at: **Socorro** Rodriguez (505) 855-9852 (Rodriguez so@aps.edu

Page: 16864

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Fri 4/26/

Page: 16868

be reached at: **Socorro** Rodriguez (505) 855-9852 (Rodriguez so@aps.edu

Page: 16873

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Fri 4/26/

Page: 16877

be reached at: **Socorro** Rodriguez (505) 855-9852 (Rodriguez so@aps.edu

Page: 16882

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Fri 4/26/

Page: 16891

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Fri 4/26/

Page: 16900

el@aps.edu] **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Fri 4/26/

Page: 16909

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Kelly Marvin Sent: Fri

Page: 16910

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Kelly Marvin Sent: Fri

Page: 16911

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Kelly Marvin Sent: Fri

Page: 16942

From: Location: **Socorro** Rodriguez Google Meet Importance: Normal Subject: Accepted: Rodriguez) Start Date/

(MDT) (**Socorro** Wed 3/20/2024 7:00:00 PM End Date/

Page: 16943

ORGANIZER ( CN=**Socorro** Rodriguez) mailto:rodriguez_so@aps.edu 5j6443jq r7 nsvaa 1

Page: 16945

From: Location: **Socorro** Rodriguez Google Meet Importance: Normal Subject: Accepted: Rodriguez) Start Date/

(MDT) (**Socorro** Wed 3/20/2024 7:00:00 PM End Date/

Page: 16946

ORGANIZER ( CN=**Socorro** Rodriguez) mailto:rodriguez_so@aps.edu 5j6443jq r7 nsvaa 1

Page: 16948

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation with

Page: 16951

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16953

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation with

Page: 16956

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16958

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation with

Page: 16961

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16963

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation with

Page: 16966

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16968

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation with

Page: 16971

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16973

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation with

Page: 16976

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16978

From: Location: **Socorro** Rodriguez Google Meet Importance: Normal Subject: Invitation: Martinez) Start Date/

Page: 16981

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16983

From: Location: **Socorro** Rodriguez Google Meet Importance: Normal Subject: Invitation: Martinez) Start Date/

Page: 16986

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16988

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation: (

Page: 16991

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16993

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation: (

Page: 16996

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 16998

From: **Socorro** Rodriguez Location: Google Meet Importance: Normal Subject: Updated invitation: (

Page: 17001

ORGANIZER ( CN=**Socorro** Rodriguez ) mal!to:rodriguez_so@aps.edu 5j6443jqr7nsvaa 1

Page: 17203

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 5:04:19 PM

edu> \Vrote: **Socorro,** Thank you. the RTH is being finalized by EDC. Respectfully,

Page: 17204

10:27 AM **Socorro** Rodriguez <r.Q.Qr.igyez_so@.li.P.~.~.Qu>

n1essage --------- Fron1: **Socorro** Rodriguez <rodriguez so@aps.edu> Date: Wed, Sep 20,

Page: 17206

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 5:04:19 PM

edu> \Vrote: **Socorro,** Thank you. the RTH is being finalized by EDC. Respectfully,

Page: 17207

10:27 AM **Socorro** Rodriguez <r.Q.Qr.igyez_so@.li.P.~.~.Qu>

n1essage --------- Fron1: **Socorro** Rodriguez <rodriguez so@aps.edu> Date: Wed, Sep 20,

Page: 17209

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 5:04:19 PM

edu> \Vrote: **Socorro,** Thank you. the RTH is being finalized by EDC. Respectfully,

Page: 17210

10:27 AM **Socorro** Rodriguez <r.Q.Qr.igyez_so@.li.P.~.~.Qu>

n1essage --------- Fron1: **Socorro** Rodriguez <rodriguez so@aps.edu> Date: Wed, Sep 20,

Page: 17212

nat@aps.edu] **Socorro** Rodriguez Wed 9/20/2023 4:28:10 PM Subject:

Page: 17213

504/ADA Coordinator- **Socorro** Rodriguez COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- Natalie Martinez/

