**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                                       Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on the 14th day of March, 2025, Defendants Board of Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants") served a Rule 68 Offer of Judgment on Plaintiff, through the following counsel of record:

     Heather Burke
     1000 Cordova Place #24
     Santa Fe, NM 87505
     (505) 428-9424
     heather@hburkelaw.com

                  Respectfully Submitted,

                  MODRALL, SPERLING, ROEHL,
                    HARRIS & SISK, P.A.

                  By: */s/ Tessa L. Chrisman*
                  Mia K. Lardy (mia.lardy@modrall.com)
                  Tessa Chrisman (tessa.chrisman@modrall.com)
                  *Attorneys for Defendants*
                  P.O. Box 2168
                  Albuquerque, NM 87103-2168
                  505.848.1800/ Fax: 505.848.9710