EXHIBIT

B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

      Plaintiff,

v.                                     24-cv-00393-GBW-JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

Defendants.

## PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSION

Plaintiff by and through her undersigned attorney, request the Defendants to answer the following interrogatories, under oath, within thirty (30) days pursuant to FRCP 33, and to produce the following documents at the offices of Burke Law within thirty (30) days pursuant to FRCP 34.

## DEFINITIONS

These interrogatories are to be continuing in character and if further or different information from the answers given is or becomes available to the Defendant, Defendant's attorneys, agents, or other representatives, such information is requested to be forwarded to the attorney for the Plaintiff.

Where knowledge or information in possession of the Defendant is requested, such request includes knowledge of the party's agents, attorneys and representatives, and unless privileged, Defendant's attorneys.

1

For the purposes of these Interrogatories the following terms and definitions are provided:

1.    "Plaintiff".  The term "Plaintiff" as used herein shall mean Alessandra Nicole Rogers and her representatives as defined in Paragraph 3 herein.

2.    "Defendant(s)".  The term "Defendant" or "Defendants" as used herein shall mean named individuals and/or Chaves County, as well as its representatives, as defined in Paragraph 3 herein.

3.    "Representatives".  The term "representatives" as used herein shall mean any and all present or former agents, employees, servants, officers, directors, attorneys, consultants, sureties, indemnificators, insurers, independent contractors and other persons acting or purporting to act on behalf of the person or entity referred to.

4.    "Address".    The term "address" as used herein shall mean the present or last known street name and number city or town, state and zip code.

5.    "Document".  The term "document" or "documents" as used herein shall mean any writing or record of any type or description including, but not limited to, the original and any copy of any book, pamphlet, periodical, letter, memorandum, telegram report, electronic mail message, computer file, voice mail message, minutes of meetings, investigation, transcript, , statement, report, findings, record, study, audiotape, videotape, photograph, intra-office or interoffice communication, handwritten or other note, working paper, chart paper, graph, index, tape disc, data sheet or data processing card, or any other written, recorded, transcribed, punched, taped file or graphic matter, however produced or reproduced, to which Defendant has or has had access.  "Document" includes any electronically stored data on a magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or

2

forensics software); any partial or full drafts of said documents; any electronic files saved as a backup; any "deleted" but recoverable electronic files on said media; any electronic file fragments (files that have been deleted and partially overwritten with new data); and slack (data fragments stored randomly from random access memory [RAM] on a hard drive during the normal operation of a computer [file slack or RAM slack] or residual data left on the hard drive after new data has overwritten some but not all of previously stored data.

All metadata should be preserved and produced with requested documents. These documents should be produced in native format if this format is readily accessible such as docx, pdf, etc. If native format is proprietary or requires specific software to be accessible, these files should also be produced in a readily accessible format (pdf, TIF, etc), with care taken to preserve all associated metadata. In such cases, associated metadata may be produced in a .csv or excel format, with care taken to ensure all metadata is captured and displayed in a readable format.

The term "document" also includes any summarization, compilation, or indices of documents.

6.    "Identify".    The term "identify", "identity", or "identification" as used herein shall mean, when used in reference to:

A.    A natural person, his or her:

(1)    full name;
(2)    home address and telephone number;
(3)    business address and telephone number;
(4)    present or last known position, business affiliation, and job description.

B.    A company, corporation, association, partnership, or any legal entity other than a natural person:

(1)    its full name;
(2)    a description of the type of organization or entity;
(3)    the address of its principal place of business;
(4)    the jurisdiction of its incorporation or organization; and

3

## PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION

For all following requests, see the above definition section for format and metadata requirements for all records/documents/information produced.   Emails should be produced in .msg or .pst formats with care taken to preserve original metadata.   When records are requested to "present" this includes a continuing duty to supplement if additional records are created, through the date of trial.

**REQUEST FOR PRODUCTION NO. 1:** Any and all documents or records referenced, relied on, and/or described in the foregoing interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Any and all FMLA certifications, trainings or other FMLA education required and/or completed by APD employees from January 2019 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Any and all emails, text messages, and/or documents sent to or returned by Plaintiff involving or in any way related to her disabilities and/or FMLA from January 2019 to present.

**RESPONSE:**

13

**REQUEST FOR PRODUCTION NO. 10:** Produce all documents and communications

including but not limited to emails, memos and recordings,  including, mentioning and/or

pertaining to Plaintiff, from January 2022 to present for the following:

Scott Elder,
Gabriella Blakey
Annitra Atler,
Teise Reiser
Socorro Rodriguez,
Kelly Marvin
Todd Torgeson,
Jessica Rivera,
Valerie Hoose
Meg Crist
OES office
ADA office
Superintendent office
HR
**RESPONSE:**

16