| | BegProdNo | EndProdNo | File_Ext | Author | Creation Date/Time |
|---|---|---|---|---|---|
| 1085 | Search Terms-EL-Emails-004070 | Search Terms-EL-Emails-004071 | msg | | 11/15/2024 18:20 |
| 1086 | Search Terms-EL-Emails-004072 | Search Terms-EL-Emails-004074 | msg | | 11/15/2024 18:20 |
| 1087 | Search Terms-EL-Emails-004075 | Search Terms-EL-Emails-004077 | msg | | 11/15/2024 18:20 |
| 1088 | Search Terms-EL-Emails-004078 | Search Terms-EL-Emails-004080 | msg | | 11/15/2024 18:20 |
| 1089 | Search Terms-EL-Emails-004081 | Search Terms-EL-Emails-004081 | msg | | 11/15/2024 18:21 |
| 1090 | Search Terms-EL-Emails-004082 | Search Terms-EL-Emails-004082 | msg | | 11/15/2024 18:21 |
| 1091 | Search Terms-EL-Emails-004083 | Search Terms-EL-Emails-004084 | msg | | 11/15/2024 18:21 |
| 1092 | Search Terms-EL-Emails-004085 | Search Terms-EL-Emails-004088 | msg | | 11/15/2024 18:22 |
| 1093 | Search Terms-EL-Emails-004089 | Search Terms-EL-Emails-004091 | msg | | 11/15/2024 18:22 |
| 1094 | Search Terms-EL-Emails-004092 | Search Terms-EL-Emails-004093 | msg | | 11/15/2024 18:22 |
| 1095 | Search Terms-EL-Emails-004094 | Search Terms-EL-Emails-004095 | msg | | 11/15/2024 18:22 |
| 1096 | Search Terms-EL-Emails-004096 | Search Terms-EL-Emails-004098 | msg | | 11/15/2024 18:22 |
| 1097 | Search Terms-EL-Emails-004099 | Search Terms-EL-Emails-004101 | msg | | 11/15/2024 18:18 |
| 1098 | Search Terms-EL-Emails-004102 | Search Terms-EL-Emails-004104 | msg | | 11/15/2024 18:18 |
| 1099 | Search Terms-EL-Emails-004105 | Search Terms-EL-Emails-004107 | msg | | 11/15/2024 18:18 |
| 1100 | Search Terms-EL-Emails-004108 | Search Terms-EL-Emails-004109 | msg | | 11/15/2024 18:18 |
| 1101 | Search Terms-EL-Emails-004110 | Search Terms-EL-Emails-004110 | msg | | 11/15/2024 18:18 |
| 1102 | Search Terms-EL-Emails-004111 | Search Terms-EL-Emails-004111 | msg | | 11/15/2024 18:18 |
| 1103 | Search Terms-EL-Emails-004112 | Search Terms-EL-Emails-004112 | msg | | 11/15/2024 18:18 |
| 1104 | Search Terms-EL-Emails-004113 | Search Terms-EL-Emails-004114 | msg | | 11/15/2024 18:18 |
| 1105 | Search Terms-EL-Emails-004115 | Search Terms-EL-Emails-004116 | pdf | Roybal, Chris A | 8/8/2022 15:55 |
| 1106 | Search Terms-EL-Emails-004117 | Search Terms-EL-Emails-004118 | msg | | 11/15/2024 18:18 |
| 1107 | Search Terms-EL-Emails-004119 | Search Terms-EL-Emails-004120 | pdf | Roybal, Chris A | 8/8/2022 15:55 |
| 1108 | Search Terms-EL-Emails-004121 | Search Terms-EL-Emails-004121 | msg | | 11/15/2024 18:18 |
| 1109 | Search Terms-EL-Emails-004122 | Search Terms-EL-Emails-004123 | pdf | Roybal, Chris A | 8/8/2022 15:39 |
| 1110 | Search Terms-EL-Emails-004124 | Search Terms-EL-Emails-004124 | msg | | 11/15/2024 18:18 |
| 1111 | Search Terms-EL-Emails-004125 | Search Terms-EL-Emails-004126 | pdf | Roybal, Chris A | 8/8/2022 15:39 |
| 1112 | Search Terms-EL-Emails-004127 | Search Terms-EL-Emails-004127 | msg | | 11/15/2024 18:18 |
| 1113 | Search Terms-EL-Emails-004128 | Search Terms-EL-Emails-004129 | pdf | Roybal, Chris A | 8/8/2022 15:39 |
| 1114 | Search Terms-EL-Emails-004130 | Search Terms-EL-Emails-004130 | msg | | 11/15/2024 18:18 |
| 1115 | Search Terms-EL-Emails-004131 | Search Terms-EL-Emails-004132 | ics | | 11/15/2024 18:18 |
| 1116 | Search Terms-EL-Emails-004133 | Search Terms-EL-Emails-004133 | msg | | 11/15/2024 18:18 |
| 1117 | Search Terms-EL-Emails-004134 | Search Terms-EL-Emails-004135 | ics | | 11/15/2024 18:18 |
| 1118 | Search Terms-EL-Emails-004136 | Search Terms-EL-Emails-004136 | msg | | 11/15/2024 18:18 |
| 1119 | Search Terms-EL-Emails-004137 | Search Terms-EL-Emails-004138 | ics | | 11/15/2024 18:18 |
| 1120 | Search Terms-EL-Emails-004139 | Search Terms-EL-Emails-004139 | msg | | 11/15/2024 18:18 |
| 1121 | Search Terms-EL-Emails-004140 | Search Terms-EL-Emails-004141 | ics | | 11/15/2024 18:18 |
| 1122 | Search Terms-EL-Emails-004142 | Search Terms-EL-Emails-004143 | msg | | 11/15/2024 18:18 |
| 1123 | Search Terms-EL-Emails-004144 | Search Terms-EL-Emails-004144 | msg | | 11/15/2024 18:18 |

