| | | |
|---|---|---|
| **From:** | Tessa Chrisman | **EXHIBIT H** |
| **Sent:** | Friday, December 6, 2024 3:33 PM | |
| **To:** | Heather@hburkelaw.com | |
| **Cc:** | Mia K. Lardy; Cindee Hernandez; Diane Garcia | |
| **Subject:** | Lindsey v. APS - Defendants' Second Supplemental Responses | |
| **Attachments:** | PG16 Return to Work from Extended Illness or Injury — Albuquerque Public Schools.html; PG18 Section 504_ADA_ Physical Access Process (for Students, Parents, and Employees with Disabilities) — Albuquerque Public Schools.html; PG19 Section 504 of the Rehabilitation Act _ Americans with Disabilities Act (ADA) Compliance_ Employees — Albuquerque Public Schools.html; Section 504 — Albuquerque Public Schools.html; Employee Handbook — Albuquerque Public Schools.html; Family and Medical Leave (FMLA) — Albuquerque Public Schools.html; Leave Forms — Albuquerque Public Schools.html; COS - APS Second Supp. Responses and Objections to Pltf's First Disc (W5234598x7A92D).PDF; MLK TLC Ltr to Heather Burke_12.6.24_Rule 37 Response Letter (W5234595x7A92D).PDF; APS Second Supplemental Responses to Plaintiff's First Set of Discovery (W5234593x7A92D).PDF; Draft Confidentiality Order - Lindsey v. APS (W5233139x7A92D).DOCX; APS_EL_001255 (W5234581x7A92D).PDF; APS_EL_001256-57 (W5234583x7A92D).PDF; APS_EL_001258 (W5234580x7A92D).PDF; APS_EL_001259-1260 (W5234584x7A92D).PDF | |

| | |
|---|---|
| **Follow Up Flag:** | Copied to Worldox (New Modrall\11301\1492\EMAIL\W5234613.MSG) |

Heather,

I am attaching a number of documents/files to this email, including:
- APS's Second Supplemental Responses to Plaintiff's First Set of Discovery;
- A certificate of service, which will be filed with the Court today;
- A letter of today's date concerning Plaintiff's perceived disputes with APS's discovery responses thus far;
- A proposed confidentiality order;
- Documents which are being produced as APS_EL_001255-1260; and
- 7 HTML files of APS policies, which we are producing as courtesy copies (given that we have already provided PDFs and the hyperlinks within our discovery responses).

Please let me know if you have any difficulty accessing these documents. We look forward to hearing your thoughts on the proposed confidentiality order soon.

Best,
Tessa



Tessa L. Chrisman
Associate Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1869 | O: 505.848.1800  |Cell: 505.494.4072

1

| From: | Heather@hburkelaw.com |
| Sent: | Friday, December 6, 2024 4:12 PM |
| To: | robbenhaarchambers@nmd.uscourts.gov |
| Cc: | Mia K. Lardy; Tessa Chrisman |
| Subject: | Informal Discovery Conference Request - Lindsey v APS et al |

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Good afternoon Your Honor,

It appears that Plaintiff will need to request another informal discovery conference in hopes of resolving persistent discovery issues.

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com