

EXHIBIT

I

