

Review - 2023.8.12    User: tchrisman | Client: 11501 - Albuquerque Public Schools | Case: Lindsey V APS

Record View    0: User Defined Layout

Search Results 11    Search Results 12    Search Results 13    **Search Results 14**

Record    1    of 144    Search Expression:    Fulltext [All Fields] contains: accommodation And Doc Tag [Responsive] Set

| BegDoc | EndDoc | BegAtt | EndAtt | Native File | MD5_ |
|--------|--------|--------|--------|-------------|------|
| 000957 | 000957 | | | \\iproapp... | 6A03 |
| 000958 | 000958 | | | \\iproapp... | 6A03 |
| 000959 | 000959 | | | \\iproapp... | 6A03 |
| 000982 | 000982.... | | | \\iproapp... | A873 |
| 002891 | 002891.... | | | \\iproapp... | FE07 |
| 002892 | 002892.... | | | \\iproapp... | 5FF3 |
| 002900 | 002900.... | | | \\iproapp... | 009B |
| 002901 | 002901.... | | | \\iproapp... | 009B |
| 002907 | 002907.... | | | \\iproapp... | 59F3 |
| 002908 | 002908.... | | | \\iproapp... | 59F3 |
| 002909 | 002909.... | | | \\iproapp... | 59F3 |
| 002910 | 002910.... | | | \\iproapp... | 59F3 |
| 002913 | 002913.... | | | \\iproapp... | 116B |
| 002914 | 002914.... | | | \\iproapp... | 116B |
| 002915 | 002915.... | | | \\iproapp... | 116B |
| 002916 | 002916.... | | | \\iproapp... | 116B |
| 002921 | 002921.... | | | \\iproapp... | 35AC |
| 002922 | 002922.... | | | \\iproapp... | 35AC |
| 002923 | 002923.... | | | \\iproapp... | 35AC |
| 002924 | 002924.... | | | \\iproapp... | 35AC |
| 002926 | 002926.... | | | \\iproapp... | 7DE4 |
| 002927 | 002927.... | | | \\iproapp... | 7DE4 |
| 002929 | 002929.... | | | \\iproapp... | 841A |
| 002930 | 002930.... | | | \\iproapp... | 841A |
| 002931 | 002931.... | | | \\iproapp... | 392A |
| 002932 | 002932 | | | \\iproapp... | 841A |

Image    Extracted Text    Quick View    Production History

To:    Andrea Felts[felts@aps.edu]; Erica Chavolla[erica.chavolla@aps.edu]
From:    Beth Lindsey
Sent:    Wed 8/14/2024 8:28:47 PM
Subject:    work order

Andrea,
Would you please put in a work order to have a doorstop/pedal installed on the door attached to my office upstairs, and note it as an ADA accommodation? (ADA function of having an office is to mitigate noise.) It is the only door upstairs that doesn't have a stop, and the amount of traffic through it is incredibly disruptive for me. If they can't do a door stop, can they adjust the tension so it doesn't slam? In the time it took me to write this email, it has slammed 6 times.

Thanks!
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Head Special Education Teacher

George I. Sanchez Collaborative Community School
4050 118th St SW
Albuquerque, NM 87121
C: 505-259-4068

CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.

EXHIBIT

J