Review - 2023.8.12    User: tchrisman | Client: 11301 - Albuquerque Public Schools | Case: Lin...

Case 1:24-cv-00393-GBW-JFR    Document 78-12    Filed 03/27/25    Page 1 of 2



| | | BegDoc | EndDoc | BegAtt | EndAtt | Native File | MD5_ |
|---|---|---|---|---|---|---|---|
| | ✉ | 002891 | 002891.... | | | \\iproapp... | FE07 |
| | ✉ | 002892 | 002892.... | | | \\iproapp... | 5FF3 |
| | ✉ | 002900 | 002900.... | | | \\iproapp... | 009B |
| | ✉ | 002901 | 002901.... | | | \\iproapp... | 009B |
| | ✉ | 002907 | 002907.... | | | \\iproapp... | 59F3 |
| | ✉ | 002908 | 002908.... | | | \\iproapp... | 59F3 |
| | ✉ | 002909 | 002909.... | | | \\iproapp... | 59F3 |
| | ✉ | 002910 | 002910.... | | | \\iproapp... | 59F3 |
| | ✉ | 002913 | 002913.... | | | \\iproapp... | 116B |
| | ✉ | 002914 | 002914.... | | | \\iproapp... | 116B |
| | ✉ | 002915 | 002915.... | | | \\iproapp... | 116B |
| | ✉ | 002916 | 002916.... | | | \\iproapp... | 116B |
| | ✉ | 002921 | 002921.... | | | \\iproapp... | 35AC |
| | ✉ | 002922 | 002922.... | | | \\iproapp... | 35AC |
| | ✉ | 002923 | 002923.... | | | \\iproapp... | 35AC |
| | ✉ | 002924 | 002924.... | | | \\iproapp... | 35AC |
| | ✉ | 002926 | 002926.... | | | \\iproapp... | 7DE4 |
| | ✉ | 002927 | 002927.... | | | \\iproapp... | 7DE4 |
| | ✉ | 002929 | 002929.... | | | \\iproapp... | 841A |
| | ✉ | 002930 | 002930.... | | | \\iproapp... | 841A |
| | ✉ | 002931 | 002931.... | | | \\iproapp... | 392A |
| | ✉ | 002932 | 002932.... | | | \\iproapp... | 841A |
| | ✉ | 002933 | 002933.... | | | \\iproapp... | 09EC |
| | ✉ | 002934 | 002934.... | | | \\iproapp... | 09EC |
| | ✉ | 002935 | 002935.... | | | \\iproapp... | 09EC |
| | ✉ | 002936 | 002936 | | | \\iproapp | 8A10 |

I have a history of elevator access as an ADA accommodation

To: Socorro Rodriguez[rodriguez_so@
From: Beth Lindsey
Sent: Mon 8/14/2023 4:46:46 PM
Subject: Re: 23-24 Space

I still don't have office space today, and

I've accepted a transfer and Melanie has
review with Tillie Tierney. We've already
shouldn't be a problem. We can keep cap
(but that's really only Berna Facio that's
Transition Services, but the rest of the b

Thanks!
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exc
Pronouns: She/Her/Hers
Preschool Special Education Support Te
O: 505-298-6752 x88212
G: 505-369-NBCT (6228) (call or text)

CONFIDENTIALITY NOTICE: This email an
information is intended only for the use of the
not authorized to read, disclose, copy, di
any action other than immediate delivery
received this email in error, do not read t
telephone to arrange for a return of the o
authorized to reveal any of this information t

On Mon, Aug 7, 2023 at 1:50 PM Socor

Good Afternoon All,
I would like to set-up a virtual meeting
accommodations. Please let me know

