| | |
|---|---|
| **From:** | Mia K. Lardy |
| **Sent:** | Thursday, February 27, 2025 2:45 PM |
| **To:** | Heather@hburkelaw.com; Tessa Chrisman |
| **Subject:** | RE: 2nd Good Faith |

> **EXHIBIT**
> **M**

Heather,

I hope all is well. I do not know what you mean by "big gaps" in responsive email dates. We requested emails from APS IT from Elizabeth Lindsey's email account from January 2020 through November 15, 2024, the date of the request. The other email accounts had the date range of July 2022 through November 15, 2024, the date of the request. If you can let me know what date ranges you are referring to, that would help.

As to your discussion regarding individual emails not being produced, if you would give me an example of what you are referencing, in terms of a bates number, that may assist. But, as I have stated numerous times before, we have produced to you all emails that complied with the terms that we agreed on during our November 13 phone call. What we agreed upon was as follows:

Elizabeth Lindsey's email from January 2020 to present with the following terms: accommodation/accommodations, or FMLA, or telework or remote work.

You also wanted us to search the email accounts of certain named individuals:
- Scott Elder,
- Gabriella Blakey
- Annitra Atler,
- Teise Reiser
- Socorro Rodriguez,
- Kelly Marvin
- Todd Torgeson,
- Jessica Rivera,
- Valerie Hoose
- Meg Crist
- OES office (general account)
- ADA office (general account)
- Superintendent office (general account)
- HR (general account)

And the limits on that were from July 2022 to the present. The terms were "Elizabeth Lindsey, or Beth Lindsey, or Beth and Lindsey. We did that, and that is what was originally produced to you back on January 20.

What we then did, per a discussion with you, was run the search terms that we discussed we would run within the original search results from November 2024. The specific terms were:

- Balance
- Captioning

1

- Closed captioning
- EOS
- Gabriella Blakey
- Jessica Rivera
- Kelly Marvin
- Meg Crist
- SCDS
- Scott Elder
- Socorro Rodriguez
- Teise Reiser
- Todd Torgerson
- Valerie Hoose
- Vertigo
- Accommodation
- ADA
- Annitra Atler
- Hearing
- HR
- Superintendent

In terms of the attachment that you received numerous times, it was part of the initial search multiple times because Beth, who sent the email that the attachment was part of, sent the email to a group of people, hence the duplicate. I explained this in my last email of February 11, and I directed you to the email that the attachment was part of, it was EL-Emails 001612, with the document following at 001613. This email was sent to the GIS Special Education Teachers on January 12, 2024, and the multiple documents is one for each email address that the email was sent to.

Finally, I do not know what you mean by stating that I changed file names. I have explained the process to you more than once, that we took the .pst files, uploaded those files to iPro, and then from there, created a production, including the load file. The metadata was pulled from what was on iPro.

I am happy to discuss this with you today at 3pm if that would be helpful, or, you can proceed with briefing as you suggest.

All the best,

Mia

**MODRALL SPERLING**

Mia Lardy
Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1819 | O: 505.848.1800 | F: 505.449.2019

**From:** Heather@hburkelaw.com <Heather@hburkelaw.com>
**Sent:** Monday, February 24, 2025 12:50 PM
**To:** Mia K. Lardy <mlk@modrall.com>; Tessa Chrisman <tchrisman@modrall.com>
**Subject:** 2nd Good Faith

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Hi Mia,

I have noticed that there's big gaps in responsive email dates, particularly around the time of the most recent interactive process meetings. I'm not sure why any emails from that time would not be produced? When will they be produced to us?

I also notice that the individual emails aren't produced, you are producing emails which purport to have a chain of previous conversations. But there's no way to verify whether that is the entire conversation for that thread, and only produced the purported metadata for the last email in the chain is produced, not any of the others. The metadata that is produced is not complete. In addition to only including some info from the last email in the chain, It doesn't include what emails are part of that chain, and the attachments can't be verified because the purported attachment names have been modified by you.    I can't even find whatever email the document previously listed may have been attached to, but certainly it wasn't attached 18 times. The alleged metadata spreadsheet does not appear to include the original document names, just the modified ones. As you have acknowledged, you are converting these records from the native form or near native form we asked for them in, to pdf. There is just no legal basis to do so.

As mentioned in my earlier email, there are a lot of duplicates in this production, making it appear that there are more responsive documents here than there really are. I don't understand your response about 18 copies of an attachment would be produced because there might be multiple recipients for the original email. Can you explain that to me?   I can't even tell what email any attachments purportedly come from because you changed the file names of the documents and don't appear to have produced them in order.

Honestly, at this point it just seems like it will be best to formally briefing what has gone on in this discovery because I have a lot of concerns about it. We have gone around in circles trying to get our evidence while the cost of this litigation exponentially grows, and then Defendants balk at settling even though they are directly responsible for the ever-increasing cost. This case has no business still being litigated and the lengths to which Defendants will go to continue it and obstructing our discovery is absurd.

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com