| | | |
|---|---|---|
| **From:** | Tessa Chrisman | |
| **Sent:** | Wednesday, February 12, 2025 12:32 PM | **EXHIBIT** |
| **To:** | Heather@hburkelaw.com | **N** |
| **Cc:** | Mia K. Lardy; Diane Garcia; Cindee Hernandez | |
| **Subject:** | RE: good faith discussion on 2nd discovery responses | |
| **Attachments:** | RE: Good Faith Discovery Discussion; RE: Lindsey v. APS - 1.31.25 Meet and Confer | |

Heather,

With respect to our numerosity objection in response to the Second Set of Plaintiff's Interrogatories, I'm attaching my email from January 31, 2025. Therein, I reference the brief discussion we had during our January 31 meet and confer on this objection and proposed that the easiest solution may be you providing us with a list of up to 11 single interrogatories (given that you used 14 in your initial set) that you most want answers to, but we are open to discussing other solutions as well. We have not seen any proposals from you on how to narrow thus far, but we remain willing to discuss and limit the discovery requests in a manner that complies with the Court's order adopting the JSR and the procedural rules. Please let us know how you want to proceed on this issue.

As for your concerns regarding native production, if you could let us know the specific requests/documents you're taking issue with, we would appreciate it. It is not productive for us to have to speculate as to which documents you may have issues. We can attempt to reproduce any emails for which we have original PST files in the manner that we have produced emails on February 7. For your continued concerns on that issue, please see Mia's email from 2/12/25, attached here for ease of reference. Please note, however, that we will not be running a search to capture individual emails that have been printed off or saved as PDFs and incorporated into a file like those in Ms. Lindsey's leave, ADA, or HR file, as we have produced these files in their entirety in the manner they are maintained. To attempt to identify piecemeal emails from these types of files would be unduly burdensome, not proportional to the needs of this case, and inconsistent with our reading of your instructions to produce these files as they are maintained.

The video recording produced as APS_EL_001344 is a recording from Zoom that was captured on 11/17/22 – you can see the accompanying notes produced in Plaintiff's ADA file (more specifically, we'd refer you to APS_EL_000033). We've produced the video as it is maintained.

As always, we remain willing to discuss discovery issues and believe a phone call may assist us in narrowing your second set of interrogatories. Please feel free to reach out to us or, if you'd like, provide some times where you're available in the next week or so and we can work to get something on the calendar.

Best,
Tessa



Tessa L. Chrisman
Associate Attorney
Modrall Sperling | www.modrall.com
P.O. Box 2168 | Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 | Albuquerque, NM 87102
D: 505.848.1869 | O: 505.848.1800  |Cell: 505.494.4072

**From:** Heather@hburkelaw.com <Heather@hburkelaw.com>
**Sent:** Tuesday, February 11, 2025 1:16 PM
**To:** Mia K. Lardy <mlk@modrall.com>; Tessa Chrisman <tchrisman@modrall.com>
**Subject:** good faith discussion on 2nd discovery responses

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Hi Tessa,

While we brought this up in the most recent informal discovery conference, I want to make sure it doesn't fall between the cracks with the other stuff. In addition to the blanket interrogatory objections, the documents produced fall under the same issues that we are trying to resolve from our first requests. We request that these are produced in native form with preserved metadata as requested.

There aren't any identifying details for the recording you provided. What/when is this a recording of?

Thanks!

Heather Burke
Attorney at Law
Burke Law
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
Fax: (505) 372-0012

http://www.HBurkelaw.com