**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

     Plaintiff,

v.                            Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

     Defendants.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 27th day of March, 2025, Defendants Board of Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants") served their First Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories, Requests for Production, and Requests for Admission through the following counsel of record:

Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com

                                  Respectfully Submitted,

                                  MODRALL, SPERLING, ROEHL,
                                    HARRIS & SISK, P.A.

                                  By: */s/ Tessa L. Chrisman*
                                  Mia K. Lardy (mia.lardy@modrall.com)
                                  Tessa Chrisman (tessa.chrisman@modrall.com)
                                  *Attorneys for Defendants*
                                  P.O. Box 2168
                                  Albuquerque, NM 87103-2168
                                  505.848.1800/ Fax: 505.848.9710