# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LINDSEY,**

    **Plaintiff,**

**v.**                                              **24-cv-00393-GBW-JFR**

**ALBUQUERQUE PUBLIC SCHOOLS**

**BOARD OF EDUCATION,**

**MELANIE BLEA, in her individual capacity,**


**Defendants**


## CERTIFICATE OF SERVICE


Plaintiff Elizabeth Lindsey hereby certifies that, on March 28, 2025, she served "Plaintiff Elizabeth Lindsey's Fourth Amended Responses To Defendant Board Of Education For Albuquerque Public Schools' Requests For Production" by email to Tessa Chrisman (tchrisman@modrall.com), as counsel for the above captioned Defendants and that a copy of the foregoing was filed to be served upon opposing counsel of record through the Court's efile and serve system on this 28th day of March, 2025.


                                       Respectfully Submitted.


                                       *Heather Burke*

                                       Heather Burke
                                       Attorney at Law

1

1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com