**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                              Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on the 6th day of April, 2025, Defendants Board of

Education for Albuquerque Public Schools ("APS") and Melanie Blea (collectively "Defendants")

served their Fifth Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories,

Requests for Production, and Requests for Admission through the following counsel of record:

      Heather Burke
      1000 Cordova Place #24
      Santa Fe, NM 87505
      (505) 428-9424
      heather@hburkelaw.com

                    Respectfully Submitted,

                    MODRALL, SPERLING, ROEHL,
                      HARRIS & SISK, P.A.

                    By: */s/ Tessa L. Chrisman*
                    Mia K. Lardy (mia.lardy@modrall.com)
                    Tessa Chrisman (tessa.chrisman@modrall.com)
                    *Attorneys for Defendants*
                    P.O. Box 2168
                    Albuquerque, NM 87103-2168
                    505.848.1800/ Fax: 505.848.9710