**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                                                                  Civ. No. 24-393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION and
MELANIE BLEA,

      Defendants.

## ORDER VACATING JURY TRIAL AND PRETRIAL CONFERENCE

The parties have reached a settlement in this matter.  *See doc. 84.*  Accordingly,

the Pretrial Conference set for September 4, 2025, and the Jury Trial set to begin on

September 22, 2025, and the attendant deadlines, *see doc. 68*, are VACATED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**