**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                              Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANT
MELANIE BLEA WITH PREJUDICE**

Plaintiff Elizabeth Lindsey and Defendants Albuquerque Public Schools ("APS") and

Melanie Blea, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P.

41(a)(ii) hereby stipulate to the dismissal, WITH PREJUDICE, of all claims against Defendant

Melanie Blea. *See Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.*, No. 21-5022, 2022

WL 881575, at *2, n.4 (10th Cir. 2022) ("Although Rule 41(a)(1)(A) refers to dismissal of the

"action," the rule permits the dismissal of fewer than all parties so long as all claims against a

particular party are dismissed."). This Stipulation of Dismissal does not affect the claims against

Defendant APS.

                          Respectfully Submitted,

                          MODRALL, SPERLING, ROEHL,
                            HARRIS & SISK, P.A.

                          By: */s/ Tessa L. Chrisman*
                          Mia K. Lardy (mia.lardy@modrall.com)
                          Tessa Chrisman (tessa.chrisman@modrall.com)
                          *Attorneys for Defendants*
                          P.O. Box 2168

Albuquerque, NM 87103-2168
505.848.1800/ Fax: 505.848.9710

AND

HEATHER BURKE LAW

By: *Approved via email 4/15/24*
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com
*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of April, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com
*Attorney for Plaintiff*


By:  */s/ Tessa L. Chrisman*
        Tessa L. Chrisman

2