**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH LINDSEY,

      Plaintiff,

v.                                        Case No. 1:24-CV-00393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,
MELANIE BLEA, in her individual capacity,

      Defendants.

**<u>JOINT MOTION TO DISMISS WITH PREJUDICE</u>**

      Plaintiff Elizabeth Lindsey and Defendant Board of Education for Albuquerque Public Schools, by and through their respective counsel of record, hereby jointly move for dismissal with prejudice of all claims made, or which could have been made, by Plaintiff against Defendant, with the parties to bear their own costs and fees.  As grounds for this Motion, the parties state that all matters have been amicably resolved between them and there remain no issues for determination by this Court.

      WHEREFORE, for the foregoing reasons, Plaintiff and Defendant request the Court enter an Order dismissing this case in its entirety with prejudice, with the parties to bear their own costs and fees.

                        Respectfully Submitted,

                        MODRALL, SPERLING, ROEHL,
                          HARRIS & SISK, P.A.

                        By: */s/ Mia K. Lardy*
                        Mia K. Lardy (mia.lardy@modrall.com)
                        Tessa Chrisman (tessa.chrisman@modrall.com)
                        *Attorneys for Defendants*
                        P.O. Box 2168

Albuquerque, NM 87103-2168
505.848.1800/ Fax: 505.848.9710

AND

HEATHER BURKE LAW

By: *Approved via email on 05/08/2025*
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Heather Burke Law**
Heather Burke
1000 Cordova Place #24
Santa Fe, NM 87505
(505) 428-9424
heather@hburkelaw.com
*Attorney for Plaintiff*

By:  */s/ Mia K. Lardy*
        Mia K. Lardy

2