IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH LINDSEY,

    Plaintiff,

v.                                                                 Civ. No. 24-393 GBW/JFR

ALBUQUERQUE PUBLIC SCHOOLS
BOARD OF EDUCATION,

    Defendant.

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss with Prejudice. *Doc. 88*. In the Motion, the parties jointly request dismissal with prejudice of all claims asserted, or that could have been asserted, by Plaintiff against Defendant, with each party to bear its own costs and fees. *See id*. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well-taken and will GRANT IT.

IT IS THEREFORE ORDERED that Plaintiff's Second Amended Complaint for Violations of the New Mexico Human Rights Act, and the Family and Medical Leave Act (*doc. 22*) is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a)(2). Each party shall bear their own costs and fees.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**