Page: 17215

nat@aps.edu] **Socorro** Rodriguez Wed 9/20/2023 4:28:10 PM Subject:

Page: 17216

504/ADA Coordinator- **Socorro** Rodriguez COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- Natalie Martinez/

Page: 17218

nat@aps.edu] **Socorro** Rodriguez Wed 9/20/2023 4:28:10 PM Subject:

Page: 17219

504/ADA Coordinator- **Socorro** Rodriguez COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- Natalie Martinez/

Page: 17221

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 4:26:34 PM

n1essage --------- Fro1n: **Socorro** Rodrig11ez <[9~;?: ,,,.$.Q.@.ru).!1.~i!J!.> Date:

Page: 17223

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 4:26:34 PM

n1essage --------- Fro1n: **Socorro** Rodrig11ez <[9~;?: ,,,.$.Q.@.ru).!1.~i!J!.> Date:

Page: 17225

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 4:22:26 PM

Page: 17226

aps.edu] From: **Socorro** Rodriguez Sent: Wed 9/20/2023 4:22:26 PM

Page: 17402

tierney@aps.edu] **Socorro** Rodriguez Mon 8/21/2023 3:52:16 PM Subject:

Page: 17404

504/ADA Coordinator- **Socorro** Rodriguez COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- Tillie Barela-

Page: 17406

tierney@aps.edu] **Socorro** Rodriguez Mon 8/21/2023 3:52:16 PM Subject:

Page: 17408

504/ADA Coordinator- **Socorro** Rodriguez COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE Supervisor- Tillie Barela-

Page: 17410

tierney@aps.edu] **Socorro** Rodriguez Mon 8/21/2023 3:52:16 PM Subject:

Page: 17412

504/ADA Coordinator- **Socorro** Rodriguez COPY: ADA COORNINATOR, SITE ADMINISTRATOR,

EMPLOYEE Supervisor- Tillie Barela-

Page:  17466

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/14/2023 5:21:27 PM

Page:  17469

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/14/2023 5:21:27 PM

Page:  17472

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/14/2023 5:20:29 PM

Page:  17473

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Aften10011

Page:  17481

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/14/2023 5:20:29 PM

Page:  17482

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Aften10011

Page:  17495

aps.edu] From: **Socorro** Rodriguez Sent: Wed 8/9/2023 8:12:34 PM

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  17503

aps.edu] From: **Socorro** Rodriguez Sent: Wed 8/9/2023 8:12:34 PM

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  17511

aps.edu] From: **Socorro** Rodriguez Sent: Wed 8/9/2023 8:12:34 PM

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  17519

aps.edu] From: **Socorro** Rodriguez Sent: Wed 8/9/2023 8:12:34 PM

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Afternoon

Page:  17527

aps.edu] From: **Socorro** Rodriguez Sent: Tue 8/8/2023 3:13:15 PM

edu> wrote: Hi **Socorro,** I an1 free all day Thursday. lfyou wa11t to just

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Aften10011

Page: 17537

aps.edu] From: **Socorro** Rodriguez Sent: Tue 8/8/2023 3:13:15 PM

edu> wrote: Hi **Socorro,** I an1 free all day Thursday. lfyou wa11t to just

:50 PM **Socorro** Rodriguez <rodriguez so@aps.edu> \Vrote: Good Aften10011

Page: 17547

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/7/2023 7:50:16 PM

Page: 17554

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/7/2023 7:50:16 PM

Page: 17561

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/7/2023 7:50:16 PM

Page: 17568

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/7/2023 7:50:16 PM

Page: 17912

504 Employee Specific **SOCORRO** RODRIGUEZ Suite 400 West Accommodations ADA Coordinator 6400 Uptown Blvd.

Page: 18122

504 Employee Specific **SOCORRO** RODRIGUEZ Suite 400 West Accommodations ADA Coordinator 6400 Uptown Blvd.

Page: 18305

504 Employee Specific **SOCORRO** RODRIGUEZ Suite 400 West Accommodations ADA Coordinator 6400 Uptown Blvd.

Page: 18617

blea@aps.edu] **Socorro** Rodriguez Tue 2/14/2023 10:05:34 PM Subject:

Page: 18619

ADA Coordinator- (**Socorro** Rodriguez) • Legal Counsel Present during this meeting- Mia Lardy

Page: 18621

blea@aps.edu] **Socorro** Rodriguez Tue 2/14/2023 10:05:34 PM Subject:

Page: 18623

ADA Coordinator- (**Socorro** Rodriguez) • Legal Counsel Present during this meeting- Mia Lardy

Page: 18625

blea@aps.edu] **Socorro** Rodriguez Tue 2/14/2023 10:05:34 PM Subject:

Page: 18627

ADA Coordinator- (**Socorro** Rodriguez) • Legal Counsel Present during this meeting- Mia Lardy

Page: 18751

blea@aps.edu] **Socorro** Rodriguez Mon 12/5/2022 5:44:06 PM Subject:

Page: 18753

ADA Coordinator- (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 18755

blea@aps.edu] **Socorro** Rodriguez Mon 12/5/2022 5:44:06 PM Subject:

Page: 18757

ADA Coordinator- (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 18759

blea@aps.edu] **Socorro** Rodriguez Mon 12/5/2022 5:44:06 PM Subject:

Page: 18761

ADA Coordinator- (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page: 18763

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Jessica Rivera Sent: Fri

Page: 18766

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Jessica Rivera Sent: Fri

Page: 18769

aps.edu] Cc: **Socorro** Rodriguez[rodriguez_so@aps.edu] From: Jessica Rivera Sent: Fri

Page: 18860

aps.edu] From: **Socorro** Rodriguez Sent: Thur 11/17/2022 9:03:25 PM

Page: 18861

aps.edu] From: **Socorro** Rodriguez Sent: Thur 11/17/2022 9:03:25 PM

Page:  18862

To: From: Sent: **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Thur 11/17/

22.docx Hi **Socorro,** Herc are the n1ceting 11otcs. Tha11k You Kelly Marvin ADA

Page:  18863

Do you want **Socorro** to reach out and request a conversation? We are set

Page:  18864

To: From: Sent: **Socorro** Rodriguez[rodriguez_so@aps.edu] Kelly Marvin Thur 11/17/

22.docx Hi **Socorro,** Herc are the n1ceting 11otcs. Tha11k You Kelly Marvin ADA

Page:  18865

Do you want **Socorro** to reach out and request a conversation? We are set

Page:  18866

recon11nends you contact **Socorro** Rodriguez in the ADA office. If that is unsuccessful please

Page:  18867

recommends you contact **Socorro** Rodriguez in the ADA office. If that is unsuccessful please

Page:  18868

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page:  18869

Name: Melanie Blea, **Socorro** Rodriguez • Respondent's Role: APS Staff • Respondent's APS ID

Page:  18870

recon11nends you contact **Socorro** Rodriguez in the ADA office. If that is unsuccessful please

Page:  18871

recommends you contact **Socorro** Rodriguez in the ADA office. If that is unsuccessful please

Page:  18872

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with my existing

Page:  18873

Name: Melanie Blea, **Socorro** Rodriguez • Respondent's Role: APS Staff • Respondent's APS ID

Page:  18874

recon11nends you contact **Socorro** Rodriguez in the ADA office. If that is u11successful please

Page:  18875

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18876

Name: Melanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respo11de11t's APS ID

Page:  18878

recon11nends you contact **Socorro** Rodriguez in the ADA office. If that is u11successful please

Page:  18879

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18880

Name: Melanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respo11de11t's APS ID

Page:  18882

el@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Scott Elder[elder_s@

Page:  18883

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18884

1'v1elanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respondent's APS ID

Page:  18885

el@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Scott Elder[elder_s@

Page:  18886

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18887

1'v1elanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respondent's APS ID

Page:  18888

el@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Scott Elder[elder_s@

Page:  18889

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18890

1'v1elanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respondent's APS ID

Page:  18891

el@aps.edu]; **Socorro** Rodriguez[rodriguez_so@aps.edu] Cc: Scott Elder[elder_s@