EXHIBIT

G

| BegProdNo | EndProdNo | File_Ext | Author | Creation Date/Time |
|---|---|---|---|---|
| Search Terms-EL-Emails-000001 | Search Terms-EL-Emails-000005 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000006 | Search Terms-EL-Emails-000009 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000010 | Search Terms-EL-Emails-000013 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000014 | Search Terms-EL-Emails-000016 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000017 | Search Terms-EL-Emails-000019 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000020 | Search Terms-EL-Emails-000022 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000023 | Search Terms-EL-Emails-000025 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000026 | Search Terms-EL-Emails-000028 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000029 | Search Terms-EL-Emails-000031 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000032 | Search Terms-EL-Emails-000034 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000035 | Search Terms-EL-Emails-000037 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000038 | Search Terms-EL-Emails-000040 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000041 | Search Terms-EL-Emails-000041 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000042 | Search Terms-EL-Emails-000042 | msg | | 11/15/2024 17:18 |
| Search Terms-EL-Emails-000043 | Search Terms-EL-Emails-000047 | msg | | 11/15/2024 17:19 |
| Search Terms-EL-Emails-000048 | Search Terms-EL-Emails-000052 | msg | | 11/15/2024 17:19 |
| Search Terms-EL-Emails-000053 | Search Terms-EL-Emails-000057 | msg | | 11/15/2024 17:19 |
| Search Terms-EL-Emails-000058 | Search Terms-EL-Emails-000062 | msg | | 11/15/2024 17:19 |
| Search Terms-EL-Emails-000063 | Search Terms-EL-Emails-000065 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000066 | Search Terms-EL-Emails-000066 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000067 | Search Terms-EL-Emails-000067 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000068 | Search Terms-EL-Emails-000068 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000069 | Search Terms-EL-Emails-000070 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000071 | Search Terms-EL-Emails-000072 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000073 | Search Terms-EL-Emails-000076 | msg | | 11/15/2024 17:20 |
| Search Terms-EL-Emails-000077 | Search Terms-EL-Emails-000078 | msg | | 11/15/2024 17:21 |
| Search Terms-EL-Emails-000079 | Search Terms-EL-Emails-000080 | msg | | 11/15/2024 17:21 |
| Search Terms-EL-Emails-000081 | Search Terms-EL-Emails-000082 | msg | | 11/15/2024 17:22 |
| Search Terms-EL-Emails-000083 | Search Terms-EL-Emails-000084 | docx | Dayhoff, Lynne D | 5/18/2024 0:39 |
| Search Terms-EL-Emails-000085 | Search Terms-EL-Emails-000085 | xlsx | !Station1 | 1/15/2009 20:06 |
| Search Terms-EL-Emails-000086 | Search Terms-EL-Emails-000089 | pdf | | 1/12/2024 11:27 |
| Search Terms-EL-Emails-000090 | Search Terms-EL-Emails-000093 | pdf | | 1/12/2024 11:27 |
| Search Terms-EL-Emails-000094 | Search Terms-EL-Emails-000097 | pdf | | 1/12/2024 11:27 |