*************************************

Respectfully,

Socorro Rodríguez

ADA Coordinator

APS Risk Management

Alice and Bruce King Educational Comple

6400 Uptown Boulevard NE, Suite 400W

Office: 505-855-9852    Fax: 505-884-4502

**EXHIBIT L**

Advanced

☐ Record View   0: User Defined Layout

⊗ **Image**   ⊗ Extracted Text   ⊗ Quick View   ⊗ Production History

h Results 15 ⊗ Search Results 16 ⊗ Search Results 17 ⊗ **Search Results 18**

Record   1   of 40   Search Expressi... Fulltext [All Fields] contains: I have a history of elevator access And Doc Tag [Responsive] Set

| | BegDoc | EndDoc | BegAtt | EndAtt | Native File | MD5_ |
|---|---|---|---|---|---|---|
| ✉ | 002891 | 002891.... | | | \\iproapp... | FE07 |
| ✉ | 002892 | 002892.... | | | \\iproapp... | 5FF3 |
| ✉ | 002900 | 002900.... | | | \\iproapp... | 009B |
| ✉ | 002901 | 002901.... | | | \\iproapp... | 009B |
| ✉ | 002907 | 002907.... | | | \\iproapp... | 59F3 |
| ✉ | 002908 | 002908.... | | | \\iproapp... | 59F3 |
| ✉ | 002909 | 002909.... | | | \\iproapp... | 59F3 |
| ✉ | 002910 | 002910.... | | | \\iproapp... | 59F3 |
| ✉ | 002913 | 002913.... | | | \\iproapp... | 116B |
| ✉ | 002914 | 002914.... | | | \\iproapp... | 116B |
| ✉ | 002915 | 002915.... | | | \\iproapp... | 116B |
| ✉ | 002916 | 002916.... | | | \\iproapp... | 116B |
| ✉ | 002921 | 002921.... | | | \\iproapp... | 35A0 |
| ✉ | 002922 | 002922.... | | | \\iproapp... | 35A0 |
| ✉ | 002923 | 002923.... | | | \\iproapp... | 35A0 |
| ✉ | 002924 | 002924.... | | | \\iproapp... | 35A0 |
| ✉ | 002926 | 002926.... | | | \\iproapp... | 7DE4 |
| ✉ | 002927 | 002927.... | | | \\iproapp... | 7DE4 |
| ✉ | 002929 | 002929.... | | | \\iproapp... | 841A |
| ✉ | 002930 | 002930.... | | | \\iproapp... | 841A |
| ✉ | 002931 | 002931.... | | | \\iproapp... | 392A |
| ✉ | 002932 | 002932.... | | | \\iproapp... | 841A |
| ✉ | 002933 | 002933.... | | | \\iproapp... | 09EC |
| ✉ | 002934 | 002934.... | | | \\iproapp... | 09EC |
| ✉ | 002935 | 002935.... | | | \\iproapp... | 09EC |
| ✉ | 002936 | 002936 | | | \\iproapp... | 8A10 |

To:        Socorro Rodriguez[rodriguez_so@aps.edu]
From:     Beth Lindsey
Sent:     Mon 8/14/2023 4:46:46 PM
Subject:  Re: 23-24 Space

I still don't have office space today, and I have a personal day off tomorrow.

I've accepted a transfer and Melanie has released me after tomorrow, so we will need to set up an A review with Tillie Tierney. We've already settled my office space and discussed elevator access, so t shouldn't be a problem. We can keep captioning, breaks when needed, requesting virtual if needed (but that's really only Berna Facio that's a problem, that I know of). I can't do the open stairway at Transition Services, but the rest of the building is fine. Should be pretty straightforward.

Thanks!
Beth

Mrs. Beth D. Lindsey, M.Ed., NBCT-Exceptional Needs Specialist
Pronouns: She/Her/Hers
Preschool Special Education Support Teacher
O: 505-298-6752 x88212
G: 505-369-NBCT (6228) (call or text)

CONFIDENTIALITY NOTICE: This email and attached documents may contain confidential information. All information is intended only for the use of the named recipient. **If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents.** If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person.

On Mon, Aug 7, 2023 at 1:50 PM Socorro Rodriguez <rodriguez_so@aps.edu> wrote:

Good Afternoon All,
I would like to set-up a virtual meeting to further discuss Ms. Elizabeth Lindsey's current office spac accommodations. Please let me know your availability this week? Thank you.

*************************************************

Respectfully,

Socorro Rodríguez

*ADA Coordinator*

*APS Risk Management*

Alice and Bruce King Educational Complex

6400 Uptown Boulevard NE, Suite 400W

Office: 505-855-9852   Fax: 505-884-4502

002891   Page 1   of 8