Page:  18892

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18893

1'v1elanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respondent's APS ID

Page:  18894

aps.edu] From: **Socorro** Rodriguez Sent: Wed 11/9/202210:21:15 PM Subject:

edu> wrote: Hi **Socorro,** I have referred Ms. Lindsey back to your office to

Page:  18895

31 Al\!1 **Socorro** Rodriguez<[~;?: ,,,.$.Q@.ru1$., .. ~du> wrote: J1i Jennifer,

Page:  18896

\Vrote: Hi **Socorro,** I received a complaint today from Elizabeth Lindsay alleging she

Page:  18898

aps.edu] From: **Socorro** Rodriguez Sent: Wed 11/9/202210:21:15 PM Subject:

edu> wrote: Hi **Socorro,** I have referred Ms. Lindsey back to your office to

Page:  18899

31 Al\!1 **Socorro** Rodriguez<[~;?: ,,,.$.Q@.ru1$., .. ~du> wrote: J1i Jennifer,

Page:  18900

\Vrote: Hi **Socorro,** I received a complaint today from Elizabeth Lindsay alleging she

Page:  18902

recon11nends you contact **Socorro** Rodriguez in the ADA office. If that is u11successful please

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18904

1'v1elanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respondent's APS ID

Page:  18905

recon11nends you contact **Socorro** Rodriguez in the ADA office. If that is u11successful please

held virtually with **Socorro** Rodriguez in order to update Melanie Blea with 1ny existing

Page:  18907

1'v1elanie Blea, **Socorro** Rodriguez • Respo11de11t's Role: APS Staff • Respondent's APS ID

Page:  18908

ed u J **Socorro** Rodriguez Wed 11/9/2022 5:30:25 PM Subject:

JJ.> wrote: Hl **Socorro,** I received a complaint today from Elizabeth Lindsay alleging she

Page:  18910

Coordina tor- [**Socorro** Rodriguez) COPY: A01\ COORNINATOR, !>ITE ADMIN ISTRATOR, EMPLOYEE EMPLOYEE

Page:  18911

ed u J **Socorro** Rodriguez Wed 11/9/2022 5:30:25 PM Subject:

JJ.> wrote: Hl **Socorro,** I received a complaint today from Elizabeth Lindsay alleging she

Page:  18913

Coordina tor- [**Socorro** Rodriguez) COPY: A01\ COORNINATOR, !>ITE ADMIN ISTRATOR, EMPLOYEE EMPLOYEE

Page:  18942

aps.edu] From: **Socorro** Rodriguez Sent: Mon 9/12/2022 3:18:17 PM

JJ.> wrote: Morning **Socorro,** Is this a part of her ADA pla11? Exceptional Student

Page:  18944

aps.edu] From: **Socorro** Rodriguez Sent: Mon 9/12/2022 3:18:17 PM

JJ.> wrote: Morning **Socorro,** Is this a part of her ADA pla11? Exceptional Student

Page:  18960

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 8:15:32 PM

Page:  18961

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 8:15:32 PM

Page:  18962

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 8:15:32 PM

Page:  18963

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 3:56:30 PM

Page:  18964

9:42 AM **Socorro** Rodriguez <roJ;!rigu.Q.L.$.Q.@aP.!i.\,';.d.

Page:  18965

Coordinator· (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page:  18967

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 3:56:30 PM

Page:  18968

9:42 AM **Socorro** Rodriguez <roJ;!rigu.Q.L.$.Q.@aP.!i.\,';.d.

Page:  18969

Coordinator· (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page:  18971

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 3:41 :55

Page:  18972

Coordinator· (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page:  18974

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 3:41 :55

Page:  18975

Coordinator· (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN

Page:  18977

aps.edu] From: **Socorro** Rodriguez Sent: Mon 8/8/2022 3:41 :55

Page:  18978

Coordinator· (**Socorro** Rodriguez) COPY: ADA COORNINATOR, SITE ADMINISTRATOR, EMPLOYEE EMPLOYEE ACCOMMODATION PLAN