| Subject |
| --- |
| Re: [External Sender] Re: missing HT training information |
| Fwd: missing HT training information |
| Re: [External Sender] Re: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Fwd: missing HT training information |
| Re: Had teacher meeting |
| Re: Had teacher meeting |
| Fwd: Request for Clarification and Support Regarding IEP Process |
| Re: Request for Clarification and Support Regarding IEP Process |
| Re: Request for Clarification and Support Regarding IEP Process |
| Re: Request for Clarification and Support Regarding IEP Process |
| Fwd: Required Compliance Training Memo for all staff (Title VI) |
| work order |
| work order |
| work order |
| Re: SAFETY FIRST TOPICS |
| Re: SAFETY FIRST TOPICS |
| Fwd: Head Teacher Training |
| IEP Specialist position |
| IEP Specialist position |
| Fwd: EDL - LOA Intermittent Leave |

| Last Saved By | Last Saved Date/Time | UTC Date/Time |
|---|---|---|
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:18 |  |
|  | 11/15/2024 17:19 |  |
|  | 11/15/2024 17:19 |  |
|  | 11/15/2024 17:19 |  |
|  | 11/15/2024 17:19 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:20 |  |
|  | 11/15/2024 17:21 |  |
|  | 11/15/2024 17:21 |  |
|  | 11/15/2024 17:22 |  |
| Crist, Margaret | 5/18/2024 0:39 |  |
| Crist, Margaret | 5/18/2024 1:03 |  |
|  | 1/13/2024 15:00 |  |
|  | 1/12/2024 22:32 |  |
|  | 1/12/2024 22:32 |  |

Mail To

Brad Sherman <Brad@atfunion.org>
Brad Sherman <Brad@atfunion.org>
Brad Sherman <Brad@atfunion.org>
Lenell Walton <walton_len@aps.edu>;Susan Medina <susan.medina@aps.edu>;Miriam Martinez <martinez_mirm@aps.edu>
Lenell Walton <walton_len@aps.edu>;Susan Medina <susan.medina@aps.edu>;Miriam Martinez <martinez_mirm@aps.edu>
Lenell Walton <walton_len@aps.edu>;Susan Medina <susan.medina@aps.edu>;Miriam Martinez <martinez_mirm@aps.edu>
Lenell Walton <walton_len@aps.edu>;Susan Medina <susan.medina@aps.edu>;Miriam Martinez <martinez_mirm@aps.edu>
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <Brad@atfunion.org>;Andrea Aragon Nava <andrea.nava@aps
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <Brad@atfunion.org>;Andrea Aragon Nava <andrea.nava@aps
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <Brad@atfunion.org>;Andrea Aragon Nava <andrea.nava@aps
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <Brad@atfunion.org>;Andrea Aragon Nava <andrea.nava@aps
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <Brad@atfunion.org>;Andrea Aragon Nava <andrea.nava@aps
Teise Reiser <teise.reiser@aps.edu>
Teise Reiser <teise.reiser@aps.edu>
Beth Lindsey <bethlindsey1970@gmail.com>


Beth Lindsey <bethlindsey1970@gmail.com>
Andrea Felts <felts@aps.edu>;Erica Chavolla <erica.chavolla@aps.edu>
Andrea Felts <felts@aps.edu>;Erica Chavolla <erica.chavolla@aps.edu>
Andrea Felts <felts@aps.edu>;Erica Chavolla <erica.chavolla@aps.edu>
Juan Rodriguez <juan.rodriguez@aps.edu>
Juan Rodriguez <juan.rodriguez@aps.edu>
bethlindsey1970@gmail.com <bethlindsey1970@gmail.com>
Teise Reiser Ferrell <teise.reiser@aps.edu>
Teise Reiser Ferrell <teise.reiser@aps.edu>
Beth Lindsey <bethlindsey1970@gmail.com>

| Mail From |
|---|
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |
| Beth Lindsey |

| Mail CC |
| --- |

Stephanie Mack <stephanie.mack@aps.edu>
Stephanie Mack <stephanie.mack@aps.edu>

Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <brad@atfunion.org>
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <brad@atfunion.org>
Denise Krafft <krafft@aps.edu>;Natalie Martinez <martinez_nat@aps.edu>;Brad Sherman <brad@atfunion.org>

| Mail BCC | Mail Sent Date/Time |
|---|---|
| | 10/23/2024 14:39 |
| | 10/23/2024 14:18 |
| | 10/22/2024 19:46 |
| | 10/22/2024 15:04 |
| | 10/22/2024 15:04 |
| | 10/22/2024 15:04 |
| | 10/22/2024 15:04 |
| | 10/22/2024 15:02 |
| | 10/22/2024 15:02 |
| | 10/22/2024 15:02 |
| | 10/22/2024 15:02 |
| | 10/22/2024 15:02 |
| | 10/15/2024 14:00 |
| | 10/15/2024 14:00 |
| | 9/20/2024 15:37 |
| | 9/18/2024 18:17 |
| | 9/18/2024 18:17 |
| | 9/18/2024 18:17 |
| | 8/19/2024 14:26 |
| | 8/14/2024 20:28 |
| | 8/14/2024 20:28 |
| | 8/14/2024 20:28 |
| | 8/14/2024 13:45 |
| | 8/14/2024 13:45 |
| | 8/13/2024 22:04 |
| | 7/16/2024 22:36 |
| | 7/16/2024 22:36 |
| | 5/20/2024 15:02 |

Mail Attachments

4.jpeg;PastedGraphic-1.tiff

4.jpeg;PastedGraphic-1.tiff;4.jpeg

Beth_Lindsey_APS.docx
Beth_Lindsey_APS.docx
Lindsey, Elizabeth D. (ME Intermittent) MAC.docx;Lindsey, Elizabeth D. WH-382 MAC.pdf;Lindsey, Elizabeth D. WH-381 MAC.pdf;Lindsey, Elizabeth D. Trac

| Mail Categories | Mail Creation Date/Time | Mail DTSTART | MAIL DTEND | Mail Importance | Mail Msg Flag |
| --- | --- | --- | --- | --- | --- |
| | 11/15/2024 17:18 | | | Normal | HasAttach;Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | HasAttach;Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:18 | | | Normal | Read;Sent |
| | 11/15/2024 17:19 | | | Normal | Read;Sent |
| | 11/15/2024 17:19 | | | Normal | Read;Sent |
| | 11/15/2024 17:19 | | | Normal | Read;Sent |
| | 11/15/2024 17:19 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:20 | | | Normal | Read;Sent |
| | 11/15/2024 17:21 | | | Normal | HasAttach;Read;Sent |
| | 11/15/2024 17:21 | | | Normal | HasAttach;Read;Sent |
| :king Log MAC.xlsx | 11/15/2024 17:22 | | | Normal | HasAttach;Read;Sent |

| Mail Delivery Report Requested | Mail Priority | Mail Read Receipt Requested | Mail Received Date/Time | Mail Reply Requested |
|---|---|---|---|---|
| FALSE | | FALSE | 10/23/2024 14:39 | FALSE |
| FALSE | | FALSE | 10/23/2024 14:18 | FALSE |
| FALSE | | FALSE | 10/22/2024 19:46 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:04 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:04 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:04 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:04 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:02 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:02 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:02 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:02 | FALSE |
| FALSE | | FALSE | 10/22/2024 15:02 | FALSE |
| FALSE | | FALSE | 10/15/2024 14:00 | FALSE |
| FALSE | | FALSE | 10/15/2024 14:00 | FALSE |
| FALSE | | FALSE | 9/20/2024 15:37 | FALSE |
| FALSE | | FALSE | 9/18/2024 18:17 | FALSE |
| FALSE | | FALSE | 9/18/2024 18:17 | FALSE |
| FALSE | | FALSE | 9/18/2024 18:17 | FALSE |
| FALSE | | FALSE | 8/19/2024 14:26 | FALSE |
| FALSE | | FALSE | 8/14/2024 20:28 | FALSE |
| FALSE | | FALSE | 8/14/2024 20:28 | FALSE |
| FALSE | | FALSE | 8/14/2024 20:28 | FALSE |
| FALSE | | FALSE | 8/14/2024 13:45 | FALSE |
| FALSE | | FALSE | 8/14/2024 13:45 | FALSE |
| FALSE | | FALSE | 8/13/2024 22:04 | FALSE |
| FALSE | | FALSE | 7/16/2024 22:36 | FALSE |
| FALSE | | FALSE | 7/16/2024 22:36 | FALSE |
| FALSE | | FALSE | 5/20/2024 15:02 | FALSE |

| Mail Sender Email Address | Mail Sensitivity |
| --- | --- |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |
| lindsey_el@aps.edu | |